**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Raymond Blue** | : | **Chapter 13** |
| | : | |
| **Debtor.** | : | |
| | : | **Bankruptcy No. 19-13412** |

**NOTICE of Objection to Proof of Claim No. 16**

Debtor Raymond Blue has filed an Objection with this Court. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.**)

You or your attorney must attend the hearing scheduled to be held on **4/14/2020 at 10:30AM, Courtroom  No. 2,  U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA  19107.**  If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated:   3/4/2020                                                                Respectfully Submitted,

/s/ Michelle Lee
Michelle Lee, Esquire
Law Offices of Georgette Miller & Associates, P.C.
119 S. Easton Road
Glenside PA 19038
mlee@georgettemillerlaw.com

{00372242;v1}