Great Oak 1

# Ray Blue

|  | Enter values |
|---|---|
| Loan amount | $27,674.88 |
| Annual interest rate | 6.75% |
| Loan period in years | 5 |
| Start date of loan | 9/1/2020 |
| | |
| Monthly payment | $ 544.74 |
| Number of payments | 60 |
| Total interest | $ 5,009.36 |
| Total cost of loan | $ 32,684.24 |

| No. | Payment Date | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|---|
| 1 | 10/1/2020 | $ 27,674.88 | $ 544.74 | $ 389.07 | $ 155.67 | $ 27,285.81 |
| 2 | 11/1/2020 | $ 27,285.81 | $ 544.74 | $ 391.25 | $ 153.48 | $ 26,894.56 |
| 3 | 12/1/2020 | $ 26,894.56 | $ 544.74 | $ 393.46 | $ 151.28 | $ 26,501.10 |
| 4 | 1/1/2021 | $ 26,501.10 | $ 544.74 | $ 395.67 | $ 149.07 | $ 26,105.43 |
| 5 | 2/1/2021 | $ 26,105.43 | $ 544.74 | $ 397.89 | $ 146.84 | $ 25,707.54 |
| 6 | 3/1/2021 | $ 25,707.54 | $ 544.74 | $ 400.13 | $ 144.60 | $ 25,307.41 |
| 7 | 4/1/2021 | $ 25,307.41 | $ 544.74 | $ 402.38 | $ 142.35 | $ 24,905.02 |
| 8 | 5/1/2021 | $ 24,905.02 | $ 544.74 | $ 404.65 | $ 140.09 | $ 24,500.38 |
| 9 | 6/1/2021 | $ 24,500.38 | $ 544.74 | $ 406.92 | $ 137.81 | $ 24,093.46 |
| 10 | 7/1/2021 | $ 24,093.46 | $ 544.74 | $ 409.21 | $ 135.53 | $ 23,684.24 |
| 11 | 8/1/2021 | $ 23,684.24 | $ 544.74 | $ 411.51 | $ 133.22 | $ 23,272.73 |
| 12 | 9/1/2021 | $ 23,272.73 | $ 544.74 | $ 413.83 | $ 130.91 | $ 22,858.90 |
| 13 | 10/1/2021 | $ 22,858.90 | $ 544.74 | $ 416.16 | $ 128.58 | $ 22,442.75 |
| 14 | 11/1/2021 | $ 22,442.75 | $ 544.74 | $ 418.50 | $ 126.24 | $ 22,024.25 |
| 15 | 12/1/2021 | $ 22,024.25 | $ 544.74 | $ 420.85 | $ 123.89 | $ 21,603.40 |
| 16 | 1/1/2022 | $ 21,603.40 | $ 544.74 | $ 423.22 | $ 121.52 | $ 21,180.18 |
| 17 | 2/1/2022 | $ 21,180.18 | $ 544.74 | $ 425.60 | $ 119.14 | $ 20,754.58 |
| 18 | 3/1/2022 | $ 20,754.58 | $ 544.74 | $ 427.99 | $ 116.74 | $ 20,326.59 |
| 19 | 4/1/2022 | $ 20,326.59 | $ 544.74 | $ 430.40 | $ 114.34 | $ 19,896.19 |
| 20 | 5/1/2022 | $ 19,896.19 | $ 544.74 | $ 432.82 | $ 111.92 | $ 19,463.37 |
| 21 | 6/1/2022 | $ 19,463.37 | $ 544.74 | $ 435.26 | $ 109.48 | $ 19,028.11 |
| 22 | 7/1/2022 | $ 19,028.11 | $ 544.74 | $ 437.70 | $ 107.03 | $ 18,590.41 |
| 23 | 8/1/2022 | $ 18,590.41 | $ 544.74 | $ 440.17 | $ 104.57 | $ 18,150.24 |
| 24 | 9/1/2022 | $ 18,150.24 | $ 544.74 | $ 442.64 | $ 102.10 | $ 17,707.60 |
| 25 | 10/1/2022 | $ 17,707.60 | $ 544.74 | $ 445.13 | $ 99.61 | $ 17,262.46 |
| 26 | 11/1/2022 | $ 17,262.46 | $ 544.74 | $ 447.64 | $ 97.10 | $ 16,814.83 |

| No. | Payment Date | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|---|
| 27 | 12/1/2022 | $ 16,814.83 | $ 544.74 | $ 450.15 | $ 94.58 | $ 16,364.67 |
| 28 | 1/1/2023 | $ 16,364.67 | $ 544.74 | $ 452.69 | $ 92.05 | $ 15,911.99 |
| 29 | 2/1/2023 | $ 15,911.99 | $ 544.74 | $ 455.23 | $ 89.50 | $ 15,456.76 |
| 30 | 3/1/2023 | $ 15,456.76 | $ 544.74 | $ 457.79 | $ 86.94 | $ 14,998.96 |
| 31 | 4/1/2023 | $ 14,998.96 | $ 544.74 | $ 460.37 | $ 84.37 | $ 14,538.59 |
| 32 | 5/1/2023 | $ 14,538.59 | $ 544.74 | $ 462.96 | $ 81.78 | $ 14,075.64 |
| 33 | 6/1/2023 | $ 14,075.64 | $ 544.74 | $ 465.56 | $ 79.18 | $ 13,610.07 |
| 34 | 7/1/2023 | $ 13,610.07 | $ 544.74 | $ 468.18 | $ 76.56 | $ 13,141.89 |
| 35 | 8/1/2023 | $ 13,141.89 | $ 544.74 | $ 470.81 | $ 73.92 | $ 12,671.08 |
| 36 | 9/1/2023 | $ 12,671.08 | $ 544.74 | $ 473.46 | $ 71.27 | $ 12,197.62 |
| 37 | 10/1/2023 | $ 12,197.62 | $ 544.74 | $ 476.13 | $ 68.61 | $ 11,721.49 |
| 38 | 11/1/2023 | $ 11,721.49 | $ 544.74 | $ 478.80 | $ 65.93 | $ 11,242.69 |
| 39 | 12/1/2023 | $ 11,242.69 | $ 544.74 | $ 481.50 | $ 63.24 | $ 10,761.19 |
| 40 | 1/1/2024 | $ 10,761.19 | $ 544.74 | $ 484.21 | $ 60.53 | $ 10,276.98 |
| 41 | 2/1/2024 | $ 10,276.98 | $ 544.74 | $ 486.93 | $ 57.81 | $ 9,790.06 |
| 42 | 3/1/2024 | $ 9,790.06 | $ 544.74 | $ 489.67 | $ 55.07 | $ 9,300.39 |
| 43 | 4/1/2024 | $ 9,300.39 | $ 544.74 | $ 492.42 | $ 52.31 | $ 8,807.96 |
| 44 | 5/1/2024 | $ 8,807.96 | $ 544.74 | $ 495.19 | $ 49.54 | $ 8,312.77 |
| 45 | 6/1/2024 | $ 8,312.77 | $ 544.74 | $ 497.98 | $ 46.76 | $ 7,814.79 |
| 46 | 7/1/2024 | $ 7,814.79 | $ 544.74 | $ 500.78 | $ 43.96 | $ 7,314.01 |
| 47 | 8/1/2024 | $ 7,314.01 | $ 544.74 | $ 503.60 | $ 41.14 | $ 6,810.42 |
| 48 | 9/1/2024 | $ 6,810.42 | $ 544.74 | $ 506.43 | $ 38.31 | $ 6,303.99 |
| 49 | 10/1/2024 | $ 6,303.99 | $ 544.74 | $ 509.28 | $ 35.46 | $ 5,794.71 |
| 50 | 11/1/2024 | $ 5,794.71 | $ 544.74 | $ 512.14 | $ 32.60 | $ 5,282.57 |
| 51 | 12/1/2024 | $ 5,282.57 | $ 544.74 | $ 515.02 | $ 29.71 | $ 4,767.55 |
| 52 | 1/1/2025 | $ 4,767.55 | $ 544.74 | $ 517.92 | $ 26.82 | $ 4,249.63 |
| 53 | 2/1/2025 | $ 4,249.63 | $ 544.74 | $ 520.83 | $ 23.90 | $ 3,728.79 |
| 54 | 3/1/2025 | $ 3,728.79 | $ 544.74 | $ 523.76 | $ 20.97 | $ 3,205.03 |
| 55 | 4/1/2025 | $ 3,205.03 | $ 544.74 | $ 526.71 | $ 18.03 | $ 2,678.32 |
| 56 | 5/1/2025 | $ 2,678.32 | $ 544.74 | $ 529.67 | $ 15.07 | $ 2,148.65 |
| 57 | 6/1/2025 | $ 2,148.65 | $ 544.74 | $ 532.65 | $ 12.09 | $ 1,616.00 |
| 58 | 7/1/2025 | $ 1,616.00 | $ 544.74 | $ 535.65 | $ 9.09 | $ 1,080.35 |
| 59 | 8/1/2025 | $ 1,080.35 | $ 544.74 | $ 538.66 | $ 6.08 | $ 541.69 |
| 60 | 9/1/2025 | $ 541.69 | $ 544.74 | $ 541.69 | $ 3.05 | $ (0.00) |

Great Oak 2

# LOAN AMORTIZATION SCHEDULE

## ENTER VALUES

| | |
|---|---|
| Loan amount | $68,425.32 |
| Annual interest rate | 6.75% |
| Loan period in years | 5 |
| Number of payments per year | 12 |
| Start date of loan | 1/28/2015 |
| Optional extra payments | $0.00 |

## LOAN SUMMARY

| | |
|---|---|
| Scheduled payment | $1,346.85 |
| Scheduled number of payments | 60 |
| Actual number of payments | 61 |
| Total early payments | $0.00 |
| Total interest | $14,420.32 |

**Borrower Name:** Ray Blue

| PMT NO | PAYMENT DATE | BEGINNING BALANCE | SCHEDULED PAYMENT | EXTRA PAYMENT | TOTAL PAYMENT | PRINCIPAL | INTEREST | ENDING BALANCE | CUMULATIVE INTEREST |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2/17/2015 | $68,425.32 | $1,346.85 | $0.00 | $2,000.00 | $1,615.11 | $384.89 | $66,810.21 | $384.89 |
| 2 | 3/4/2015 | $66,810.21 | $1,346.85 | $0.00 | $2,000.00 | $1,624.19 | $375.81 | $65,186.02 | $760.70 |
| 3 | 4/13/2015 | $65,186.02 | $1,346.85 | $0.00 | $1,346.85 | $980.18 | $366.67 | $64,205.84 | $1,127.37 |
| 4 | 5/14/2015 | $64,205.84 | $1,346.85 | $0.00 | $1,346.85 | $985.69 | $361.16 | $63,220.15 | $1,488.53 |
| 5 | 6/12/2015 | $63,220.15 | $1,346.85 | $0.00 | $1,346.85 | $991.24 | $355.61 | $62,228.91 | $1,844.14 |
| 6 | 7/13/2015 | $62,228.91 | $1,346.85 | $0.00 | $1,346.85 | $996.81 | $350.04 | $61,232.10 | $2,194.18 |
| 7 | 8/31/2015 | $61,232.10 | $1,346.85 | $0.00 | $1,346.85 | $1,002.42 | $344.43 | $60,229.68 | $2,538.61 |
| 8 | 9/24/2015 | $60,229.68 | $1,346.85 | $0.00 | $1,346.85 | $1,008.06 | $338.79 | $59,221.62 | $2,877.40 |
| 9 | 10/19/2015 | $59,221.62 | $1,346.85 | $0.00 | $1,346.85 | $1,013.73 | $333.12 | $58,207.89 | $3,210.52 |
| 10 | 11/20/2015 | $58,207.89 | $1,346.85 | $0.00 | $1,346.85 | $1,019.43 | $327.42 | $57,188.46 | $3,537.94 |
| 11 | 11/28/2015 | $57,188.46 | $1,346.85 | $0.00 | $0.00 | -$321.69 | $321.69 | $57,510.15 | $3,859.63 |
| 12 | 12/28/2015 | $57,510.15 | $1,346.85 | $0.00 | $0.00 | -$323.49 | $323.49 | $57,833.64 | $4,183.12 |
| 13 | 2/8/2016 | $57,833.64 | $1,346.85 | $0.00 | $2,020.27 | $1,694.96 | $325.31 | $56,138.69 | $4,508.44 |
| 14 | 2/28/2016 | $56,138.69 | $1,346.85 | $0.00 | $0.00 | -$315.78 | $315.78 | $56,454.47 | $4,824.22 |
| 15 | 3/29/2016 | $56,454.47 | $1,346.85 | $0.00 | $2,020.27 | $1,702.71 | $317.56 | $54,751.75 | $5,141.77 |
| 16 | 5/5/2016 | $54,751.75 | $1,346.85 | $0.00 | $2,020.27 | $1,712.29 | $307.98 | $53,039.46 | $5,449.75 |
| 17 | 6/17/2016 | $53,039.46 | $1,346.85 | $0.00 | $2,020.27 | $1,721.92 | $298.35 | $51,317.54 | $5,748.10 |
| 18 | 7/22/2016 | $51,317.54 | $1,346.85 | $0.00 | $1,346.85 | $1,058.19 | $288.66 | $50,259.35 | $6,036.76 |
| 19 | 7/26/2016 | $50,259.35 | $1,346.85 | $0.00 | $1,346.85 | $1,064.14 | $282.71 | $49,195.21 | $6,319.47 |
| 20 | 9/2/2016 | $49,195.21 | $1,346.85 | $0.00 | $1,346.85 | $1,070.12 | $276.72 | $48,125.09 | $6,596.19 |
| 21 | 9/28/2016 | $48,125.09 | $1,346.85 | $0.00 | $0.00 | -$270.70 | $270.70 | $48,395.79 | $6,866.90 |
| 22 | 10/24/2016 | $48,395.79 | $1,346.85 | $0.00 | $1,346.85 | $1,074.62 | $272.23 | $47,321.17 | $7,139.12 |
| 23 | 11/22/2016 | $47,321.17 | $1,346.85 | $0.00 | $1,346.85 | $1,080.67 | $266.18 | $46,240.51 | $7,405.30 |
| 24 | 12/28/2016 | $46,240.51 | $1,346.85 | $0.00 | $0.00 | -$260.10 | $260.10 | $46,500.61 | $7,665.41 |
| 25 | 1/18/2017 | $46,500.61 | $1,346.85 | $0.00 | $2,021.27 | $1,759.70 | $261.57 | $44,740.90 | $7,926.97 |
| 26 | 2/28/2017 | $44,740.90 | $1,346.85 | $0.00 | $2,021.27 | $1,769.60 | $251.67 | $42,971.30 | $8,178.64 |
| 27 | 3/13/2017 | $42,971.30 | $1,346.85 | $0.00 | $0.00 | -$241.71 | $241.71 | $43,213.02 | $8,420.35 |
| 28 | 3/28/2017 | $43,213.02 | $1,346.85 | $0.00 | $2,021.27 | $1,778.20 | $243.07 | $41,434.82 | $8,663.43 |
| 29 | 5/8/2017 | $41,434.82 | $1,346.85 | $0.00 | $0.00 | -$233.07 | $233.07 | $41,667.89 | $8,896.50 |
| 30 | 5/28/2017 | $41,667.89 | $1,346.85 | $0.00 | $2,021.27 | $1,786.89 | $234.38 | $39,881.00 | $9,130.88 |
| 31 | 7/11/2017 | $39,881.00 | $1,346.85 | $0.00 | $1,339.12 | $1,114.79 | $224.33 | $38,766.21 | $9,355.21 |
| 32 | 7/27/2017 | $38,766.21 | $1,346.85 | $0.00 | $0.00 | -$218.06 | $218.06 | $38,984.27 | $9,573.27 |
| 33 | 8/28/2017 | $38,984.27 | $1,346.85 | $0.00 | $2,021.27 | $1,801.98 | $219.29 | $37,182.29 | $9,792.56 |
| 34 | 9/25/2017 | $37,182.29 | $1,346.85 | $0.00 | $0.00 | -$209.15 | $209.15 | $37,391.44 | $10,001.71 |
| 35 | 10/28/2017 | $37,391.44 | $1,346.85 | $0.00 | $2,021.27 | $1,810.94 | $210.33 | $35,580.50 | $10,212.03 |
| 36 | 12/6/2017 | $35,580.50 | $1,346.85 | $0.00 | $0.00 | -$200.14 | $200.14 | $35,780.64 | $10,412.17 |

| PMT NO | PAYMENT DATE | BEGINNING BALANCE | SCHEDULED PAYMENT | EXTRA PAYMENT | TOTAL PAYMENT | PRINCIPAL | INTEREST | ENDING BALANCE | CUMULATIVE INTEREST |
|---|---|---|---|---|---|---|---|---|---|
| 37 | 1/28/2018 | $35,780.64 | $1,346.85 | $0.00 | $0.00 | -$201.27 | $201.27 | $35,981.90 | $10,613.44 |
| 38 | 2/28/2018 | $35,981.90 | $1,346.85 | $0.00 | $0.00 | -$202.40 | $202.40 | $36,184.30 | $10,815.84 |
| 39 | 4/11/2018 | $36,184.30 | $1,346.85 | $0.00 | $1,346.85 | $1,143.31 | $203.54 | $35,040.99 | $11,019.38 |
| 40 | 5/15/2018 | $35,040.99 | $1,346.85 | $0.00 | $1,346.85 | $1,149.74 | $197.11 | $33,891.25 | $11,216.48 |
| 41 | 6/13/2018 | $33,891.25 | $1,346.85 | $0.00 | $1,346.85 | $1,156.21 | $190.64 | $32,735.04 | $11,407.12 |
| 42 | 6/28/2018 | $32,735.04 | $1,346.85 | $0.00 | $0.00 | -$184.13 | $184.13 | $32,919.17 | $11,591.25 |
| 43 | 8/13/2018 | $32,919.17 | $1,346.85 | $0.00 | $1,346.85 | $1,161.68 | $185.17 | $31,757.50 | $11,776.42 |
| 44 | 9/17/2018 | $31,757.50 | $1,346.85 | $0.00 | $1,339.12 | $1,160.48 | $178.64 | $30,597.01 | $11,955.06 |
| 45 | 10/18/2018 | $30,597.01 | $1,346.85 | $0.00 | $1,346.85 | $1,174.74 | $172.11 | $29,422.27 | $12,127.17 |
| 46 | 11/26/2018 | $29,422.27 | $1,346.85 | $0.00 | $1,346.85 | $1,181.35 | $165.50 | $28,240.93 | $12,292.67 |
| 47 | 11/28/2018 | $28,240.93 | $1,346.85 | $0.00 | $0.00 | -$158.86 | $158.86 | $28,399.78 | $12,451.52 |
| 48 | 1/4/2019 | $28,399.78 | $1,346.85 | $0.00 | $1,346.85 | $1,187.10 | $159.75 | $27,212.68 | $12,611.27 |
| 49 | 2/22/2019 | $27,212.68 | $1,346.85 | $0.00 | $1,346.85 | $1,193.78 | $153.07 | $26,018.91 | $12,764.34 |
| 50 | 2/28/2019 | $26,018.91 | $1,346.85 | $0.00 | $0.00 | -$146.36 | $146.36 | $26,165.26 | $12,910.70 |
| 51 | 3/28/2019 | $26,165.26 | $1,346.85 | $0.00 | $0.00 | -$147.18 | $147.18 | $26,312.44 | $13,057.88 |
| 52 | 4/28/2019 | $26,312.44 | $1,346.85 | $0.00 | $0.00 | -$148.01 | $148.01 | $26,460.45 | $13,205.89 |
| 53 | 5/28/2019 | $26,460.45 | $1,346.85 | $0.00 | $0.00 | -$148.84 | $148.84 | $26,609.29 | $13,354.73 |
| 54 | 6/28/2019 | $26,609.29 | $1,346.85 | $0.00 | $0.00 | -$149.68 | $149.68 | $26,758.97 | $13,504.40 |
| 55 | 7/28/2019 | $26,758.97 | $1,346.85 | $0.00 | $0.00 | -$150.52 | $150.52 | $26,909.49 | $13,654.92 |
| 56 | 8/28/2019 | $26,909.49 | $1,346.85 | $0.00 | $0.00 | -$151.37 | $151.37 | $27,060.85 | $13,806.29 |
| 57 | 9/28/2019 | $27,060.85 | $1,346.85 | $0.00 | $0.00 | -$152.22 | $152.22 | $27,213.07 | $13,958.51 |
| 58 | 10/28/2019 | $27,213.07 | $1,346.85 | $0.00 | $0.00 | -$153.07 | $153.07 | $27,366.14 | $14,111.58 |
| 59 | 11/28/2019 | $27,366.14 | $1,346.85 | $0.00 | $0.00 | -$153.93 | $153.93 | $27,520.08 | $14,265.52 |
| 60 | 12/28/2019 | $27,520.08 | $1,346.85 | $0.00 | $0.00 | -$154.80 | $154.80 | $27,674.88 | $14,420.32 |

*Great Oak 3*

# Business Basic Checking

**PNC BANK**

PNC Bank

**For the Period 01/01/2016 to 01/29/2016**

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

Primary Account Number: 86-0755-7127
Page 1 of 2
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/mybusiness/
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Business Basic Checking Summary

Great Oak Capital Llc

Account number:  86-0755-7127

Overdraft Protection Provided By:  XXXXXXXXXXXX0174

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ~~illegible~~ | 2,610.85 | ~~illegible~~ | ~~illegible~~ |

| | | Average ledger balance | Average collected balance |
|---|---|---|---|
| | | ~~illegible~~ | ~~illegible~~ |

## Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| ~~Total Overdraft and Returned Item NSF~~ | ~~36.00~~ | ~~36.00~~ |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 1,346.85 |
| Other Additions | 1 | 1,264.00 |
| Total | 2 | 2,610.85 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 4 | ~~illegible~~ |
| Service Charges and Fees | 1 | ~~illegible~~ |
| Other Deductions | 2 | ~~illegible~~ |
| Total | 7 | ~~illegible~~ |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 01/01 | ~~illegible~~ | 01/07 | ~~illegible~~ | 01/25 | ~~illegible~~ |
| 01/04 | ~~illegible~~ | 01/15 | ~~illegible~~ | 01/26 | ~~illegible~~ |
| 01/05 | ~~illegible~~ | 01/20 | ~~illegible~~ | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/05 | 1,346.85 | Deposit *—Ray Blue Deposit —Returned 1/7/16* | 049368901 |

*Great Oak 3*

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 01/01/2016 to 01/29/2016**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 2

Business Basic Checking Account Number: 86-0755-7127 - continued

## Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/26 | 1,264.00 | Reverse Check | 084579777 |
| | | Effective 01-25-16 | |

## Checks and Other Deductions

### Checks and Substitute Checks    * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/15 | 2280 * | | 086705868 | 01/05 | 2482 * | | 084079941 | 01/25 | 2483 | | 084579777 |
| 01/04 | 2346 * | | 086403270 | | | | | | | | |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/26 | 36.00 | Returned Item Fee (nsf) | 084579777 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/07 | 1,346.85 | Ret Dep Item — *Ray Blythe* —Ret ck 100906 | 0105049368902NSF/UN |
| 01/20 | 1,582.19 | Loan Payment | 53000537 |

## Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 02/01/2016 and will appear on your next statement as a single line item entitled Service Charge Period Ending 01/29/2016.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | 1 | 17.00 | |
| Combined Transactions | 5 | .00 | Included in Account |
| Checks Paid | 3 | .00 | |
| Deposited Item - Consolidated | 1 | .00 | |
| Deposit Tickets Processed | 1 | .00 | |
| Return Of Deposited Item Charge | 1 | 12.00 | |
| Total For Services Used This Period | | 29.00 | |
| Total Service Charge | | 29.00 | |

Member FDIC          Equal Housing Lender

# Business Basic Checking

**PNC BANK**

PNC Bank

**For the Period 01/30/2016 to 02/29/2016**

Primary Account Number: 86-0755-7127
Page 1 of 3
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/mybusiness/
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Business Basic Checking Summary

Great Oak Capital Llc

Account number:  86-0755-7127

Overdraft Protection Provided By:   XXXXXXXXXXXX0174

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | ~~487.78~~ | 14,956.03 | ~~6,736.74~~ | ~~7,687.04~~ |
| | | | Average ledger balance | Average collected balance |
| | | | ~~6,825.73~~ | ~~6,845.47~~ |

### Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| ~~Total Overdraft Fees~~ | ~~72.00~~ | ~~72.00~~ |
| ~~Total Returned Item Fees (NSF)~~ | .00 | ~~36.00~~ |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 14,956.03 |
| **Total** | **2** | **14,956.03** |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 7 | ~~5,408.38~~ |
| Check Card Purchases | 2 | ~~55.55~~ |
| POS Purchases | 2 | ~~111.30~~ |
| ACH Deductions | 1 | ~~97.75~~ |
| Service Charges and Fees | 3 | ~~101.00~~ |
| Other Deductions | 1 | ~~897.46~~ |
| **Total** | **16** | **6,736.74** |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 01/30 | ~~487.78~~ | 02/03 | ~~8,543.07~~ | 02/12 | ~~7,636.17~~ |
| 02/01 | ~~39.78~~ | 02/08 | ~~13,268.12~~ | 02/16 | ~~7,574.42~~ |
| 02/02 | ~~8,417.79~~ | 02/11 | ~~12,136.12~~ | 02/22 | ~~7,502.15~~ |

Daily Balance continued on next page

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Basic Checking Account Number: 86-0755-7127 - continued

**For the Period 01/30/2016 to 02/29/2016**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 3

## Daily Balance — continued

| Date | Ledger balance | Date | Ledger balance |
|------|----------------|------|----------------|
| 02/25 | ~~02/282.15~~ | 02/29 | ~~5,087.61~~ |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 02/02 | 10,635.76 | Deposit *Management fees* | 048927501 |
| 02/08 | 4,320.27 | Deposit —*Ray Blue 2020.27+ Dexter 2300* | 051102391 |

### Checks and Other Deductions

#### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|-------------|-------------|--------|------------------|-------------|-------------|--------|------------------|-------------|-------------|--------|------------------|
| 02/11 | 2300 * | ~~~~ | 083885627 | 02/12 | 2485 | ~~~~ | 084670222 | 02/29 | 2488 * | ~~~~1 | 073757380 |
| 02/01 | 2333 * | ~~~~ | 083480229 | 02/16 | 2486 | ~~~~ | 088566966 | 02/25 | 2489 | ~~~~ | 084394305 |
| 02/02 | 2484 * | 1,~~~~ | 073250007 | | | | | | | | |

#### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 02/02 | ~~39.70~~ | ~~0461 Debit Card Purchase Corner Bakery Cafe 0130 King Of Pru PA~~ | 73395940017850461033 |
| 02/08 | ~~25.25~~ | ~~0461 Debit Card Purchase Yahoo Small Business 866-5627228 Ca~~ | 44970940017850461038 |

#### POS Purchases

| Date posted | Amount | Transaction description | Reference number | |
|-------------|--------|-------------------------|------------------|--|
| 02/08 | ~~64.02~~ | ~~POS Purchase The Home Depot King O Prus PA~~ | POS06234639 | 3048623 |
| 02/22 | ~~57.78~~ | ~~POS Purchase Lowe's #2879 Reading PA~~ | POS001 | 3061094 |

#### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 02/02 | ~~127.06~~ | ~~Corporate ACH Payment Verizon Wireless 082058915400000~~ | 00016032004885383 |

#### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 02/01 | ~~20.00~~ | ~~Service Charge Period Ending 01/29/2016~~ | |
| 02/03 | ~~36.00~~ | ~~Overdraft Item Fee~~ | 00016032004885383 |
| 02/03 | ~~36.00~~ | ~~Overdraft Item Fee~~ | 073250007 |

#### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 02/22 | ~~1,807.46~~ | ~~Loan Payment 00000 1103048110390124~~ | 53000900 |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 01/30/2016 to 02/29/2016**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 3 of 3

Business Basic Checking Account Number: 86-0755-7127 - continued

## Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 03/01/2016 and will appear on your next statement as a single
line item entitled Service Charge Period Ending 02/29/2016.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 15 | .00 | Included in Account |
| ACH Debits | 1 | .00 | |
| Checks Paid | 7 | .00 | |
| Deposited Item - Consolidated | 5 | .00 | |
| Deposit Tickets Processed | 2 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC                    ⌂ Equal Housing Lender

# Business Basic Checking

PNC Bank

**PNC BANK**

| | |
|---|---|
| **For the Period 03/01/2016 to 03/31/2016** | Primary Account Number: 86-0755-7127 |
| | Page 1 of 2 |
| | Number of enclosures: 0 |

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

☎ For 24-hour banking sign on to
🖥 PNC Bank Online Banking on pnc.com
   FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?**  Please contact your local branch

✉ Write to:  Customer Service
   PO Box 609
   Pittsburgh, PA  15230-9738
🖥 Visit us at PNC.com/mybusiness/
📠 TDD terminal: 1-800-531-1648
   For hearing impaired clients only

## Business Basic Checking Summary

Great Oak Capital Llc

Account number:  86-0755-7127

Overdraft Protection Provided By:  XXXXXXXXXXXX0174

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ~~▓▓▓▓▓~~ | 4,320.28 | ~~▓▓▓▓▓~~ | ~~▓▓▓▓▓~~ |

| Average ledger balance | Average collected balance |
|---|---|
| ~~▓▓▓▓▓~~ | ~~▓▓▓▓▓~~ |

## Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| ~~▓▓▓▓▓▓▓▓~~ | .00 | ~~▓▓▓~~ |
| ~~▓▓▓ Returned Item Fees (NSF) ▓~~ | .00 | ~~▓▓▓~~ |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 4,320.28 |
| Total | 2 | 4,320.28 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 6 | ~~▓▓▓▓~~ |
| Check Card Purchases | 1 | ~~▓▓▓▓~~ |
| ACH Deductions | 2 | ~~▓▓▓▓~~ |
| Other Deductions | 1 | ~~▓▓▓▓~~ |
| Total | 10 | ~~▓▓▓▓~~ |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 03/01 | ~~▓▓▓▓~~ | 03/11 | ~~▓▓▓▓~~ | 03/25 | ~~▓▓▓▓~~ |
| 03/02 | ~~▓▓▓▓~~ | 03/14 | ~~▓▓▓▓~~ | 03/30 | ~~▓▓▓▓~~ |
| 03/03 | ~~▓▓▓▓~~ | 03/17 | ~~▓▓▓▓~~ | 03/31 | ~~▓▓▓▓~~ |
| 03/07 | ~~▓▓▓▓~~ | 03/21 | ~~▓▓▓▓~~ | | |



.

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Basic Checking Account Number: 86-0755-7127 - continued

For the Period 03/01/2016 to 03/31/2016
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 2

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/11 | 2,300.01 | Deposit — Dexter St | 048374509 |
| 03/30 | 2,020.27 | Deposit — Ray Blue | 049603421 |

### Checks and Other Deductions

#### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/07 | 2334 * | | 080371682 | 03/25 | 2336 | | 083841796 | 03/17 | 2491 * | | 080503884 |
| 03/14 | 2335 | | 083010272 | 03/03 | 2487 * | | 085218145 | 03/14 | 2492 | | 083528802 |

#### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/02 | | 0401 Debit Card Purchase Square  6465803456  NY | 65099940017850461062 |

#### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/02 | |  Corporate ACH Payments Verizon Wireless 06205891540000* | 00016061003773220 |
| 03/31 | | Corporate ACH Payments Verizon Wireless 06205891540000* | 00016090003554025 |

#### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/21 | | Loan Payment  00020  11034371103901744* | 53000850 |

### Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 04/01/2016 and will appear on your next statement as a single line item entitled Service Charge Period Ending 03/31/2016.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 15 | .00 | Included in Account |
| ACH Debits | 2 | .00 | |
| Checks Paid | 6 | .00 | |
| Deposited Item - Consolidated | 5 | .00 | |
| Deposit Tickets Processed | 2 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC                    🏠 Equal Housing Lender

# Business Basic Checking

PNC Bank

**PNC BANK**

**For the Period 04/01/2016 to 04/29/2016**

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

Primary Account Number: 86-0755-7127
Page 1 of 3
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
Visit us at PNC.com/mybusiness/
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Business Basic Checking Summary

Account number: 86-0755-7127

Great Oak Capital Llc

Overdraft Protection Provided By:   XXXXXXXXXXXX0174

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ▓▓▓▓▓ | 2,300.01 | ▓▓▓▓▓ | ▓▓▓▓▓ |

| | | Average ledger balance | Average collected balance |
|---|---|---|---|
| | | ▓▓▓▓▓ | 3,135.20 |

## Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| ~~Total Overdraft Fees~~ | .00 | ▓▓▓▓ |
| ~~Total Returned Item Fees (NSF)~~ | .00 | ▓▓▓▓ |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 2,300.01 |
| Total | 1 | 2,300.01 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 5 | ▓▓▓▓ |
| Check Card Purchases | 1 | ▓▓▓▓ |
| ACH Deductions | 1 | ▓▓▓▓ |
| Other Deductions | 1 | ▓▓▓▓ |
| Total | 8 | ▓▓▓▓ |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 04/01 | ▓▓▓▓ | 04/14 | ▓▓▓▓ | 04/25 | ▓▓▓▓ |
| 04/05 | ▓▓▓▓ | 04/15 | ▓▓▓▓ | 04/26 | ▓▓▓▓ |
| 04/12 | ▓▓▓▓ | 04/20 | ▓▓▓▓ | 04/27 | ▓▓▓▓ |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 04/01/2016 to 04/29/2016
Great Oak Capital Llc
Primary Account Number: 86-0755-7127

Business Basic Checking Account Number: 86-0755-7127 - continued

Page 2 of 3

## Activity Detail

## Deposits and Other Additions

### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/14 | 2,300.01 | Deposit — Dexter St | 048714033 |

## Checks and Other Deductions

### Checks and Substitute Checks    * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/25 | 2329 * | | 083104177 | 04/05 | 2493 * | | 072645482 | 04/27 | 2495 | | 085714787 |
| 04/12 | 2337 * | | 086785213 | 04/26 | 2494 | | 085104377 | | | | |

### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/25 | | Debit Card Purchase | 66109940017850461115 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/15 | 2,104.00 | ACH Web Single Pmt Pymt Foremost | 00016105012166724 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/20 | | Loan Payment | 53000524 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 05/02/2016 and will appear on your next statement as a single line item entitled Service Charge Period Ending 04/29/2016.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 11 | .00 | Included in Account |
| ACH Debits | 1 | .00 | |
| Checks Paid | 5 | .00 | |
| Deposited Item - Consolidated | 4 | .00 | |
| Deposit Tickets Processed | 1 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Special opportunity for business owners during Small Business Month

Join us for a live, free and educational web cast on May 17, 2016 from 12:30-2:00pm ET.

Title: How to use Facebook, Instagram and Twitter to Help Grow Your Business

Our speaker Mari Smith is often referred to as "The Queen of Facebook." Mari Smith is considered one of the world's foremost experts on Facebook marketing and social media. She is a Forbes Top Social Media Power Influencer. With the rapidly evolving landscape of social networking platforms, it's becoming more challenging for businesses to keep up and get solid results. Get ready to take plenty of notes: Mari's

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Basic Checking Account Number: 86-0755-7127 - continued

**For the Period 04/01/2016 to 04/29/2016**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 3 of 3

session will be packed with both recommended strategies as well as practical tips to help you get measurable results.

Visit pnc.com/sbmonth to register and learn more.

Member FDIC                    Equal Housing Lender

# Business Basic Checking
PNC Bank

**PNC BANK**

**For the Period 04/30/2016 to 05/31/2016**

Primary Account Number: 86-0755-7127
Page 1 of 2
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
Visit us at PNC.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Business Basic Checking Summary
Account number: 86-0755-7127

Great Oak Capital Llc

Overdraft Protection Provided By:  XXXXXXXXXXXX0174

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ▓▓▓▓▓ | 24,128.27 | ▓▓▓▓▓ | ▓▓▓▓▓ |

| | | Average ledger balance | Average collected balance |
|---|---|---|---|
| | | ▓▓▓▓▓ | ▓▓▓▓▓ |

## Overdraft and Returned Item Fee Summary



| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | ▓▓▓▓▓ | ▓▓▓▓▓ |
| Total Returned Item Fees (NSF) | ▓▓▓ | ▓▓▓▓▓ |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 3 | 24,128.27 |
| Total | 3 | 24,128.27 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 4 | ▓▓▓▓▓ |
| Check Card Purchases | 1 | ▓▓▓▓▓ |
| ACH Deductions | 1 | ▓▓▓▓▓ |
| Service Charges and Fees | 1 | ▓▓▓▓▓ |
| Other Deductions | 1 | ▓▓▓▓▓ |
| Total | 8 | 6,396.18 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 04/30 | ▓▓▓▓▓ | 05/09 | ▓▓▓▓▓ | 05/20 | ▓▓▓▓▓ |
| 05/03 | ▓▓▓▓▓ | 05/11 | ▓▓▓▓▓ | 05/23 | ▓▓▓▓▓ |
| 05/04 | ▓▓▓▓▓ | 05/13 | ▓▓▓▓▓ | | |
| 05/05 | ▓▓▓▓▓ | 05/19 | ▓▓▓▓▓ | | |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 04/30/2016 to 05/31/2016
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 2

Business Basic Checking Account Number: 86-0755-7127 - continued

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/05 | 2,020.27 | Deposit — Ray Blue | 048689026 |
| 05/11 | 2,300.00 | Deposit — Dexter St | 050243697 |
| 05/13 | 19,808.00 | Deposit — Management fees | 054964866 |

## Checks and Other Deductions

### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/23 | 2250 * | | 086313556 | 05/19 | 2496 * | 1 | 074426025 | 05/23 | 2497 | | 083105066 |
| 05/09 | 2351 * | | 084805298 | | | | | | | | |

### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/11 | 55.26 | 0451 Debit Card Purchase Yahoo Small Business 866-1391599 ca | 9923794001785046132 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/03 | 785.76 | Corporate ACH Payments Verizon Wireless 0890589154000041 | 00016123013296941 |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/04 | 36.00 | Overdraft Item Fee | 00016123013296941 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/20 | 561.26 | Loan Payment 08000 1105048110390174 | 53000526 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 06/01/2016 and will appear on your next statement as a single line item entitled Service Charge Period Ending 05/31/2016.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | |
| Combined Transactions | | | Requirements Met |
| ACH Debits | 14 | .00 | Included in Account |
| Checks Paid | 1 | .00 | |
| Deposited Item - Consolidated | 4 | .00 | |
| Deposit Tickets Processed | 6 | .00 | |
| | 3 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC                    ⌂ Equal Housing Lender

# Business Basic Checking
PNC Bank

**PNC BANK**

**For the Period 06/01/2016 to 06/30/2016**

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

Primary Account Number: 86-0755-7127
Page 1 of 2
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Business Basic Checking Summary
Account number:  86-0755-7127

Great Oak Capital Llc

Overdraft Protection Provided By:  XXXXXXXXXXXX0174

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ~~16,413.92~~ | 4,320.79 | ~~9,652.58~~ | ~~16,081.13~~ |

| | | Average ledger balance | Average collected balance |
|---|---|---|---|
| | | ~~16,321.52~~ | ~~16,295.83~~ |

## Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | .00 | ~~6,706.00~~ |
| Total Returned Item Fees | .00 | ~~36.00~~ |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 4,320.79 |
| Total | 2 | 4,320.79 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 6 | ~~5,850.04~~ |
| Check Card Purchases | 3 | ~~402.06~~ |
| ACH Deductions | 1 | ~~411.03~~ |
| Other Deductions | 2 | ~~2,989.25~~ |
| Total | 12 | ~~9,652.58~~ |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 06/01 | ~~16,753.55~~ | 06/10 | ~~14,531.92~~ | 06/17 | ~~16,184.18~~ |
| 06/02 | ~~16,412.49~~ | 06/13 | ~~14,461.99~~ | 06/20 | ~~16,543.09~~ |
| 06/03 | ~~15,973.21~~ | 06/15 | ~~16,761.01~~ | 06/27 | ~~16,397.13~~ |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Basic Checking Account Number: 86-0755-7127 - continued

For the Period 06/01/2016 to 06/30/2016
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 2

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/15 | 2,300.52 | Deposit — Dexter St | 050358424 |
| 06/17 | 2,020.27 | Deposit — Ray Blue | 049261803 |

## Checks and Other Deductions

### Checks and Substitute Checks        * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/03 | 2180 * | | 085835630 | 06/27 | 2353 | | 085150299 | 06/10 | 2499 | | 083535409 |
| 06/13 | 2352 * | | 084004879 | 06/01 | 2498 * | | 084826494 | 06/13 | 2500 | | 084876707 |

### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/03 | | 0401 Debit Card Purchase Tony Banks Of Consho Conshohocke PA | 84063940017850461155 |
| 06/10 | | 0401 Debit Card Purchase Spicy Seaside Harbo | 22713940017850461162 |
| 06/27 | 38.82 | 0401 Debit Card Purchase Yahoo Small Business 866-4381582 Ca | 62880940017850461178 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/02 | | Corporate ACH Payments Verizon Wireless 062058915400001 | 00016153004148042 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/17 | | Pet Dept Item | 0615050358427RTM |
| 06/20 | | Loan Payment | 53000900 |

### Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 07/01/2016 and will appear on your next statement as a single line item entitled Service Charge Period Ending 06/30/2016.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | | | Included in Account |
| ACH Debits | 15 | .00 | |
| Checks Paid | 1 | .00 | |
| Deposited Item - Consolidated | 6 | .00 | |
| Deposit Tickets Processed | 6 | .00 | |
| Return Of Deposited Item Charge | 2 | .00 | |
| Total For Services Used This Period | 1 | 12.00 | |
| Total Service Charge | | 12.00 | |
| | | 12.00 | |

Member FDIC

Equal Housing Lender

# Business Basic Checking
PNC Bank

 **PNC BANK**

**For the Period 07/01/2016 to 07/29/2016**

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

Primary Account Number: 86-0755-7127
Page 1 of 2
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/mybusiness/
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Business Basic Checking Summary
Account number:  86-0755-7127

Great Oak Capital Llc

Overdraft Protection Provided By:   XXXXXXXXXXXX0174

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ~~████~~ | 5,666.70 | ~~████~~ | ~~████~~ |
| | | Average ledger balance | Average collected balance |
| | | ~~████~~ | ~~████~~ |

### Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft ~~████~~ | .00 | ~~████~~ |
| Total Returned Item Fees (NSF) | .00 | ~~████~~ |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 3 | 5,666.70 |
| Total | 3 | 5,666.70 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 4 | ~~████~~ |
| ACH Deductions | 1 | ~~████~~ |
| Service Charges and Fees | 1 | ~~████~~ |
| Other Deductions | 1 | ~~████~~ |
| Total | 7 | ~~████~~ |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 07/01 | ~~████~~ | 07/20 | ~~████~~ | 07/27 | ~~████~~ |
| 07/06 | ~~████~~ | 07/22 | ~~████~~ | 07/29 | ~~████~~ |
| 07/08 | ~~████~~ | 07/25 | ~~████~~ | | |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 07/01/2016 to 07/29/2016
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 2

Business Basic Checking Account Number: 86-0755-7127 - continued

## Activity Detail

## Deposits and Other Additions

### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/06 | 2,973.00 | Deposit — Dexter st | 046787690 |
| 07/25 | 1,346.85 | Deposit — Ray Blue | 050278711 |
| 07/27 | 1,346.85 | Deposit — Ray Blue | 046610619 |

## Checks and Other Deductions

### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/08 | 2354 * | | 085837557 | 07/22 | 2502 | | 086755744 | 07/29 | 2503 | | 083098472 |
| 07/01 | 2501 * | | 085128368 | | | | | | | | |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/01 | | Corporate ACH Payments | 00016182003120211 |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/01 | | Service Charge Period Ending 06/30/2016 | |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/20 | | Loan Payment | 53000520 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 08/01/2016 and will appear on your next statement as a single line item entitled Service Charge Period Ending 07/29/2016.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 15 | .00 | Included in Account |
| ACH Debits | 1 | .00 | |
| Checks Paid | 4 | .00 | |
| Deposited Item - Consolidated | 7 | .00 | |
| Deposit Tickets Processed | 3 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC          Equal Housing Lender

# Business Basic Checking

PNC Bank

 **PNC BANK**

For the Period 07/30/2016 to 08/31/2016

Primary Account Number: 86-0755-7127
Page 1 of 3
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?**  Please contact your local branch

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/mybusiness/
TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

IMPORTANT INFORMATION ABOUT ATM TRANSACTIONS AND PURCHASES

Under certain conditions we may allow you to complete a transaction that may cause an overdraft to your business checking or money market account when using your PNC Bank Business Visa® Debit Card at PNC Bank ATMs, non-PNC ATMs, and for merchant purchases. At PNC Bank ATMs we can give you the choice to cancel the transaction if it would cause an overdraft. We are not able to provide you this choice at a non-PNC Bank ATM or when making merchant purchases.

If you would prefer that we not allow overdrafts for card transactions at the ATM or merchant, please call us at 1-877-222-5401, Monday - Friday, 7 a.m. - 10 p.m.; Saturday and Sunday, 8 a.m. - 5 p.m. (ET), to opt-out. If you do so, we will decline transactions if your available funds are not sufficient to cover them.

If you have called previously to opt-out, you do not need to call again.

For more information, please see our Business Checking Accounts and Related Charges and / or Account Agreement for Business Accounts, Payment of Overdrafts for Card Transactions section.

## Business Basic Checking Summary

Account number:  86-0755-7127

Great Oak Capital Llc

Overdraft Protection Provided By:   XXXXXXXXXXX0174

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 16,515.55 | 2,300.00 | 5,748.55 | 13,766.45 |
| | | Average ledger balance | Average collected balance |
| | | 14,984.75 | 13,866.03 |

## Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | .00 | 756.00 |
| Total Returned Item Fees (NSF) | .00 | 36.00 |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 07/30/2016 to 08/31/2016**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 3

Business Basic Checking Account Number: 86-0755-7127 - continued

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 2,300.00 |
| Total | 1 | 2,300.00 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 3 | ▓▓▓▓ |
| Check Card Purchases | 1 | ▓▓▓ |
| ACH Deductions | 3 | ▓▓▓▓ |
| Other Deductions | 1 | ▓▓▓▓ |
| Total | 8 | ▓▓▓▓ |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 07/30 | ▓▓▓▓ | 08/08 | ▓▓▓▓ | 08/29 | ▓▓▓▓ |
| 08/01 | ▓▓▓▓ | 08/18 | ▓▓▓▓ | 08/30 | ▓▓▓▓ |
| 08/02 | ▓▓▓▓ | 08/22 | ▓▓▓▓ | 08/31 | ▓▓▓▓ |

# Activity Detail

## Deposits and Other Additions

### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/30 | 2,300.00 | Deposit — Dexter St | 046707894 |

# Checks and Other Deductions

## Checks and Substitute Checks

* Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/01 | 2355 * | ▓▓▓ | 083476869 | 08/22 | 2395 * | ▓▓▓ | 085520614 | 08/29 | 2504 * | ▓▓▓ | 086725592 |

## Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/08 | ▓▓▓ | 0401 Debit Card Purchase Yahoo Small Business ▓▓▓ | 40818940017850461220 |

## ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/02 | ▓▓▓ | Corporate ACH Payments ▓▓▓ | 00016214006050269 |
| 08/18 | 1,095.11 | ACH Web Single Web Pay Independence Blu ▓▓▓ | 00016231008934387 |
| 08/31 | ▓▓▓ | Corporate ACH Payments ▓▓▓ | 00016243003584599 |

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/22 | ▓▓▓ | Loan Payment  00000  ▓▓▓ | 53000868 |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Basic Checking Account Number: 86-0755-7127 - continued

For the Period 07/30/2016 to 08/31/2016
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 3 of 3

## Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 09/01/2016 and will appear on your next statement as a single
line item entitled Service Charge Period Ending 08/31/2016.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 11 | .00 | Included in Account |
| ACH Debits | 3 | .00 | |
| Checks Paid | 3 | .00 | |
| Deposited Item - Consolidated | 4 | .00 | |
| Deposit Tickets Processed | 1 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC                    Equal Housing Lender

# Business Basic Checking

PNC Bank

 **PNC BANK**

**For the Period 09/01/2016 to 09/30/2016**

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

Primary Account Number: 86-0755-7127
Page 1 of 3
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?**  Please contact your local branch

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT FOR SOLE PROPRIETORS

We may report information regarding your Account to credit bureaus. If the Account is jointly held, we may also report information to credit bureaus about any joint owner(s). Negative information, including closing of the Account with an overdrawn balance owed or other defaults on the Account, may be reflected in each joint owner's credit report.

## NEW CHOICE IN DOCUMENT DELIVERY FOR ONLINE BANKING CUSTOMERS

All Online Banking checking and savings customers will soon be able to choose between "Digital Delivery Only" and "U.S. Mail Only" for eligible deposit servicing communications ("Documents").* Starting between October 23 and December 31, 2016, customers can make this selection from the Online Document Preferences screen on the Customer Profile tab and may change this selection at any time. Please note that changes to delivery preferences may take up to two business days to go into effect.

Selecting "Digital Delivery Only" for an account means we will post ("deliver") documents in PDF form on PNC's secure Online Banking website. We will also send you an email notification that a new document is ready to be viewed in Online Banking. Please ensure your Online Banking email address is up to date by signing on and visiting the Customer Service tab. Documents that are delivered through Online Banking will no longer be delivered by postal mail. For more information and answers to common questions, please consult PNC's Online Banking Service Agreement or visit the Documents tab within the Customer Service section.

Selecting "U.S. Mail Only" for an account means we will mail the document, in paper form, to the last postal address you have specified for your Account.

* Current list of eligible Documents - (This list may expand to include additional documents)
Overdraft Protection Transfer Notice, Dormant/Inactive Account Activity Notice, Mail Deposit Confirmation Notice, Overdraft Protection Hold Notice, Continuous Overdraft Notice, Insufficient Funds Notice, Transfer Violation (Reg D) Notice, Transfer Violation (Reg D) Account Conversion Notice, Overdraft Coverage Confirmation Notice, ATM Deposit Correction Notice, and ATM Deposit Reversal Notice.

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Basic Checking Account Number: 86-0755-7127 - continued

For the Period 09/01/2016 to 09/30/2016
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 3

## Business Basic Checking Summary

Great Oak Capital Llc

Account number:  86-0755-7127

Overdraft Protection Provided By:   XXXXXXXXXXXX0174

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 1~~0,795.45~~ | 3,646.85 | ~~4,957.85~~ | ~~12,479.45~~ |

| | Average ledger balance | Average collected balance |
|---|---|---|
| | ~~11,477.86~~ | ~~11,453.92~~ |

## Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | .00 | ~~108.00~~ |
| Total Returned Item Fees (NSF) | .00 | ~~36.00~~ |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 3,646.85 |
| Total | 2 | 3,646.85 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 5 | ~~4,158.80~~ |
| Check Card Purchases | 3 | ~~118.73~~ |
| ATM/Misc. Check Card Transactions | 1 | ~~30.00~~ |
| Other Deductions | 1 | ~~650.72~~ |
| Total | 10 | ~~4,957.85~~ |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 09/01 | ~~13,649.45~~ | 09/14 | ~~17,117.39~~ | 09/27 | ~~13,031.65~~ |
| 09/06 | ~~13,550.45~~ | 09/15 | ~~15,752.12~~ | 09/28 | ~~12,508.45~~ |
| 09/07 | ~~14,897.30~~ | 09/19 | ~~15,682.12~~ | 09/30 | ~~12,478.45~~ |
| 09/13 | ~~17,197.30~~ | 09/20 | ~~14,970.60~~ | | |

# Activity Detail

## Deposits and Other Additions

### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/07 | 1,346.85 | Deposit — Ray Blue | 051350817 |
| 09/13 | 2,300.00 | Deposit — Dexter St | 051066754 |

## Checks and Other Deductions

### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/01 | 2356 * | ~~~~ | 085319430 | 09/30 | 2358 | ~~~~ | 083361711 | 09/28 | 2507 * | ~~~~ | 085390715 |
| 09/19 | 2357 | ~~~~ | 083302842 | 09/15 | 2505 * | ~~~~ | 086356963 | | | | |

### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/14 | ~~78.00~~ | 0451 Debit Card Purchase City Of Philadelphia T ~~~~ 800-4874557 PA | 95048940017850461258 |

Check Card Purchases continued on next page

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 09/01/2016 to 09/30/2016**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 3 of 3

Business Basic Checking Account Number: 86-0755-7127 - continued

## Check Card Purchases    - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/14 | 1.91 | 0151 Debit Card Purchase Opo 800-4874567 Ca | 95049940017850461258 |
| 09/27 | 23.92 | 0151 Debit Card Purchase Yahoo Small Business 866-4381582 Ca | 85111940017850461271 |

## ATM/Misc. Check Card Transactions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/06 | 99.00 | 0151 Recurring Debit Card Dropbox Wqp8B9Ncksw dbx.tt/echai Ca | 70387940017850461248 |

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/20 | 150.00 | Loan Payment Cd000 Tr3504848333174 | 53000511 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 10/03/2016 and will appear on your next statement as a single line item entitled Service Charge Period Ending 09/30/2016.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 12 | .00 | Included in Account |
| Checks Paid | 5 | .00 | |
| Deposited Item - Consolidated | 5 | .00 | |
| Deposit Tickets Processed | 2 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC                          Equal Housing Lender

# Business Basic Checking

PNC Bank

⬢ **PNC BANK**

**For the Period 10/01/2016 to 10/31/2016**

Primary Account Number: 86-0755-7127
Page 1 of 2
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

✉ Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
Visit us at PNC.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT FOR SOLE PROPRIETORS

We may report information regarding your Account to credit bureaus. If the Account is jointly held, we may also report information to credit bureaus about any joint owner(s). Negative information, including closing of the Account with an overdrawn balance owed or other defaults on the Account, may be reflected in each joint owner's credit report.

---

## Business Basic Checking Summary

Account number: 86-0755-7127                                    Great Oak Capital Llc

Overdraft Protection Provided By:   XXXXXXXXXXXX0174

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ~~...~~ | 3,647.07 | ~~...~~ | ~~...~~ |

| | Average ledger balance | Average collected balance |
|---|---|---|
| | ~~12,124.60~~ | ~~...~~ |

## Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | | ~~...~~ |
| Total Returned Item Fees (NSF) | .00 | |
| | .00 | ~~36.00~~ |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 3,647.07 |
| Total | 2 | 3,647.07 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 5 | ~~...~~ |
| ACH Deductions | 1 | ~~...~~ |
| Other Deductions | 1 | ~~...~~ |
| Total | 7 | ~~9,507.19~~ |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 10/01 | ~~...~~ | 10/03 | ~~...~~ | 10/11 | ~~...~~ |

Daily Balance continued on next page

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 10/01/2016 to 10/31/2016**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 2

Business Basic Checking Account Number: 86-0755-7127 - continued

## Daily Balance  - continued

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 10/13 | | 10/24 | | 10/31 | |
| 10/20 | | 10/27 | | | |

## Activity Detail

### Deposits and Other Additions

**Deposits**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/11 | 2,300.22 | Deposit — Dexter St | 049258301 |
| 10/27 | 1,346.85 | Deposit — Ray Blue | 052806508 |

## Checks and Other Deductions

### Checks and Substitute Checks        * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/13 | 2359 * | | 084564477 | 10/03 | 2508 * | | 085430825 | 10/31 | 2510 | | 083706676 |
| 10/31 | 2360 | | 086858115 | 10/24 | 2509 | | 083243254 | | | | |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/03 | | Corporate ACH Payments Verizon Wireless 0620089164000010 | 00016274002551269 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/20 | | Loan Payment  00000  11030481103001710 | 53000508 |

## Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 11/01/2016 and will appear on your next statement as a single line item entitled Service Charge Period Ending 10/31/2016.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | |
| Combined Transactions | | | Requirements Met |
| ACH Debits | 13 | .00 | Included in Account |
| Checks Paid | 1 | .00 | |
| Deposited Item - Consolidated | 5 | .00 | |
| Deposit Tickets Processed | 5 | .00 | |
| Total For Services Used This Period | 2 | .00 | |
| Total Service Charge | | .00 | |

Member FDIC

Equal Housing Lender

# Business Basic Checking

PNC Bank

 **PNC BANK**

**For the Period 11/01/2016 to 11/30/2016**

Primary Account Number: 86-0755-7127
Page 1 of 3
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/smallbusiness

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## IMPORTANT CHANGES TO FEES FOR BUSINESS BASIC CHECKING

The information below amends certain information in our "Business Checking Accounts and Related Charges" ("Schedule"). All other information in our Schedule continues to apply to your account. Please read this information and retain it with your records.

Effective April 1, 2017
> The Monthly Maintenance fee will be $20.00 and can be avoided by maintaining an average monthly collected balance of $2,500
> Your account will now have a Paper Statement fee: The Paper Statement fee will be $2.00 per month (no charge for online statements)
> The Monthly Transactions fee for deposits, deposited items, paid items, and ACH credits and debits received will be $0.50 for each transaction over 300 per month
> The Monthly Cash Deposit fee for cash deposited over-the-counter, at the ATM, in the night depository or via Quick Deposit will be $0.25 per $100 for cash deposited over $10,000 per month
> The Night Deposit Bag Processing fee will be $3.00 per bag
> The Over the Counter Cash Furnished fee will be $2.50 per $1,000 for cash furnished in excess of $30,000 per month
> The Over the Counter Coin Furnished fee will be $0.15 per roll for cash furnished in excess of 100 rolls per month
> The Bulk Currency Furnished fee will be $2.50 per $1,000
> The Return Deposited Item Fee will be $15.00 per item

If you have questions or concerns about these changes, please contact your PNC Business Banker or call us at the number listed at the top of this statement.

## Business Basic Checking Summary

Account number:  86-0755-7127                                    Great Oak Capital Llc

Overdraft Protection Provided By:  XXXXXXXXXXX0174

# Business Basic Checking



For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Basic Checking Account Number: 86-0755-7127 - continued

**For the Period 11/01/2016 to 11/30/2016**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 3

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ~~illegible~~ | 3,646.85 | ~~illegible~~ | ~~illegible~~ |

| | Average ledger balance | Average collected balance |
|---|---|---|
| | ~~illegible~~ | ~~illegible~~ |

## Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | .00 | ~~illegible~~ |
| Total Returned Item Fees (NSF) | .00 | ~~illegible~~ |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 3,646.85 |
| Total | 2 | 3,646.85 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 4 | ~~illegible~~ |
| Check Card Purchases | 1 | ~~illegible~~ |
| ACH Deductions | 1 | ~~illegible~~ |
| Other Deductions | 1 | ~~illegible~~ |
| Total | 7 | ~~illegible~~ |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 11/01 | ~~illegible~~ | 11/14 | ~~illegible~~ | 11/22 | ~~illegible~~ |
| 11/02 | ~~illegible~~ | 11/18 | ~~illegible~~ | 11/29 | ~~illegible~~ |
| 11/07 | ~~illegible~~ | 11/21 | ~~illegible~~ | 11/30 | ~~illegible~~ |

## Activity Detail

### Deposits and Other Additions

**Deposits**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/07 | 2,300.00 | Deposit – Dexter St | 055586642 |
| 11/22 | 1,346.85 | Deposit – Ray Blue | 048117789 |

## Checks and Other Deductions

### Checks and Substitute Checks

* Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/14 | 2361 * | ~~illegible~~ | 084666162 | 11/18 | 2511 * | ~~illegible~~ | 084084521 | 11/29 | 2512 | ~~illegible~~ | 088305519 |
| 11/30 | 2362 | ~~illegible~~ | 088178161 | | | | | | | | |

### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/07 | ~~illegible~~ | 0161 Debit Card Purchase Yahoo Small Busines ~~illegible~~ | 7785194001785046 1312 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/02 | ~~illegible~~ | Corporate ACH Payment ~~illegible~~ Verizon Wireless ~~illegible~~ | 0001630600884 6334 |

# Business Basic Checking

🖥 For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 11/01/2016 to 11/30/2016**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 3 of 3

Business Basic Checking Account Number: 86-0755-7127 - continued

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/~~~~ | 1,573.33 | ~~Loan Payment~~ 00000 110504811059840 | 53000836 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 12/01/2016 and will appear on your next statement as a single line item entitled Service Charge Period Ending 11/30/2016.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | | .00 | Included in Account |
| ACH Debits | 12 | .00 | |
| Checks Paid | 1 | .00 | |
| Deposited Item - Consolidated | 4 | .00 | |
| Deposit Tickets Processed | 5 | .00 | |
| Total For Services Used This Period | 2 | .00 | |
| Total Service Charge | | .00 | |
| | | .00 | |

Member FDIC

🏠 Equal Housing Lender

# Business Basic Checking
PNC Bank

 **PNC BANK**

**For the Period 12/01/2016 to 12/30/2016**

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

Primary Account Number: 86-0755-7127
Page 1 of 3
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
    FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/smallbusiness

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## IMPORTANT CHANGES TO FEES FOR BUSINESS BASIC CHECKING

The information below amends certain information in our "Business Checking Accounts and Related Charges" ("Schedule"). All other information in our Schedule continues to apply to your account. Please read this information and retain it with your records.

Effective April 1, 2017
> The Monthly Maintenance fee will be $20.00 and can be avoided by maintaining an average monthly collected balance of $2,500
> Your account will now have a Paper Statement fee: The Paper Statement fee will be $2.00 per month (no charge for online statements)
> The Monthly Transactions fee for deposits, deposited items, paid items, and ACH credits and debits received will be $0.50 for each transaction over 300 per month
> The Monthly Cash Deposit fee for cash deposited over-the-counter, at the ATM, in the night depository or via Quick Deposit will be $0.25 per $100 for cash deposited over $10,000 per month
> The Night Deposit Bag Processing fee will be $3.00 per bag
> The Over the Counter Cash Furnished fee will be $2.50 per $1,000 for cash furnished in excess of $30,000 per month
> The Over the Counter Coin Furnished fee will be $0.15 per roll for cash furnished in excess of 100 rolls per month
> The Bulk Currency Furnished fee will be $2.50 per $1,000
> The Return Deposited Item Fee will be $15.00 per item

If you have questions or concerns about these changes, please contact your PNC Business Banker or call us at the number listed at the top of this statement.

## Business Basic Checking Summary
Account number:  86-0755-7127

Great Oak Capital Llc

Overdraft Protection Provided By:  XXXXXXXXXXXX0174

# Business Basic Checking

 For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 12/01/2016 to 12/30/2016**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127

Business Basic Checking Account Number: 86-0755-7127 - continued

Page 2 of 3

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ▓▓▓▓▓ | 2,300.64 | ▓▓▓▓ | ▓▓▓▓ |

| | | Average ledger balance | Average collected balance |
|---|---|---|---|
| | | ▓▓▓▓ | ▓▓▓▓ |

## Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | .00 | ▓▓▓▓ |
| Total Returned Item Fees (NSF) | .00 | ▓▓▓▓ |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 2,300.64 |
| Total | 2 | 2,300.64 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 4 | ▓▓▓▓ |
| Check Card Purchases | 1 | ▓▓▓▓ |
| ACH Deductions | 1 | ▓▓▓▓ |
| Other Deductions | 1 | ▓▓▓▓ |
| Total | 7 | ▓▓▓▓ |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 12/01 | ▓▓▓▓ | 12/19 | ▓▓▓▓ | 12/23 | ▓▓▓▓ |
| 12/13 | ▓▓▓▓ | 12/20 | ▓▓▓▓ | 12/27 | ▓▓▓▓ |
| 12/16 | ▓▓▓▓ | | | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/16 | 684.82 | Deposit | 046547788 |
| 12/16 | 1,615.82 | Deposit  > Dexter St | 046547793 |

## Checks and Other Deductions

### Checks and Substitute Checks

\* Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/13 | 2107 * | ▓▓▓▓ | 086720371 | 12/19 | 2513 * | ▓▓▓▓ | 083335646 | 12/23 | 2514 | ▓▓▓▓ | 086383577 |
| 12/27 | 2363 * | ▓▓▓▓ | 086905930 | | | | | | | | |

### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/27 | ▓▓▓▓ | ▓▓▓▓ Debit Card Purchase Yahoo Small Business ▓▓▓▓ | 30009940017850461360 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/01 | ▓▓▓▓ | Corporate ACH Payments ▓▓▓▓ Wireless ▓▓▓▓ | 00016335008572452 |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 12/01/2016 to 12/30/2016**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 3 of 3

Business Basic Checking Account Number: 86-0755-7127 - continued

## Other Deductions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 12/30 | | | | 53000500 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 01/03/2017 and will appear on your next statement as a single line item entitled Service Charge Period Ending 12/30/2016.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | | .00 | Included in Account |
| ACH Debits | 11 | .00 | |
| Checks Paid | 1 | .00 | |
| Deposited Item - Consolidated | 4 | .00 | |
| Deposit Tickets Processed | 4 | .00 | |
| Total For Services Used This Period | 2 | .00 | |
| Total Service Charge | | .00 | |

Member FDIC

Equal Housing Lender

Great Oak 4

# Business Basic Checking
PNC Bank

**PNC BANK**

**For the Period 12/31/2016 to 01/31/2017**

Primary Account Number: 86-0755-7127
Page 1 of 3
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

✉ Write to: Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/smallbusiness

☎ TDD terminal: 1-800-531-1648
For hearing impaired clients only

IMPORTANT ACCOUNT CHANGE FOR ALL BUSINESS ACCOUNTS
WITH TREASURY MANAGEMENT SERVICES

Effective April 1, 2017, charges for certain Treasury Management services will change. The impact of these changes on your organization will depend on the mix of services you use at PNC and your transaction volumes. If applicable, the fees for the following services may be reduced or offset by the Earnings Credit for your account.

AUTOMATED CLEARING HOUSE (ACH)
The fee for Night Cycle Surcharge will no longer be charged
The fee for Additional Input Companies will no longer be charged
The fee for Notification of Change via Electronic Delivery will be $0.70 each
The fee for Same Day ACH Entries will be $0.75 each
The fee for Unauthorized ACH Return Item will be $4.50 each

PINACLE Express and PINACLE
The fee for Account Transfer Rejects will be $3.00 each
The fee for Additional Tokens will be $40.00 each

PINACLE
The fee for Outgoing Domestic Wire Transfers will be $10.00 each
The fee for Federal Tax Payment Wire Transfers will be $10.00 each
The fee for Outgoing International USD Wire Transfers will be $23.00 each

For questions or information on the following fees, please contact Treasury Management Client Care (TMCC) at 1-800-669-1518.

## Business Basic Checking Summary

Great Oak Capital Llc

Account number:  86-0755-7127

Overdraft Protection Provided By:   XXXXXXXXXXXX0174

# Business Basic Checking

For 24-hour account information, sign-on to pnc.com/mybusiness/

Business Basic Checking Account Number: 86-0755-7127 - continued

**For the Period 12/31/2016 to 01/31/2017**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 3

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| [redacted] | 4,321.30 | [redacted] | [redacted] |

| Average ledger balance | Average collected balance |
|---|---|
| [redacted] | [redacted] |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 4,321.30 |
| Total | 1 | 4,321.30 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 3 | [redacted] |
| ACH Deductions | 1 | [redacted] |
| Other Deductions | 1 | [redacted] |
| Total | 5 | [redacted] |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 12/31 | [redacted] | 01/06 | [redacted] | 01/23 | [redacted] |
| 01/03 | [redacted] | 01/20 | [redacted] | 01/30 | [redacted] |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/20 | 4,321.30 | Deposit – Ray Blue 2021.27 + Dexter 2300.03 | 047614194 |

### Checks and Other Deductions

#### Checks and Substitute Checks

* Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/06 | 2515 * | [redacted] | 083036293 | 01/23 | 2516 | [redacted] | 084257960 | 01/30 | 2517 | [redacted] | 085211873 |

#### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/03 | [redacted] | [redacted] | 00016365005574564 |

#### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/20 | [redacted] | [redacted] | 53000501 |

### Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 02/01/2017 and will appear on your next statement as a single line item entitled Service Charge Period Ending 01/31/2017.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 10 | .00 | Included in Account |
| ACH Debits | 1 | .00 | |
| Checks Paid | 3 | .00 | |
| Deposited Item - Consolidated | 5 | .00 | |
| Deposit Tickets Processed | 1 | .00 | |
| Total For Services Used This Period | | .00 | |

Detail of Services Used During Current Period continued on next page

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 12/31/2016 to 01/31/2017**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 3 of 3

Business Basic Checking Account Number: 86-0755-7127 - continued

## Detail of Services Used During Current Period    *- continued*

| Description | Volume | Amount |
|---|---|---|
| Total Service Charge | | .00 |

Member FDIC         Equal Housing Lender

# Business Basic Checking



PNC Bank

**For the Period 02/01/2017 to 02/28/2017**

Primary Account Number: 86-0755-7127
Page 1 of 3
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

✉ Write to: Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/smallbusiness

TDD terminal: 1-800-531-1648
For hearing impaired clients only

IMPORTANT ACCOUNT CHANGE FOR ALL BUSINESS ACCOUNTS
WITH TREASURY MANAGEMENT SERVICES

Effective April 1, 2017, charges for certain Treasury Management services will change. The impact of these
changes on your organization will depend on the mix of services you use at PNC and your transaction volumes.
If applicable, the fees for the following services may be reduced or offset by the Earnings Credit for your
account.

AUTOMATED CLEARING HOUSE (ACH)
The fee for Night Cycle Surcharge will no longer be charged
The fee for Additional Input Companies will no longer be charged
The fee for Notification of Change via Electronic Delivery will be $0.70 each
The fee for Same Day ACH Entries will be $0.75 each
The fee for Unauthorized ACH Return Item will be $4.50 each

PINACLE Express and PINACLE
The fee for Account Transfer Rejects will be $3.00 each
The fee for Additional Tokens will be $40.00 each

PINACLE
The fee for Outgoing Domestic Wire Transfers will be $10.00 each
The fee for Federal Tax Payment Wire Transfers will be $10.00 each
The fee for Outgoing International USD Wire Transfers will be $23.00 each

For questions or information on the following fees, please contact Treasury Management Client Care (TMCC) at
1-800-669-1518.

REMINDER OF CHANGES TO FEES FOR BUSINESS BASIC CHECKING

As previously communicated, the information below amends certain information in our "Business Checking
Accounts and Related Charges" ("Schedule"). All other information in our Schedule continues to apply to
your account. Please read this information and retain it with your records.

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 02/01/2017 to 02/28/2017
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 3

Business Basic Checking Account Number: 86-0755-7127 - continued

Effective April 1, 2017
> The Monthly Maintenance fee will be $20.00 and can be avoided by maintaining an average monthly collected balance of $2,500
> Your account will now have a Paper Statement fee: The Paper Statement fee will be $2.00 per month (no charge for online statements)
> The Monthly Transactions fee for deposits, deposited items, paid items, and ACH credits and debits received will be $0.50 for each transaction over 300 per month
> The Monthly Cash Deposit fee for cash deposited over-the-counter, at the ATM, in the night depository or via Quick Deposit will be $0.25 per $100 for cash deposited over $10,000 per month
> The Night Deposit Bag Processing fee will be $3.00 per bag
> The Over the Counter Cash Furnished fee will be $2.50 per $1,000 for cash furnished in excess of $30,000 per month
> The Over the Counter Coin Furnished fee will be $0.15 per roll for cash furnished in excess of 100 rolls per month
> The Bulk Currency Furnished fee will be $2.50 per $1,000
> The Return Deposited Item/Cashed Check Fee will be $15.00 per item

If you have questions or concerns about these changes, please contact your PNC Business Banker or call us at the number listed at the top of this statement.

## Business Basic Checking Summary

Great Oak Capital Llc

Account number:  86-0755-7127

Overdraft Protection Provided By:  XXXXXXXXXXXX0174

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | ████ | 2,300.00 | | █,███.██ |
| | | | Average ledger balance | Average collected balance |
| | | | █,███.██ | █,███.██ |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 2,300.00 |
| Total | 1 | 2,300.00 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 1 | ████.██ |
| Check Card Purchases | 1 | ██.██ |
| ACH Deductions | 1 | █,███.██ |
| Other Deductions | 1 | ██,███.██ |
| Total | 4 | ██,███.██ |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 02/01 | █,███.██ | 02/10 | █,███.██ | 02/21 | █,███.██ |
| 02/06 | █,███.██ | 02/13 | █,███.██ | | |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 02/01/2017 to 02/28/2017**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 3 of 3

Business Basic Checking Account Number: 86-0755-7127 - continued

## Activity Detail

### Deposits and Other Additions

**Deposits**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/13 | 2,300.00 | Deposit ~ Dexter St | 048039343 |

## Checks and Other Deductions

**Checks and Substitute Checks**

| Date posted | Check number | Amount | Reference number |
|---|---|---|---|
| 02/10 | 2518 * | | 084658812 |

**Check Card Purchases**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/06 | | 0451 Debit Card Purchase         PNC Small Business | 9958094001785046 1037 |
| | | 866-4381582 Ca | |

**ACH Deductions**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/01 | | Corporate ACH Payments          | 0001703101051 5958 |
| | | Verizon Wireless 0020589 15400001 | |

**Other Deductions**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/21 | | Loan Payment - 00000    1100040170550 | 53001065 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 03/01/2017 and will appear on your next statement as a single line item entitled Service Charge Period Ending 02/28/2017.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | | | Included in Account |
| ACH Debits | 6 | .00 | |
| Checks Paid | 1 | .00 | |
| Deposited Item - Consolidated | 1 | .00 | |
| Deposit Tickets Processed | 3 | .00 | |
| Total For Services Used This Period | 1 | .00 | |
| Total Service Charge | | .00 | |
| | | .00 | |

Member FDIC                     Equal Housing Lender

# Business Basic Checking

**PNC BANK**

PNC Bank

**For the Period 03/01/2017 to 03/31/2017**

Primary Account Number: 86-0755-7127
Page 1 of 2
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/smallbusiness
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Business Basic Checking Summary

Great Oak Capital Llc

Account number:  86-0755-7127

Overdraft Protection Provided By:  XXXXXXXXXXXX0174

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ~~███████~~ | 4,321.27 | ~~████████~~ | ~~███████~~ |

| | | Average ledger balance | Average collected balance |
|---|---|---|---|
| | | ~~████████~~ | 3,866.65 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 4,321.27 |
| Total | 1 | 4,321.27 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 4 | ~~████████~~ |
| Check Card Purchases | 2 | ~~████~~ |
| ACH Deductions | 2 | 1~~██████~~ |
| Other Deductions | 1 | ~~███████~~ |
| Total | 9 | ~~████████~~ |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 03/01 | ~~█████~~ | 03/13 | ~~████████~~ | 03/27 | ~~████████~~ |
| 03/02 | ~~████████~~ | 03/20 | 3,607.73 | 03/31 | ~~██████~~ |
| 03/03 | ~~███████~~ | | | | |

## Activity Detail

### Deposits and Other Additions

**Deposits**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/13 | 4,321.27 | Deposit  — *Ray Blue 2021.27 + Dexler 2300.00* | 051649711 |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 03/01/2017 to 03/31/2017**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127

Business Basic Checking Account Number: 86-0755-7127 - continued
Page 2 of 2

## Checks and Other Deductions

### Checks and Substitute Checks        * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/01 | 2519 * | 1█████ | 084324076 | 03/27 | 2521 | █████ | 084204942 | 03/31 | 2522 | █████ | 083633860 |
| 03/20 | 2520 | 1█████ | 084196434 | | | | | | | | |

### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/02 | █████ | 0461 Debit Card Purchase Square paspd Inc █████ NY | 8499194001785046 1061 |
| 03/27 | █████ | 0461 Debit Card Pu chase Yahoo Small Business 866-1391589 | 1397894001785046 1085 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/03 | █████ | Corporate ACH Payments Verizon Wireless █████ | 00017061002459789 |
| 03/31 | █████ | Corporate ACH Payments Verizon Wireless █████ | 00017089010800392 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/20 | █████ | Loan Payment 00000 1█████ | 53000891 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 04/03/2017 and will appear on your next statement as a single line item entitled Service Charge Period Ending 03/31/2017.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 11 | .00 | Included in Account |
| ACH Debits | 2 | .00 | |
| Checks Paid | 4 | .00 | |
| Deposited Item - Consolidated | 4 | .00 | |
| Deposit Tickets Processed | 1 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC          Equal Housing Lender

# Business Basic Checking

PNC Bank

**⬤ PNC BANK**

**For the Period 04/01/2017 to 04/28/2017**

Primary Account Number: 86-0755-7127
Page 1 of 2
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

☎ For 24-hour banking sign on to
🖥 PNC Bank Online Banking on pnc.com
     FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

✉ Write to: Customer Service
   PO Box 609
   Pittsburgh, PA  15230-9738
🖥 Visit us at PNC.com/smallbusiness

☎ TDD terminal: 1-800-531-1648
   For hearing impaired clients only

## Business Basic Checking Summary

Great Oak Capital Llc

Account number:  86-0755-7127

Overdraft Protection Provided By:    XXXXXXXXXXXX0174

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | ~~~~ | 5,030.54 | ~~~~ | ~~~~ |
| | | | Average ledger balance | Average collected balance |
| | | | ~~~~ | ~~~~ |

## Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| ~~Total Returned Item Fees (NSF)~~ | ~~72.00~~ | ~~72.00~~ |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 2,300.00 |
| ~~Other Additions~~ | 2 | ~~2,730.54~~ |
| **Total** | **3** | **5,030.54** |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 1 | ~~~~ |
| Service Charges and Fees | 2 | ~~~~ |
| Other Deductions | 1 | ~~~~ |
| **Total** | **4** | ~~2,952.18~~ |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 04/01 | ~~~~ | 04/04 | ~~~~ | 04/12 | ~~~~ |
| 04/03 | ~~576.02~~ | 04/05 | ~~~~ | 04/20 | ~~~~ |

## Activity Detail

### Deposits and Other Additions

### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/12 | 2,300.00 | Deposit  — Draxler St  | 051519820 |

# Business Basic Checking

 For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 04/01/2017 to 04/28/2017**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 2

Business Basic Checking Account Number: 86-0755-7127 - continued

## Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/03 | ~~1,365.27~~ | ~~Reverse a Check~~ | 083633860 |
| | | Effective 03-31-17 | |
| 04/05 | ~~1,365.27~~ | ~~Reverse a Check~~ | 085844302 |
| | | Effective 04-04-17 | |

## Checks and Other Deductions

### Checks and Substitute Checks

| Date posted | Check number | Amount | Reference number |
|---|---|---|---|
| 04/04 | 2522 * | ~~1,365.27~~ | 085844302 |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/03 | ~~36.00~~ | ~~Returned Item Fee (nsf)~~ | 083633860 |
| 04/05 | ~~36.00~~ | ~~Returned Item Fee (nsf)~~ | 085844302 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/20 | ~~1,514.86~~ | ~~Loan Payment   00000   1103948110330174~~ | 53000494 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 05/01/2017 and will appear on your next statement as a single line item entitled Service Charge Period Ending 04/28/2017.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | 1 | 20.00 | |
| Combined Transactions | 3 | .00 | Included in Account |
| Checks Paid | 1- | .00 | |
| Deposited Item - Consolidated | 3 | .00 | |
| Deposit Tickets Processed | 1 | .00 | |
| Total For Services Used This Period | | 20.00 | |
| Total Service Charge | | 20.00 | |

Member FDIC                    Equal Housing Lender

# Business Basic Checking
PNC Bank

 **PNC BANK**

**For the Period 04/29/2017 to 05/31/2017**

Primary Account Number: 86-0755-7127
Page 1 of 3
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
   FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

✉ Write to: Customer Service
   PO Box 609
   Pittsburgh, PA 15230-9738
   Visit us at PNC.com/smallbusiness
   TDD terminal: 1-800-531-1648
   For hearing impaired clients only

## IMPORTANT INFORMATION REGARDING CHECK DEPOSITS

Effective June 17, 2017, all check deposits made at a PNC Teller, ATM or Mobile Banking will follow the same funds availability schedule. Funds from a check deposit are not immediately available for use.

To learn more about our PNC Funds Availability Policy, including deposit cut-off times and certain exceptions, see How to Make the Most of Your Money at pnc.com/bankwisely.

INTRODUCING - - A SOLUTION FOR WHEN YOU NEED YOUR FUNDS IMMEDIATELY

With PNC Express Funds, when you deposit an approved check using Mobile Banking, you have an option to make the full amount available immediately for withdrawals and purchases. In addition, if the check you deposited using PNC Express Funds is returned due to insufficient funds, PNC will not debit your account for the amount of the check. The fee for this service is 2% of the total check amount ($2.00 minimum charge).

Learn more about PNC Express Funds at pnc.com/mobiledeposit.

See the PNC Funds Availability policy for details on funds availability, cut off times and certain exceptions.

## Business Basic Checking Summary
Great Oak Capital Llc

Account number:  86-0755-7127

Overdraft Protection Provided By:  XXXXXXXXXXX0174

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ~~(illegible)~~ | 13,502.00 | ~~(illegible)~~ | ~~(illegible)~~ |

| | | Average ledger balance | Average collected balance |
|---|---|---|---|
| | | ~~(illegible)~~ | ~~(illegible)~~ |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Basic Checking Account Number: 86-0755-7127 - continued

**For the Period 04/29/2017 to 05/31/2017**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 3

## Overdraft and Returned Item Fee Summary

|  | Total for this Period | Total Year to Date |
|---|---|---|
| Total Returned Item Fees (NSF) | .00 |  |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 3 | 13,502.00 |
| Total | 3 | 13,502.00 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 2 |  |
| Check Card Purchases | 2 |  |
| ACH Deductions | 1 |  |
| Service Charges and Fees | 1 |  |
| Other Deductions | 1 |  |
| Total | 7 | 2,155.64 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 04/29 |  | 05/08 |  | 05/22 |  |
| 05/01 |  | 05/09 |  | 05/23 |  |
| 05/03 |  | 05/15 |  | 05/31 |  |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/03 | 9,180.73 | Deposit — Management Fees | 051646881 |
| 05/15 | 2,021.27 | Deposit — Ray Blue | 047038582 |
| 05/23 | 2,300.00 | Deposit — Dexter St. | 047570590 |

### Checks and Other Deductions

#### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|
| 05/23 | 2523 * |  | 086789843 | 05/31 | 2524 |  | 083459888 |

#### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/08 |  | 0161 Debit Card Purchase Yahoo Small Business 866-4381582 Ca | 89546940017850461127 |
| 05/09 |  | 0161 Debit Card Purchase Yahoo Small Business 866-4381582 Ca | 75278940017850461129 |

#### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/03 |  | Corporate ACH Payments Verizon Wireless 062058316700001 | 00017122005751759 |

#### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/01 |  | Service Charge Period Ending 04/28/2017 |  |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 04/29/2017 to 05/31/2017**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127

Business Basic Checking Account Number: 86-0755-7127 - continued        Page 3 of 3

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/22 | | | 53000856 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 06/01/2017 and will appear on your next statement as a single line item entitled Service Charge Period Ending 05/31/2017.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 12 | .00 | Included in Account |
| ACH Debits | 1 | .00 | |
| Checks Paid | 2 | .00 | |
| Deposited Item - Consolidated | 6 | .00 | |
| Deposit Tickets Processed | 3 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC        Equal Housing Lender

# Business Basic Checking

PNC Bank

**PNC BANK**

**For the Period 06/01/2017 to 06/30/2017**

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

Primary Account Number: 86-0755-7127
Page 1 of 2
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
Visit us at PNC.com/smallbusiness
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## IMPORTANT INFORMATION REGARDING CHECK DEPOSITS

Effective June 17, 2017, all check deposits made at a PNC Teller, ATM or Mobile Banking will follow the same funds availability schedule. Funds from a check deposit are not immediately available for use.

To learn more about our PNC Funds Availability Policy, including deposit cut-off times and certain exceptions, see How to Make the Most of Your Money at pnc.com/bankwisely.

## Business Basic Checking Summary

Great Oak Capital Llc

Account number: 86-0755-7127

Overdraft Protection Provided By:   XXXXXXXXXXX0174

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ~~███████~~ | 2,300.00 | ~~███████~~ | ~~███████~~ |

| Average ledger balance | Average collected balance |
|---|---|
| ~~███████~~ | ~~███████~~ |

### Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Returned Item Fees (NSF) | .00 | ~~███~~ |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 2,300.00 |
| Total | 1 | 2,300.00 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 6 | ~~███████~~ |
| Check Card Purchases | 1 | ~~███~~ |
| ACH Deductions | 1 | ~~███~~ |
| Other Deductions | 1 | ~~███████~~ |
| Total | 9 | ~~███████~~ |

# Business Basic Checking



For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 06/01/2017 to 06/30/2017
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 2

Business Basic Checking Account Number: 86-0755-7127 - continued

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|------|----------------|------|----------------|------|----------------|
| 06/01 | | 06/15 | | 06/26 | |
| 06/02 | 9,686.10 | 06/19 | | 06/27 | |
| 06/05 | 9,029.10 | 06/20 | | 06/27 | |
| 06/14 | 7,278.10 | | | 06/28 | 7,033.14 |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 06/27 | 2,300.00 | Deposit —  | 048446176 |

## Checks and Other Deductions

### Checks and Substitute Checks
\* Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|-------------|--------------|--------|------------------|-------------|--------------|--------|------------------|-------------|--------------|--------|------------------|
| 06/14 | 2455 * | | 071928099 | 06/05 | 2526 | | 086393533 | 06/19 | 2530 | | 033139617 |
| 06/02 | 2525 * | | 084770586 | 06/15 | 2529 * | | 085518923 | 06/28 | 2531 | | 065867310 |

### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 06/26 | 86.82 | 0461 Debit Card Purchase Yahoo Small Business 866-4381582 Ca | 4600094001785046101176 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 06/01 | 219.15 | Corptrans ACH Payments Verizon Wireless 062658015400001 | 0001715100503349 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 06/20 | 1,639.67 | Loan Payment 00000 110364110390174 | 53000491 |

## Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 07/03/2017 and will appear on your next statement as a single line item entitled Service Charge Period Ending 06/30/2017.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|-------------|--------|--------|---|
| Account Maintenance Charge | | .00 | |
| Combined Transactions | 12 | .00 | Requirements Met |
| ACH Debits | 1 | .00 | Included in Account |
| Checks Paid | 6 | .00 | |
| Deposited Item - Consolidated | 4 | .00 | |
| Deposit Tickets Processed | 1 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC              🏠 Equal Housing Lender

# Business Basic Checking



PNC Bank

**For the Period 07/01/2017 to 07/31/2017**

Primary Account Number: 86-0755-7127
Page 1 of 2
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/smallbusiness

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Business Basic Checking Summary

Great Oak Capital Llc

Account number:  86-0755-7127

Overdraft Protection Provided By:   XXXXXXXXXXXXX0174

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ~~illegible~~ | 4,321.28 | ~~illegible~~ | ~~illegible~~ |

| | | Average ledger balance | Average collected balance |
|---|---|---|---|
| | | ~~illegible~~ | ~~illegible~~ |

## Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Returned Item Fees (NSF) | .00 | ~~illegible~~ |

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 1 | 4,321.28 | Checks | 1 | ~~illegible~~ |
| | | | ACH Deductions | 1 | ~~illegible~~ |
| | | | Other Deductions | 1 | ~~illegible~~ |
| Total | 1 | 4,321.28 | Total | 3 | ~~illegible~~ |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 07/01 | ~~illegible~~ | 07/13 | ~~illegible~~ | 07/20 | ~~illegible~~ |
| 07/03 | 4,~~illegible~~ | 07/18 | ~~illegible~~ | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/13 | 4,321.28 | Deposit *Dexter 2300.01 + Ray Blue 2,021.27* | 047411603 |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 07/01/2017 to 07/31/2017**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 2

Business Basic Checking Account Number: 86-0755-7127 - continued

## Checks and Other Deductions

### Checks and Substitute Checks

| Date posted | Check number | Amount | Reference number |
|---|---|---|---|
| 07/18 | 2532 * | | 085782604 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/03 | 503.13 | Corporate ACH Payments eVerizon Wireless 0020889154000001 | 00017181003370110 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/20 | 1500.00 | Loan Payment - PNNB 110504811059017 | 53000491 |

## Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 08/01/2017 and will appear on your next statement as a single line item entitled Service Charge Period Ending 07/31/2017.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | | .00 | Included in Account |
| ACH Debits | 8 | .00 | |
| Checks Paid | 1 | .00 | |
| Deposited Item - Consolidated | 1 | .00 | |
| Deposit Tickets Processed | 5 | .00 | |
| Total For Services Used This Period | 1 | .00 | |
| Total Service Charge | | .00 | |
| | | .00 | |

Member FDIC             ⌂ Equal Housing Lender

# Business Basic Checking

PNC Bank

 **PNC BANK**

**For the Period 08/01/2017 to 08/31/2017**

Primary Account Number: 86-0755-7127
Page 1 of 3
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

✉ Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/smallbusiness

☎ TDD terminal: 1-800-531-1648
For hearing impaired clients only

## INTRODUCING - - A SOLUTION FOR WHEN YOU NEED YOUR FUNDS IMMEDIATELY

With PNC Express Funds, when you deposit an approved check using Mobile Banking, you have an option to make the full amount available immediately for withdrawals and purchases. In addition, if the check you deposited using PNC Express Funds is returned due to insufficient funds, PNC will not debit your account for the amount of the check. The fee for this service is 2% of the total check amount ($2.00 minimum charge).

Learn more about PNC Express Funds at pnc.com/mobiledeposit.

See the PNC Funds Availability policy for details on funds availability, cut off times and certain exceptions.

## IMPORTANT INFORMATION REGARDING ACH TRANSACTIONS

Effective September 15, 2017, Automated Clearing House (ACH) rules are changing for all financial institutions so that more payments can be processed faster. Last year, ACH updated rules for credits, like direct deposits, so that they can post to your account on the same day they are submitted. Similarly, beginning on September 15, 2017, ACH debit transactions, including payments you initiate when you provide your account information to billers like your insurance company, may begin to post more quickly to your account throughout the day. Some debits that may be processed more quickly include those you authorize online or by phone.

If you have any questions, please refer to the number listed at the top of this statement.

## IMPORTANT INFORMATION ABOUT ATM TRANSACTIONS AND PURCHASES

Under certain conditions we may allow you to complete a transaction that may cause an overdraft to your business checking or money market account when using your PNC Bank Business Visa® Debit Card at PNC Bank ATMs, non-PNC ATMs, and for merchant purchases. At PNC Bank ATMs we can give you the choice to cancel the transaction if it would cause an overdraft. We are not able to provide you this choice at a non-PNC Bank ATM or when making merchant purchases.

If you would prefer that we not allow overdrafts for card transactions at the ATM or merchant, please call us at 1-877-222-5401, Monday - Friday, 7 a.m. - 10 p.m.; Saturday and Sunday, 8 a.m. - 5 p.m. (ET), to opt-out.

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 08/01/2017 to 08/31/2017**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 3

Business Basic Checking Account Number: 86-0755-7127 - continued

If you do so, we will decline transactions if your available funds are not sufficient to cover them.

If you have called previously to opt-out, you do not need to call again.

For more information, please see our Business Checking Accounts and Related Charges and / or Account Agreement for Business Accounts, Payment of Overdrafts for Card Transactions section.

## Business Basic Checking Summary

Account number:  86-0755-7127

Great Oak Capital Llc

Overdraft Protection Provided By:   XXXXXXXXXXXX0174

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ~~3,075.77~~ | 3,639.15 | ~~4,706.40~~ | ~~5,008.52~~ |

| | | Average ledger balance | Average collected balance |
|---|---|---|---|
| | | ~~6,277.22~~ | ~~6,204.35~~ |

### Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Returned Item Fees (NSF) | .00 | ~~72.00~~ |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 3,639.15 |
| **Total** | 2 | 3,639.15 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 2 | ~~1,638.24~~ |
| Check Card Purchases | 1 | ~~85.55~~ |
| ACH Deductions | 2 | ~~1,656.08~~ |
| Other Deductions | 1 | ~~1,543.20~~ |
| **Total** | 6 | ~~4,706.40~~ |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 08/01 | ~~4,714.89~~ | 08/07 | ~~5,055.05~~ | 08/21 | ~~5,315.92~~ |
| 08/02 | ~~7,095.17~~ | 08/18 | ~~7,655.08~~ | 08/31 | ~~5,008.52~~ |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/01 | 1,339.12 | Deposit — *Ray Blue* | 046448217 |
| 08/18 | 2,300.03 | Deposit — *Dexter St* | 051902532 |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 08/01/2017 to 08/31/2017
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 3 of 3

Business Basic Checking Account Number: 86-0755-7127 - continued

## Checks and Other Deductions

### Checks and Substitute Checks    * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|
| 08/07 | 2533 * | | 086590860 | 08/21 | 2534 | | 083087324 |

### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/07 | | 0461 Debit Card Purchase Yahoo Small Business 866-4381582 Ca | 74203940017850461218 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/02 | | Corporate ACH Payments | 00017213010677190 |
| 08/31 | | Corporate ACH Payments | 00017242003157393 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/21 | | | 53000821 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 09/01/2017 and will appear on your next statement as a single line item entitled Service Charge Period Ending 08/31/2017.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | |
| Combined Transactions | | | Requirements Met |
| ACH Debits | 11 | .00 | Included in Account |
| Checks Paid | 2 | .00 | |
| Deposited Item - Consolidated | 2 | .00 | |
| Deposit Tickets Processed | 5 | .00 | |
| Total For Services Used This Period | 2 | .00 | |
| Total Service Charge | | .00 | |

Member FDIC

Equal Housing Lender

# Business Basic Checking

PNC Bank

<div style="float:right">⬢ PNC BANK</div>

**For the Period 09/01/2017 to 09/29/2017**

Primary Account Number: 86-0755-7127
Page 1 of 3
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

✉ Write to: Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
🖥 Visit us at PNC.com/smallbusiness
☎ TDD terminal: 1-800-531-1648
For hearing impaired clients only

INTRODUCING - - A SOLUTION FOR WHEN YOU NEED YOUR FUNDS IMMEDIATELY

With PNC Express Funds, when you deposit an approved check using Mobile Banking, you have an option to make the full amount available immediately for withdrawals and purchases. In addition, if the check you deposited using PNC Express Funds is returned due to insufficient funds, PNC will not debit your account for the amount of the check. The fee for this service is 2% of the total check amount ($2.00 minimum charge).

Learn more about PNC Express Funds at pnc.com/mobiledeposit.

See the PNC Funds Availability policy for details on funds availability, cut off times and certain exceptions.

IMPORTANT INFORMATION REGARDING ACH TRANSACTIONS

Effective September 15, 2017, Automated Clearing House (ACH) rules are changing for all financial institutions so that more payments can be processed faster. Last year, ACH updated rules for credits, like direct deposits, so that they can post to your account on the same day they are submitted. Similarly, beginning on September 15, 2017, ACH debit transactions, including payments you initiate when you provide your account information to billers like your insurance company, may begin to post more quickly to your account throughout the day. Some debits that may be processed more quickly include those you authorize online or by phone.

If you have any questions, please refer to the number listed at the top of this statement.

## Business Basic Checking Summary

Great Oak Capital Llc

Account number:  86-0755-7127

Overdraft Protection Provided By:  XXXXXXXXXXXX0174

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Basic Checking Account Number: 86-0755-7127 - continued

**For the Period 09/01/2017 to 09/29/2017**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 3

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ~~9,008.52~~ | 4,321.27 | ~~4,065.81~~ | ~~5,663.98~~ |

| Average ledger balance | Average collected balance |
|---|---|
| ~~4,200.78~~ | ~~4,251.02~~ |

## Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Returned Item Fees (NSF) | .00 | ~~62.00~~ |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 4,321.27 |
| Total | 2 | 4,321.27 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 4 | ~~2,405.99~~ |
| Check Card Purchases | 1 | ~~96.82~~ |
| ATM/Misc. Check Card Transactions | 1 | ~~89.00~~ |
| Other Deductions | 1 | ~~1,524.00~~ |
| Total | 7 | ~~4,065.81~~ |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 09/01 | ~~9,008.52~~ | 09/19 | ~~6,492.54~~ | 09/26 | ~~3,642.74~~ |
| 09/05 | ~~8,920.52~~ | 09/20 | ~~3,801.52~~ | 09/28 | ~~5,663.98~~ |
| 09/08 | ~~3,911.25~~ | 09/25 | ~~3,562.74~~ | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/19 | 2,300.00 | Deposit — Dexterst | 048583916 |
| 09/28 | 2,021.27 | Deposit — Ray Blue | 046282119 |

## Checks and Other Deductions

### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/08 | 2535 * | ~~~~ | 086731552 | 09/19 | 2537 | ~~~~ | 085141979 | 09/26 | 2538 | ~~~~ | 085452718 |
| 09/20 | 2536 | ~~~~ | 086510613 | | | | | | | | |

### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/25 | ~~96.82~~ | ~~0451 Debit Card Purchase Yahoo Small Business 866-438-7882 Ca~~ | 74998940017850461268 |

### ATM/Misc. Check Card Transactions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/05 | ~~89.00~~ | ~~0451 Recurring Debit Card Purchase Mlcd47Vf1Ms879 ardmfmchsl Ca~~ | 22632940017850461247 |

# Business Basic Checking

🖥 For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 09/01/2017 to 09/29/2017**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127

Business Basic Checking Account Number: 86-0755-7127 - continued

Page 3 of 3

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/20 | | Loan Payment    00000   1403043 7438 | 53000485 |

## Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 10/02/2017 and will appear on your next statement as a single line item entitled Service Charge Period Ending 09/29/2017.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | | .00 | Included in Account |
| Checks Paid | 11 | .00 | |
| Deposited Item - Consolidated | 4 | .00 | |
| Deposit Tickets Processed | 5 | .00 | |
| Total For Services Used This Period | 2 | .00 | |
| Total Service Charge | | .00 | |

Member FDIC

🏠 Equal Housing Lender

# Business Basic Checking

PNC Bank

 **PNC BANK**

**For the Period 09/30/2017 to 10/31/2017**

Primary Account Number: 86-0755-7127
Page 1 of 3
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/smallbusiness
TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

IMPORTANT ACCOUNT CHANGE FOR ALL BUSINESS ACCOUNTS
WITH TREASURY MANAGEMENT SERVICES

Effective JANUARY 1, 2018, charges for certain Treasury Management services will change. The impact of these changes on your organization will depend on the mix of services you use at PNC and your transaction volume. If applicable, the fees for some of the services may be reduced or offset by the Earning Credit for your account.

Rather than listing all the detail for all services, we would be happy to review with you the changes that are applicable to your account and to discuss other services and options that may address the evolving needs of your company. If you are interested, please contact Treasury Management Client Care (TMCC) at 1-800-669-1518

Effective JANUARY 1, 2018, the following fee will apply:

PINACLE EXPRESS
The fee for PINACLE EXPRESS Base Services will be $35.00 per month. Additionally, 'real-time' data reporting has been added to the base package and the number of accounts that can be added will be unlimited.

Effective FEBRUARY 1, 2018, the following fees will apply:

WIRE TRANSFER FEES
The fee for DOMESTIC WIRES INCOMING will be $12.50 each.
The fee for DOMESTIC WIRES OUTGOING - VOICE INITIATED (both repetitive and one-time) will be $30.00 each.

The fee for INTERNATIONAL WIRES INCOMING will be $20.00 each.
The fee for INTERNATIONAL WIRES OUTGOING - VOICE INITIATED for wires in U.S. currency will be $65.00 each and for wires in a foreign currency will be $45.00 each.

The fee for REPEAT CODE STORAGE will be $2.30 each.
The fee for WIRE INVESTIGATIONS initiated within 99 days will be $35.00 and for those initiated 100 days or after will be $150.00 each.

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 09/30/2017 to 10/31/2017**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 3

Business Basic Checking Account Number: 86-0755-7127 - continued

The fee for WIRE TRANSFER MANUAL REPAIR will be $16.00 each.
The fee for VOICE PIN ISSUANCE AND MAINTENANCE will be $6.00 each.

The fee for BOOK TRANSFER INCOMING will be $5.00 each.
The fee for BOOK TRANSFER OUTGOING - VOICE INITIATED will be $20.00 each.

The fee for MAIL ADVICE will be $7.00 each.
The fee for FAX/ELECTRONIC ADVICE will be $3.25 each.

## Business Basic Checking Summary

Great Oak Capital Llc

Account number:  86-0755-7127

Overdraft Protection Provided By:  XXXXXXXXXXX0174

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ▓▓▓▓▓ | 2,300.00 | ▓▓▓▓▓ | ▓▓▓▓▓ |

| | | Average ledger balance | Average collected balance |
|---|---|---|---|
| | | ▓▓▓▓▓ | ▓▓▓▓▓ |

## Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Returned Item Fees (NSF) | .00 | ▓▓▓▓ |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 2,300.00 |
| Total | 1 | 2,300.00 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 3 | ▓▓▓▓▓ |
| ACH Deductions | 2 | ▓▓▓▓▓ |
| Other Deductions | 1 | ▓▓▓▓▓ |
| Total | 6 | ▓▓▓▓▓ |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 09/30 | ▓▓▓▓▓ | 10/13 | ▓▓▓▓▓ | 10/20 | ▓▓▓▓▓ |
| 10/03 | ▓▓▓▓▓ | 10/17 | ▓▓▓▓▓ | 10/31 | ▓▓▓▓▓ |
| 10/12 | ▓▓▓▓▓ | 10/18 | ▓▓▓▓▓ | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/13 | 2,300.00 | Deposit  — Dexter St | 053816302 |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 09/30/2017 to 10/31/2017**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 3 of 3

Business Basic Checking Account Number: 86-0755-7127 - continued

## Checks and Other Deductions

### Checks and Substitute Checks                    * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/12 | 2539 * |  | 084400340 | 10/17 | 2540 |  | 086784567 | 10/31 | 2541 |  | 084012103 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/03 |  | Corporate ACH Payments | 00017275006213941 |
| 10/18 |  | Verizon Wireless | 00017290005954327 |
|  |  | Corporate ACH |  |
|  |  | Philadelph |  |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/20 | 1,528.00 | Loan Payment | 53000488 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 11/01/2017 and will appear on your next statement as a single line item entitled Service Charge Period Ending 10/31/2017.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge |  | .00 | Requirements Met |
| Combined Transactions |  |  | Included in Account |
| ACH Debits | 10 | .00 | |
| Checks Paid | 2 | .00 | |
| Deposited Item - Consolidated | 3 | .00 | |
| Deposit Tickets Processed | 4 | .00 | |
| Total For Services Used This Period | 1 | .00 | |
| Total Service Charge |  | .00 | |
|  |  | .00 | |

Member FDIC

🏠 Equal Housing Lender

# Business Basic Checking
PNC Bank

 PNC BANK

**For the Period 11/01/2017 to 11/30/2017**

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

Primary Account Number: 86-0755-7127
Page 1 of 3
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?**  Please contact your local branch

✉ Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/smallbusiness
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## IMPORTANT ACCOUNT CHANGE FOR ALL BUSINESS ACCOUNTS WITH TREASURY MANAGEMENT SERVICES

Effective JANUARY 1, 2018, charges for certain Treasury Management services will change. The impact of these changes on your organization will depend on the mix of services you use at PNC and your transaction volume. If applicable, the fees for some of the services may be reduced or offset by the Earning Credit for your account.

Rather than listing all the detail for all services, we would be happy to review with you the changes that are applicable to your account and to discuss other services and options that may address the evolving needs of your company. If you are interested, please contact Treasury Management Client Care (TMCC) at 1-800-669-1518

Effective JANUARY 1, 2018, the following fee will apply:

PINACLE EXPRESS
The fee for PINACLE EXPRESS Base Services will be $35.00 per month. Additionally, 'real-time' data reporting has been added to the base package and the number of accounts that can be added will be unlimited.

Effective FEBRUARY 1, 2018, the following fees will apply:

WIRE TRANSFER FEES
The fee for DOMESTIC WIRES INCOMING will be $12.50 each.
The fee for DOMESTIC WIRES OUTGOING - VOICE INITIATED (both repetitive and one-time) will be $30.00 each.

The fee for INTERNATIONAL WIRES INCOMING will be $20.00 each.
The fee for INTERNATIONAL WIRES OUTGOING - VOICE INITIATED for wires in U.S. currency will be $65.00 each and for wires in a foreign currency will be $45.00 each.

The fee for REPEAT CODE STORAGE will be $2.30 each.
The fee for WIRE INVESTIGATIONS initiated within 99 days will be $35.00 and for those initiated 100 days or after will be $150.00 each.

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 11/01/2017 to 11/30/2017
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 3

Business Basic Checking Account Number: 86-0755-7127 - continued

The fee for WIRE TRANSFER MANUAL REPAIR will be $16.00 each.
The fee for VOICE PIN ISSUANCE AND MAINTENANCE will be $6.00 each.

The fee for BOOK TRANSFER INCOMING will be $5.00 each.
The fee for BOOK TRANSFER OUTGOING - VOICE INITIATED will be $20.00 each.

The fee for MAIL ADVICE will be $7.00 each.
The fee for FAX/ELECTRONIC ADVICE will be $3.25 each.

## Business Basic Checking Summary

Account number:  86-0755-7127

Great Oak Capital Llc

Overdraft Protection Provided By:   XXXXXXXXXXX0174

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
|  | 323,672.00 |  |  |

| | | Average ledger balance | Average collected balance |
|---|---|---|---|

## Overdraft and Returned Item Fee Summary

|  | Total for this Period | Total Year to Date |
|---|---|---|
| Total Returned Item Fees (NSF) | .00 | 72.00 |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 216,548.00 |
| Other Additions | 1 |  |
| Total | 3 |  |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 3 |  |
| Check Card Purchases | 1 |  |
| ACH Deductions | 1 |  |
| Other Deductions | 3 |  |
| Total | 8 |  |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 11/01 |  | 11/14 |  | 11/22 |  |
| 11/06 |  | 11/20 |  | 11/24 |  |
| 11/10 |  | 11/21 |  | 11/30 |  |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/10 | 2,300.00 | Deposit —Dexter St. | 053845843 |
| 11/14 | 214,248.00 | Deposit —Other Income | 048063813 |

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|

Other Additions continued on next page

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 11/01/2017 to 11/30/2017**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 3 of 3

Business Basic Checking Account Number: 86-0755-7127 - continued

## Other Additions    - continued

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 11/22 | ~~107,124.00~~ | Fed Wire In ~~818500 1122~~  Other Income | | W018500 1122 |

## Checks and Other Deductions

### Checks and Substitute Checks                    * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/20 | 2270 * | | 08478300 | 11/06 | 2542 * | | 046766517 | 11/30 | 2543 | | 086570311 |

### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/06 | ~~5.95~~ | ~~0461 Debit Card Purchase Yahoo Small Business~~ ~~866-430-1582 CA~~ | 1048494001785046 1310 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/01 | ~~838.00~~ | ~~Corporate ACH Payments~~ ~~Verizon Wireless 95295891540000 1~~ | 00017304011021108 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/20 | ~~4,533.18~~ | ~~Loan Payment  00000  11050481 10598174~~ | 53000876 |
| 11/21 | | | |
| 11/24 | ~~107,124.00~~ | Fed Wire Out ~~BLL1715EDG09MJ~~ | W17BLL1715EDG09MJ |
| | ~~107,124.00~~ | Fed Wire Out ~~BOJ5539H9L04AB~~ | W17BOJ5539H9L04AB |

## Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 12/01/2017 and will appear on your next statement as a single
line item entitled Service Charge Period Ending 11/30/2017.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | | |
| Combined Transactions | | | |
| ACH Debits | 11 | .00 | Requirements Met |
| Checks Paid | 1 | .00 | Included in Account |
| Deposited Item - Consolidated | 3 | .00 | |
| Deposit Tickets Processed | 5 | .00 | |
| Total For Services Used This Period | 2 | .00 | |
| Total Service Charge | | .00 | |
| | | .00 | |
| | | .00 | |

Member FDIC

Equal Housing Lender

# Business Basic Checking
PNC Bank

 **PNC BANK**

### For the Period 12/01/2017 to 12/29/2017

Primary Account Number: 86-0755-7127
Page 1 of 3
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/smallbusiness

TDD terminal: 1-800-531-1648
For hearing impaired clients only

IMPORTANT ACCOUNT CHANGE FOR ALL BUSINESS ACCOUNTS
WITH TREASURY MANAGEMENT SERVICES

Effective JANUARY 1, 2018, charges for certain Treasury Management services will change. The impact of these changes on your organization will depend on the mix of services you use at PNC and your transaction volume. If applicable, the fees for some of the services may be reduced or offset by the Earning Credit for your account.

Rather than listing all the detail for all services, we would be happy to review with you the changes that are applicable to your account and to discuss other services and options that may address the evolving needs of your company. If you are interested, please contact Treasury Management Client Care (TMCC) at 1-800-669-1518

Effective JANUARY 1, 2018, the following fee will apply:

PINACLE EXPRESS
The fee for PINACLE EXPRESS Base Services will be $35.00 per month. Additionally, 'real-time' data reporting has been added to the base package and the number of accounts that can be added will be unlimited.

Effective FEBRUARY 1, 2018, the following fees will apply:

WIRE TRANSFER FEES
The fee for DOMESTIC WIRES INCOMING will be $12.50 each.
The fee for DOMESTIC WIRES OUTGOING - VOICE INITIATED (both repetitive and one-time) will be $30.00 each.

The fee for INTERNATIONAL WIRES INCOMING will be $20.00 each.
The fee for INTERNATIONAL WIRES OUTGOING - VOICE INITIATED for wires in U.S. currency will be $65.00 each and for wires in a foreign currency will be $45.00 each.

The fee for REPEAT CODE STORAGE will be $2.30 each.
The fee for WIRE INVESTIGATIONS initiated within 99 days will be $35.00 and for those initiated 100 days or after will be $150.00 each.

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 12/01/2017 to 12/29/2017
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 3

Business Basic Checking Account Number: 86-0755-7127 - continued

The fee for WIRE TRANSFER MANUAL REPAIR will be $16.00 each.
The fee for VOICE PIN ISSUANCE AND MAINTENANCE will be $6.00 each.

The fee for BOOK TRANSFER INCOMING will be $5.00 each.
The fee for BOOK TRANSFER OUTGOING - VOICE INITIATED will be $20.00 each.

The fee for MAIL ADVICE will be $7.00 each.
The fee for FAX/ELECTRONIC ADVICE will be $3.25 each.

## Business Basic Checking Summary

Account number:  86-0755-7127                               Great Oak Capital Llc

Overdraft Protection Provided By:   XXXXXXXXXXXX0174

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ████ | 4,526.11 | ████ | ████ |

| Average ledger balance | Average collected balance |
|---|---|
| ████ | ████ |

## Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Item Fees (OD) | ████ | ████ |
| Total Continuous Overdraft Fees (COD) | 56.00 | 56.00 |
| Total Overdraft Fees | 128.00 | 128.00 |
| Total Returned Item Fees (NSF) | .00 | 72.00 |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 4,526.11 |
| Total | 1 | 4,526.11 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Check Card Purchases | 1 | ██.██ |
| ACH Deductions | 1 | ███.██ |
| Service Charges and Fees | 8 | 128.00 |
| Other Deductions | 1 | 1,195.12 |
| Total | 11 | 4,492.88 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 12/01 | ████ | 12/07 | ████ | 12/12 | ████ |
| 12/04 | 957.01 | 12/08 | ████ | 12/20 | 2,030.98 |
| 12/05 | 958.01 | 12/11 | ████ | 12/26 | 1,992.18 |
| 12/06 | ████ | | | | |

## Activity Detail

### Deposits and Other Additions

### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/12 | 4,526.11 | Deposit  −2300 Deotr + 2021.21 Ray Blue + 204.90 refund | 049791018 |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Basic Checking Account Number: 86-0755-7127 - continued

For the Period 12/01/2017 to 12/29/2017
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 3 of 3

## Checks and Other Deductions

### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/26 | | 0901 Debit Card Purchase Yahoo Small Business 866-1391593 | |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/01 | | Corporate ACH Payment Verizon Wireless | 2993494001785046135 |
| | | | 00017334010543371 |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/01 | | Overdraft Item Fee | 086570311 |
| 12/04 | | Overdraft Item Fee | 00017334010543371 |
| 12/04 | | Continuous OD Charge -01 Day | I-GEN117120400001954 |
| 12/05 | | Continuous OD Charge -01 Day | I-GEN117120500005865 |
| 12/06 | | Continuous OD Charge -01 Day | I-GEN117120600003469 |
| 12/07 | | Continuous OD Charge -01 Day | I-GEN117120700004373 |
| 12/08 | | Continuous OD Charge -01 Day | I-GEN117120800004789 |
| 12/11 | | Continuous OD Charge -03 Days | I-GEN117121100007606 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/20 | | ACH Payment 99999 119204811039017 | 53000482 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 01/02/2018 and will appear on your next statement as a single line item entitled Service Charge Period Ending 12/29/2017.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | | |
| Combined Transactions | | | |
| ACH Debits | 1 | 20.00 | |
| Deposited Item - Consolidated | 8 | .00 | |
| Deposit Tickets Processed | 1 | .00 | Included in Account |
| Wire, Treasury Management Services | 6 | .00 | |
| Incoming Wire Transfer | 1 | .00 | |
| Branch Initiated Domestic Wire | | 169.00 | |
| Total For Services Used This Period | | 13.00 | |
| Total Service Charge | | 156.00 | |
| | | 189.00 | |
| | | 189.00 | |

Member FDIC

Equal Housing Lender

*Great Oak 5*

# Business Basic Checking

**PNC BANK**

PNC Bank

**For the Period 12/30/2017 to 01/31/2018**

Primary Account Number: 86-0755-7127
Page 1 of 2
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
Visit us at PNC.com/smallbusiness

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Business Basic Checking Summary

Great Oak Capital Llc

Account number: 86-0755-7127

Overdraft Protection Provided By:    XXXXXXXXXXXX0174

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 1,592.10 | 3,300.02 | 1,595.00 | 726.68 |

| Average ledger balance | Average collected balance |
|---|---|
| 1,050.05 | 1,025.42 |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 3,300.02 |
| Total | 2 | 3,300.02 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 1 | 1,365.27 |
| ACH Deductions | 2 | 1,104.30 |
| Service Charges and Fees | 1 | 100.00 |
| Other Deductions | 1 | 1,010.11 |
| Total | 5 | 1,595.00 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 12/30 | 1,592.10 | 01/09 | 1,016.83 | 01/22 | 1,026.63 |
| 01/02 | 1,000.46 | 01/11 | 847.78 | 01/31 | 726.68 |
| 01/03 | 1,212.05 | 01/12 | 3,147.80 | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/09 | 1,000.00 | Deposit — *Transfer* | 051322821 |
| 01/12 | 2,300.02 | Deposit — *Dexter St* | 051273785 |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 12/30/2017 to 01/31/2018**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 2

Business Basic Checking Account Number: 86-0755-7127 - continued

## Checks and Other Deductions

### Checks and Substitute Checks

| Date posted | Check number | Amount | Reference number |
|---|---|---|---|
| 01/11 | 2544 * | | 084652288 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/03 | | Corporate ACH Payments Verizon Wireless 00205891540000 1 | 00018002012809387 |
| 01/31 | | Corporate ACH Payments Verizon Wireless 00205891540000 1 | 00018030004432166 |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/02 | | Service Charge Period Ending 12/29/2017 | |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/22 | | Loan Payment   00000   11030461103301743 | 53000853 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 02/01/2018 and will appear on your next statement as a single line item entitled Service Charge Period Ending 01/31/2018.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | 1 | 20.00 | |
| Combined Transactions | 10 | .00 | Included in Account |
| ACH Debits | 2 | .00 | |
| Checks Paid | 1 | .00 | |
| Deposited Item - Consolidated | 5 | .00 | |
| Deposit Tickets Processed | 2 | .00 | |
| Total For Services Used This Period | | 20.00 | |
| Total Service Charge | | 20.00 | |

Member FDIC          Equal Housing Lender

# Business Basic Checking
PNC Bank

**For the Period 02/01/2018 to 02/28/2018**

⬢ **PNC BANK**

Primary Account Number: 86-0755-7127
Page 1 of 2
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

☎ For 24-hour banking sign on to
🖥 PNC Bank Online Banking on pnc.com
    FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

✉ Write to: Customer Service
    PO Box 609
    Pittsburgh, PA  15230-9738
🖥 Visit us at PNC.com/smallbusiness
☎ TDD terminal: 1-800-531-1648
    For hearing impaired clients only

## IMPORTANT ACCOUNT INFORMATION

It's important for you to know that, effective April 22, 2018, if you issue a check to someone who does not have a PNC Bank checking, savings, money market, certificate of deposit account (CD) or retirement money market or CD, they may be charged a fee to cash your check at a PNC Branch. For checks greater than $25, the fee will be 2% of the check amount, with a $2 minimum fee.  There will be no charge for checks less than or equal to $25.

This information updates the "Business Checking Accounts and Related Charges" ("Schedule") for your account.  All other information in our Schedule continues to apply to your account.  Please keep this with your records.

Standard PNC check cashing guidelines apply.

## Business Basic Checking Summary

Great Oak Capital Llc

Account number:  86-0755-7127

Overdraft Protection Provided By:  XXXXXXXXXXXX0174

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 789.56 | 2,300.00 | 1,601.10 | 1,123.46 |

| | Average ledger balance | Average collected balance |
|---|---|---|
| | 1,049.97 | 1,039.99 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 2,300.00 |
| Total | 1 | 2,300.00 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Check Card Purchases | 1 | 55.85 |
| ACH Deductions | 3 | 12.90 |
| Service Charges and Fees | 1 | 20.00 |
| Other Deductions | 1 | 1,502.37 |
| Total | 6 | 1,601.10 |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 02/01/2018 to 02/28/2018
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 2

Business Basic Checking Account Number: 86-0755-7127 - continued

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 02/01 | ~~786.52~~ | 02/12 | ~~2,950.65~~ | 02/26 | ~~1,128.40~~ |
| 02/06 | ~~670.32~~ | 02/20 | ~~1,453.66~~ | | |

## Activity Detail

## Deposits and Other Additions

### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/12 | 2,300.00 | Deposit — Dexter St | 048045701 |

## Checks and Other Deductions

### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/06 | ~~.~~ | 0451 Debit Card Purchase Yahoo Small Business | 57562940017850461037 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/12 | ~~12.69~~ | ACH Web Single Inst Xfer Paypal User | 00018043004323852 |
| 02/12 | ~~.~~ | ACH Web Single Inst Xfer Paypal User | 00018043004070498 |
| 02/26 | ~~.~~ | ACH Web Single Inst Xfer Paypal User | 00018057000967065 |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/01 | ~~20.00~~ | Service Charge Period Ending 01/31/2018 | |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/20 | ~~1,502.97~~ | Loan Payment  00000  110384110230774 | 53001142 |

## Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 03/01/2018 and will appear on your next statement as a single line item entitled Service Charge Period Ending 02/28/2018.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | 1 | 20.00 | |
| Combined Transactions | 8 | .00 | Included in Account |
|   ACH Debits | 3 | .00 | |
|   Deposited Item - Consolidated | 4 | .00 | |
|   Deposit Tickets Processed | 1 | .00 | |
| Total For Services Used This Period | | 20.00 | |
| Total Service Charge | | 20.00 | |

Member FDIC          Equal Housing Lender

# Business Basic Checking
PNC Bank

 **PNC BANK**

**For the Period 03/01/2018 to 03/30/2018**

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

Primary Account Number: 86-0755-7127
Page 1 of 3
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/smallbusiness
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## IMPORTANT ACCOUNT INFORMATION

It's important for you to know that, effective April 22, 2018, if you issue a check to someone who does not have a PNC Bank checking, savings, money market, certificate of deposit account (CD) or retirement money market or CD, they may be charged a fee to cash your check at a PNC Branch. For checks greater than $25, the fee will be 2% of the check amount, with a $2 minimum fee.  There will be no charge for checks less than or equal to $25.

This information updates the "Business Checking Accounts and Related Charges" ("Schedule") for your account.  All other information in our Schedule continues to apply to your account.  Please keep this with your records.

Standard PNC check cashing guidelines apply.

## Business Basic Checking Summary
Account number:  86-0755-7127

Great Oak Capital Llc

Overdraft Protection Provided By:  XXXXXXXXXXXX0174

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | ~~1,~~ | 2,300.00 | ~~~~ | ~~~~ |

| | Average ledger balance | Average collected balance |
|---|---|---|
| | ~~~~ | ~~1,521~~ |

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 1 | 2,300.00 | Check Card Purchases | 2 | ~~~~ |
| | | | ACH Deductions | 16 | ~~~~ |
| | | | Service Charges and Fees | 1 | ~~~~ |
| | | | Other Deductions | 1 | ~~~~ |
| Total | 1 | 2,300.00 | Total | 20 | ~~~~ |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Basic Checking Account Number: 86-0755-7127 - continued

**For the Period 03/01/2018 to 03/30/2018**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 3

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|------|------|------|------|------|------|
| 03/01 | | 03/06 | | 03/20 | |
| 03/02 | | 03/13 | | 03/21 | |
| 03/05 | | 03/19 | | 03/26 | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|------|------|------|------|
| 03/13 | 2,300.00 | Deposit — Dexter St | 048583997 |

### Checks and Other Deductions

#### Check Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|------|------|------|------|
| 03/02 | | Debit Card Purchase Squarespace Inc Httpsquare NY | 8284294001785046106 |
| 03/26 | 36.32 | Debit Card Purchase Yahoo Small Business 866-8008092 CO | 9347194001785046108 |

#### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|------|------|------|------|
| 03/05 | | Corporate ACH Payments Verizon Wireless | 00018061004836726 |
| 03/05 | | ACH Web Single Inst Xfer Paypal Uber | 00018064007090775 |
| 03/05 | | ACH Web Single Inst Xfer Paypal Uber | 00018064009505748 |
| 03/05 | | ACH Web Single Inst Xfer Paypal Uber | 00018064009504379 |
| 03/06 | | ACH Web Single Inst Xfer Paypal Uber | 00018065003272838 |
| 03/19 | | ACH Web Single Inst Xfer Paypal Uber | 00018078003994470 |
| 03/19 | | ACH Web Single Inst Xfer Paypal Uber | 00018078004001294 |
| 03/19 | | ACH Web Single Inst Xfer Paypal Uber | 00018078004002421 |
| 03/19 | | ACH Web Single Inst Xfer Paypal Uber | 00018078005590301 |
| 03/19 | | ACH Web Single Inst Xfer Paypal Uber | 00018078005590738 |
| 03/19 | | ACH Web Single Inst Xfer Paypal Uber | 00018078005589859 |
| 03/19 | | ACH Web Single Inst Xfer Paypal Uber | 00018078005590437 |
| 03/20 | | ACH Web Single Inst Xfer Paypal Uber | 00018078005077765 |
| 03/21 | | ACH Web Single Inst Xfer Paypal Uber | 00018080003245581 |
| 03/21 | | ACH Web Single Inst Xfer Paypal Uber | 00018079011884788 |
| 03/21 | | ACH Web Single Inst Xfer Paypal Uber | 00018079011884501 |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|------|------|------|------|
| 03/01 | | Service Charge Period Ending 02/28/2018 | |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|------|------|------|------|
| 03/20 | | Loan Payment | 53000266 |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 03/01/2018 to 03/30/2018**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 3 of 3

Business Basic Checking Account Number: 86-0755-7127 - continued

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 04/02/2018 and will appear on your next statement as a single line item entitled Service Charge Period Ending 03/30/2018.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | 1 | ~~20.00~~ | |
| Combined Transactions | 20 | .00 | Included in Account |
| ACH Debits | 16 | .00 | |
| Deposited Item - Consolidated | 3 | .00 | |
| Deposit Tickets Processed | 1 | .00 | |
| Total For Services Used This Period | | ~~20.00~~ | |
| Total Service Charge | | 20.00 | |

# Business Basic Checking

PNC Bank

**PNC BANK**

**For the Period 03/31/2018 to 04/30/2018**

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

Primary Account Number: 86-0755-7127
Page 1 of 2
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/smallbusiness

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Business Basic Checking Summary

Account number:  86-0755-7127

Great Oak Capital Llc

Overdraft Protection Provided By:   XXXXXXXXXXXX0174

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| | 3,646.86 | | |

| Average ledger balance | Average collected balance |
|---|---|
| | |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 3,646.86 |
| Total | 2 | 3,646.86 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 1 | |
| ACH Deductions | 17 | |
| Service Charges and Fees | 1 | |
| Other Deductions | 1 | |
| Total | 20 | |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 03/31 | | 04/09 | | 04/20 | |
| 04/02 | | 04/11 | | 04/23 | |
| 04/06 | | 04/16 | | 04/26 | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/06 | 2,300.01 | Deposit - Dexter St | 051469988 |
| 04/11 | 1,346.85 | Deposit - Ray Blue | 051353679 |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 03/31/2018 to 04/30/2018**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 2

Business Basic Checking Account Number: 86-0755-7127 - continued

## Checks and Other Deductions

### Checks and Substitute Checks

| Date posted | Check number | Amount | Reference number | |
|---|---|---|---|---|
| 04/09 | 2545 * | | 065484209 | |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/02 | | Corporate ACH Payments | 00018089007599022 |
| 04/02 | | | 00018092011223602 |
| 04/09 | | ACH Web-Single Inst Xfer Paypal Uber | 00018099003087163 |
| 04/09 | | | 00018099002995483 |
| 04/09 | | | 00018099002926706 |
| 04/09 | | | 00018099002926656 |
| 04/16 | | | 00018106006029076 |
| 04/16 | | ACH Web-Single Inst Xfer Paypal Uber | 00018106005998430 |
| 04/16 | | | 00018106006013677 |
| 04/16 | | | 00018106005927267 |
| 04/16 | | ACH Web-Single Inst Xfer Paypal Uber | 00018106005927451 |
| 04/16 | | ACH Web-Single Inst Xfer Paypal Uber | 00018106006022392 |
| 04/16 | | ACH Web-Single Inst Xfer Paypal Uber | 00018106005919043 |
| 04/23 | | ACH Web-Single Inst Xfer Paypal Uber | 00018106005869534 |
| 04/23 | | ACH Web-Single Inst Xfer Paypal Uber | 00018113009472307 |
| 04/26 | | ACH Web-Single Inst Xfer Paypal Uber | 00018113009505250 |
| | | | 00018116005121670 |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/02 | | Service Charge Period Ending 03/30/2018 | |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/20 | | Loan Payment | 53000265 |

## Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 05/01/2018 and will appear on your next statement as a single line item entitled Service Charge Period Ending 04/30/2018.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | 1 | | |
| Combined Transactions | 25 | .00 | Included in Account |
| ACH Debits | 17 | .00 | |
| Checks Paid | 1 | .00 | |
| Deposited Item - Consolidated | 5 | .00 | |
| Deposit Tickets Processed | 2 | .00 | |
| Total For Services Used This Period | | | |
| Total Service Charge | | | |

# Business Basic Checking

**PNC BANK**

PNC Bank

**For the Period 05/01/2018 to 05/31/2018**

Primary Account Number: 86-0755-7127
Page 1 of 3
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
Visit us at PNC.com/smallbusiness
TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## Business Basic Checking Summary

Great Oak Capital Llc

Account number: 86-0755-7127

Overdraft Protection Provided By:   XXXXXXXXXXXXX0174

---

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | ~~\*\*188.18\*~~ | 6,146.85 | ~~\*\*\*\*\*\*~~ | ~~\*\*\*\*\*\*\*~~ |

| | Average ledger balance | Average collected balance |
|---|---|---|
| | ~~\*\*\*\*\*\*\*~~ | ~~\*\*\*\*\*\*\*~~ |

---

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 3 | 6,146.85 |
| **Total** | **3** | **6,146.85** |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Debit Card Purchases | 1 | ~~\*\*\*\*\*~~ |
| ATM/Misc. Debit Card Transactions | 1 | ~~7.50~~ |
| ACH Deductions | 21 | ~~\*\*\*\*\*\*\*~~ |
| Service Charges and Fees | 1 | ~~20.00~~ |
| Other Deductions | 1 | ~~\*\*\*\*\*\*~~ |
| **Total** | **25** | ~~\*\*\*\*\*\*~~ |

---

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 05/01 | ~~\*\*188.18\*~~ | 05/14 | ~~\*\*\*\*\*\*~~ | 05/21 | ~~\*\*771.89\*~~ |
| 05/02 | ~~\*561.18\*~~ | 05/15 | ~~\*\*\*\*\*\*~~ | 05/29 | ~~\*363.51\*~~ |
| 05/07 | ~~227.18~~ | 05/16 | ~~2,257.51~~ | 05/31 | ~~\*820.03\*~~ |
| 05/08 | ~~2,527.18~~ | | | | |

---

## Activity Detail

### Deposits and Other Additions

### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/08 | 2,300.00 | Deposit — Dexter St | 049608191 |
| 05/15 | 1,346.85 | Deposit — Ray Blue | 051812881 |
| 05/16 | 2,500.00 | Deposit — Investment | 047905897 |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 05/01/2018 to 05/31/2018
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 3

Business Basic Checking Account Number: 86-0755-7127 - continued

## Checks and Other Deductions

### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/07 | 25.85 | 0101 Debit Card Purchase Yahoo Small Business 866-8009092 CA | 73562940017850461126 |

### ATM/Misc. Debit Card Transactions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/01 | 4.80 | 0401 Recurring Debit Card Paypal *O43D32002 866-5431200 CA | 48654940017850461121 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/02 | 767.33 | Corporate ACH Payments Verizon Wireless 062958015400001 | 00018121011817331 |
| 05/07 | 27.25 | ACH Web Single Inst Xfer Paypal Uber | 00018127008960671 |
| 05/07 | | ACH Web Single Inst Xfer Paypal Uber | 00018127009094926 |
| 05/07 | | ACH Web Single Inst Xfer Paypal Uber | 00018127008960444 |
| 05/07 | 12.16 | ACH Web Single Inst Xfer Paypal Uber | 00018127009161007 |
| 05/07 | 19.80 | ACH Web Single Inst Xfer Paypal Uber | 00018127009031397 |
| 05/14 | | ACH Web Single Inst Xfer Paypal Uber | 00018134002151979 |
| 05/14 | 29.52 | ACH Web Single Inst Xfer Paypal Uber | 00018134002149979 |
| 05/14 | 5.13 | ACH Web Single Inst Xfer Paypal Uber | 00018134002124087 |
| 05/14 | 4.73 | ACH Web Single Inst Xfer Paypal Uber | 00018134001809824 |
| 05/29 | 30.00 | ACH Web Single Inst Xfer Paypal Uber | 00018149005389662 |
| 05/29 | 74.16 | ACH Web Single Inst Xfer Paypal Uber | 00018149005389610 |
| 05/29 | | ACH Web Single Inst Xfer Paypal Uber | 00018149005445385 |
| 05/29 | 73.59 | ACH Web Single Inst Xfer Paypal Uber | 00018149005214494 |
| 05/29 | | ACH Web Single Inst Xfer Paypal Uber | 00018149007516161 |
| 05/29 | 14.10 | ACH Web Single Inst Xfer Paypal Uber | 00018149005390027 |
| 05/29 | 11.67 | ACH Web Single Inst Xfer Paypal Uber | 00018149005374964 |
| 05/29 | 11.08 | ACH Web Single Inst Xfer Paypal Uber | 00018149005374163 |
| 05/29 | 10.55 | ACH Web Single Inst Xfer Paypal Uber | 00018149005340194 |
| 05/31 | 545.50 | Corporate ACH Payments Verizon Wireless 062958015400001 | 00018149005213552 |
| | | | 00018150004159205 |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/01 | 20.00 | Service Charge Period Ending 04/30/2018 | |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/21 | 7,185.61 | Loan Payment 200000  11056J8N10099174 | 53000547 |

# Business Basic Checking

💻 For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Basic Checking Account Number: 86-0755-7127 - continued

**For the Period 05/01/2018 to 05/31/2018**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 3 of 3

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 06/01/2018 and will appear on your next statement as a single line item entitled Service Charge Period Ending 05/31/2018.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 30 | .00 | Included in Account |
| ACH Debits | 21 | .00 | |
| Deposited Item - Consolidated | 6 | .00 | |
| Deposit Tickets Processed | 3 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC                    🏠 Equal Housing Lender

# Business Basic Checking
PNC Bank



**For the Period 06/01/2018 to 06/29/2018**

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

Primary Account Number: 86-0755-7127
Page 1 of 3
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/smallbusiness

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

PNC ADDRESS CHANGE FOR DISPUTING INFORMATION FURNISHED
TO CONSUMER REPORTING AGENCIES

If you have sole proprietor account(s), PNC Bank may report information regarding your Account to consumer
reporting agencies. If you believe that the information that PNC Bank is furnishing to ChexSystems or Early
Warning Services is inaccurate or incomplete, and you wish to dispute the reported information, you may
dispute directly to PNC Bank and/or to ChexSystems or Early Warning Services. Disputes submitted directly to
PNC Bank must be in writing at the new address below. Disputes submitted to ChexSystems or Early Warning
Services must be in writing and sent by mail or fax at the information set forth below.

> PNC Bank, Attn: Support Services Department, P.O. Box 3180, Pittsburgh, PA, 15230-3180
> Chex Systems, Inc., 7805 Hudson Road, Suite 100, Woodbury, MN 55125, or faxing it to: 602-659-2197
> Early Warning Services, LLC Attn: Consumer Services, 16552 North 90th Street Suite 100, Scottsdale, AZ,
85260 or faxing it to: 480-656-6850

---

## Business Basic Checking Summary
Account number:  86-0755-7127

Great Oak Capital Llc

Overdraft Protection Provided By:  XXXXXXXXXXXX0174

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | ▓▓▓▓ | 6,146.85 | ▓▓▓▓ | ▓▓▓▓ |
| | | | Average ledger balance | Average collected balance |
| | | | ▓▓▓▓ | ▓▓▓▓ |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 3 | 6,146.85 |
| Total | 3 | 6,146.85 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 3 | ▓▓▓▓ |
| Debit Card Purchases | 1 | ▓▓▓▓ |
| ACH Deductions | 19 | ▓▓▓▓ |
| Other Deductions | 1 | ▓▓▓▓ |
| Total | 24 | ▓▓▓▓ |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 06/01/2018 to 06/29/2018**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127

Business Basic Checking Account Number: 86-0755-7127 - continued
Page 2 of 3

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|------|---------------|------|---------------|------|---------------|
| 06/01 | | 06/13 | | 06/26 | |
| 06/04 | | 06/14 | | 06/27 | 5,─── |
| 06/06 | | 06/20 | | 06/28 | |
| 06/11 | | 06/25 | | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|------------------------|------------------|
| 06/06 | 2,300.00 | Deposit ─ Devolu St | 051679458 |
| 06/14 | 1,346.85 | Deposit ─ Ray Blu | 047844265 |
| 06/26 | 2,500.00 | Deposit ─ Investment | 050457298 |

## Checks and Other Deductions

### Checks and Substitute Checks                     * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|-------------|-------------|--------|------------------|-------------|-------------|--------|------------------|-------------|-------------|--------|------------------|
| 06/06 | 2547 * | | 051679484 | 06/06 | 2548 | | 083092625 | 06/28 | 2550 * | | 085479773 |

### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|------------------------|------------------|
| 06/25 | | 0461 Debit Card Purchase Yahoo Small Business 800-3008092 Ca | 5536794001785046117 6 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|------------------------|------------------|
| 06/01 | | ACH Web Single Inst Xfer Paypal Uber | 00018152002366603 |
| 06/04 | 37.44 | ACH Web Single Inst Xfer Paypal Uber | 00018155006711977 |
| 06/04 | 11.13 | ACH Web Single Inst Xfer Paypal Uber | 00018155006808937 |
| 06/04 | | ACH Web Single Inst Xfer Paypal Uber | 00018155006892068 |
| 06/11 | | ACH Web Single Inst Xfer Paypal Uber | 00018162008431749 |
| 06/11 | 29.99 | ACH Web Single Inst Xfer Paypal Uber | 00018162008344560 |
| 06/11 | | ACH Web Single Inst Xfer Paypal Uber | 00018162008344056 |
| 06/11 | | ACH Web Single Inst Xfer Paypal Uber | 00018162008454331 |
| 06/13 | | ACH Web Single Inst Xfer Paypal Uber | 00018162008454664 |
| 06/13 | 7.33 | ACH Web Single Inst Xfer Paypal Uber | 00018163004722196 |
| 06/13 | | ACH Web Single Inst Xfer Paypal Uber | 00018163004726397 |
| 06/13 | | ACH Web Single Inst Xfer Paypal Uber | 00018163004722552 |
| 06/14 | 12.31 | ACH Web Single Inst Xfer Paypal Uber | 00018163006090743 |
| 06/14 | 11.17 | ACH Web Single Inst Xfer Paypal Uber | 00018163006091331 |
| 06/14 | 8.10 | ACH Web Single Inst Xfer Paypal Uber | 00018165002644055 |
| 06/14 | | ACH Web Single Inst Xfer Paypal Uber | 00018164010530805 |
| 06/27 | 24.37 | ACH Web Single Inst Xfer Paypal Uber | 00018165002636670 |
| | | | 00018165002644154 |
| | | | 00018177009344079 |

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|------------------------|------------------|

Other Deductions continued on next page

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 06/01/2018 to 06/29/2018
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 3 of 3

Business Basic Checking Account Number: 86-0755-7127 - continued

## Other Deductions    - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/20 | | ~~Loan Payment~~ 00000 | 53000275 |

## Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 07/02/2018 and will appear on your next statement as a single line item entitled Service Charge Period Ending 06/29/2018.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 31 | .00 | Included in Account |
| ACH Debits | 19 | .00 | |
| Checks Paid | 3 | .00 | |
| Deposited Item - Consolidated | 6 | .00 | |
| Deposit Tickets Processed | 3 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC

Equal Housing Lender

# Business Basic Checking

**PNC BANK**

PNC Bank

**For the Period 06/30/2018 to 07/31/2018**

GREAT OAK CAPITAL LLC
1234 PAGE TER
VILLANOVA PA 19085-2132

Primary Account Number: 86-0755-7127
Page 1 of 2
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/smallbusiness
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Business Basic Checking Summary

Great Oak Capital Llc

Account number:  86-0755-7127

Overdraft Protection Provided By:   XXXXXXXXXXXX0174

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ~~1,268.09~~ | 2,299.02 | ~~3,007.11~~ | ~~1,260.90~~ |

| Average ledger balance | Average collected balance |
|---|---|
| ~~1,803.10~~ | ~~1,769.05~~ |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 2,299.02 |
| Total | 1 | 2,299.02 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 1 | ~~2,268.14~~ |
| ACH Deductions | 1 | ~~545.97~~ |
| Other Deductions | 1 | ~~193.00~~ |
| Total | 3 | ~~3,007.11~~ |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 06/30 | ~~1,268.09~~ | 07/03 | ~~455.12~~ | 07/20 | ~~1,260.90~~ |
| 07/02 | ~~1,996.89~~ | 07/09 | ~~2,754.50~~ | | |

## Activity Detail

### Deposits and Other Additions

### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/09 | 2,299.02 | Deposit  — Dexter St | 052808381 |

# Business Basic Checking

💻 For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 06/30/2018 to 07/31/2018**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 2

Business Basic Checking Account Number: 86-0755-7127 - continued

## Checks and Other Deductions

### Checks and Substitute Checks

| Date posted | Check number | Amount | Reference number |
|---|---|---|---|
| 07/02 | 2549 * | ~~~~ | 083892334 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/03 | 545.97 | Corporate ACH Payments Verizon Wireless 0620585 15469661 | 00018183009762750 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/20 | 1,493.60 | Loan Payment  00000  1103048110350174 | 53000288 |

### Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 08/01/2018 and will appear on your next statement as a single line item entitled Service Charge Period Ending 07/31/2018.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | 1 | 20.00 | |
| Combined Transactions | 7 | .00 | Included in Account |
|   ACH Debits | 1 | .00 | |
|   Checks Paid | 1 | .00 | |
|   Deposited Item - Consolidated | 4 | .00 | |
|   Deposit Tickets Processed | 1 | .00 | |
| Total For Services Used This Period | | 20.00 | |
| Total Service Charge | | 20.00 | |

Member FDIC         🏠 Equal Housing Lender

# Business Basic Checking

PNC Bank

🔵 **PNC BANK**

**For the Period 08/01/2018 to 08/31/2018**

Primary Account Number: 86-0755-7127
Page 1 of 2
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1419 LANES END
VILLANOVA PA 19085-2000

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

✉ Write to: Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/smallbusiness
☎ TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

PNC EXPRESS FUNDS EXPANDS TO THE PNC ATM NETWORK

PNC Express Funds  for Mobile Banking was introduced last year and we've now expanded this service to include deposits made at our PNC ATMs.

PNC Express Funds  is an optional service providing immediate availability to qualifying single check deposits. If you deposit a single check that qualifies for this service, you will be offered the option for a fee, at the ATM, to receive immediate availability of the deposit for purchases and/or withdrawals.

The fee for PNC Express Funds  is 2% of the total check amount (a $2.00 minimum fee will apply). In addition, if the check you deposited using PNC Express Funds is returned due to insufficient funds, PNC will not charge your account for the amount of the check that was returned.

See the PNC Funds Availability policy for details on funds availability and cut off times.

---

## Business Basic Checking Summary

Account number:  86-0755-7127

Great Oak Capital Llc

Overdraft Protection Provided By:   XXXXXXXXXXXX0174

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | ~~1,099.00~~ | 3,646.88 | ~~1,299.99~~ | ~~2,521.16~~ |

| | Average ledger balance | Average collected balance |
|---|---|---|
| | ~~1,881.44~~ | ~~1,100.00~~ |

---

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 2 | 3,646.88 | Checks | 1 | ~~1,068.52~~ |
| | | | Debit Card Purchases | 1 | ~~48.99~~ |
| | | | ACH Deductions | 2 | ~~109.99~~ |
| | | | Service Charges and Fees | 1 | ~~12.00~~ |
| | | | Other Deductions | 1 | ~~60.00~~ |
| Total | 2 | 3,646.88 | Total | 6 | ~~1,299.50~~ |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 08/01/2018 to 08/31/2018**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 2

Business Basic Checking Account Number: 86-0755-7127 - continued

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 08/01 | | 08/15 | | 08/20 | |
| 08/06 | | 08/16 | | 08/31 | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/15 | 1,346.85 | Deposit — Ray Blue | 051052632 |
| 08/16 | 2,300.03 | Deposit — Dexter St | 048396924 |

### Checks and Other Deductions

#### Checks and Substitute Checks

| Date posted | Check number | Amount | Reference number |
|---|---|---|---|
| 08/16 | 2243 * | | 084006441 |

#### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/06 | | 0161 Debit Card Purchase Yahoo Small Business 866-9008002 Ca | 17522940017850461218 |

#### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/01 | | Corporate ACH Payments Verizon Wireless 062058915400001 | 00018212002909970 |
| 08/31 | | Corporate ACH Payments Verizon Wireless 062058915400001 | 00018242006331308 |

#### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/01 | 20.00 | Service Charge Period Ending 07/31/2018 | |

#### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/20 | | Loan Payment 00000 110304811030017 | 53000587 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 09/04/2018 and will appear on your next statement as a single line item entitled Service Charge Period Ending 08/31/2018.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | 1 | 20.00 | |
| Combined Transactions | 10 | .00 | Included in Account |
| ACH Debits | 2 | .00 | |
| Checks Paid | 1 | .00 | |
| Deposited Item - Consolidated | 5 | .00 | |
| Deposit Tickets Processed | 2 | .00 | |
| Total For Services Used This Period | | 20.00 | |
| Total Service Charge | | 20.00 | |

Member FDIC          Equal Housing Lender

# Business Basic Checking
PNC Bank

 **PNC BANK**

**For the Period 09/01/2018 to 09/28/2018**

Primary Account Number: 86-0755-7127
Page 1 of 2
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1419 LANES END
VILLANOVA PA 19085-2000

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

✉ Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
Visit us at PNC.com/smallbusiness

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## PNC EXPRESS FUNDS EXPANDS TO THE PNC ATM NETWORK

PNC Express Funds  for Mobile Banking was introduced last year and we've now expanded this service to include deposits made at our PNC ATMs.

PNC Express Funds  is an optional service providing immediate availability to qualifying single check deposits. If you deposit a single check that qualifies for this service, you will be offered the option for a fee, at the ATM, to receive immediate availability of the deposit for purchases and/or withdrawals.

The fee for PNC Express Funds  is 2% of the total check amount (a $2.00 minimum fee will apply). In addition, if the check you deposited using PNC Express Funds is returned due to insufficient funds, PNC will not charge your account for the amount of the check that was returned.

See the PNC Funds Availability policy for details on funds availability and cut off times.

## Business Basic Checking Summary
Account number:  86-0755-7127

Great Oak Capital Llc

Overdraft Protection Provided By:  XXXXXXXXXXX0174

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ~~—~~ | 3,639.13 | ~~—~~ | ~~—~~ |

| Average ledger balance | Average collected balance |
|---|---|
| ~~—~~ | ~~—~~ |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 3,639.13 |
| Total | 2 | 3,639.13 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 1 | ~~—~~ |
| Debit Card Purchases | 1 | ~~—~~ |
| ATM/Misc. Debit Card Transactions | 1 | ~~—~~ |
| Service Charges and Fees | 1 | ~~—~~ |
| Other Deductions | 1 | ~~—~~ |
| Total | 5 | ~~—~~ |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 09/01/2018 to 09/28/2018**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 2

Business Basic Checking Account Number: 86-0755-7127 - continued

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|------|----------------|------|----------------|------|----------------|
| 09/01 | | 09/12 | | 09/20 | |
| 09/04 | | 09/18 | | 09/25 | |
| 09/11 | | | | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 09/11 | 2,300.01 | Deposit — Dexter St | 047873205 |
| 09/18 | 1,339.12 | Deposit — Ray Blue | 050712614 |

## Checks and Other Deductions

### Checks and Substitute Checks

| Date posted | Check number | Amount | Reference number |
|-------------|--------------|--------|------------------|
| 09/12 | 3551 * | | 084223532 |

### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 09/25 | | 0451 Debit Card Purchase Yatron Small Business 866-9006092 GB | 26014940017850461268 |

### ATM/Misc. Debit Card Transactions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 09/04 | | 0451 Recurring Debit Card Dropbox*Rs2Ksm8Q4Rtm 888-1153350 GB | 77352940017850461247 |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 09/04 | | Service Charge Period Ending 08/31/2018 | |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 09/20 | | Loan Payment 04101 11053491110=7178 | 53000282 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 10/01/2018 and will appear on your next statement as a single line item entitled Service Charge Period Ending 09/28/2018.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|-------------|--------|--------|---|
| Account Maintenance Charge | 1 | | |
| Combined Transactions | 9 | .00 | Included in Account |
| Checks Paid | 1 | .00 | |
| Deposited Item - Consolidated | 6 | .00 | |
| Deposit Tickets Processed | 2 | .00 | |
| Total For Services Used This Period | | | |
| Total Service Charge | | 20.00 | |

Member FDIC            ⌂ Equal Housing Lender

# Business Basic Checking

PNC Bank

**PNC BANK**

**For the Period 09/29/2018 to 10/31/2018**

Primary Account Number: 86-0755-7127
Page 1 of 2
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1419 LANES END
VILLANOVA PA 19085-2000

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
Visit us at PNC.com/smallbusiness
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Business Basic Checking Summary

Great Oak Capital Llc

Account number: 86-0755-7127

Overdraft Protection Provided By:   XXXXXXXXXXXX0174

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | ~~-0.10~~ | 7,376.24 | ~~7,876.34~~ | ~~-0.10~~ |

| | Average ledger balance | Average collected balance |
|---|---|---|
| | ~~3,980.00~~ | 3,078.48 |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 7,376.24 |
| Total | 2 | 7,376.24 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| ACH Deductions | 1 | ~~4,398.45~~ |
| Service Charges and Fees | 1 | ~~20.00~~ |
| Other Deductions | 1 | ~~1,492.78~~ |
| Total | 3 | ~~5,912.23~~ |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 09/29 | ~~-0.10~~ | 10/03 | ~~-3,592.75~~ | 10/18 | ~~7,899.09~~ |
| 10/01 | ~~-820.00~~ | 10/12 | ~~4,558.63~~ | 10/22 | ~~7,798.63~~ |

## Activity Detail

### Deposits and Other Additions

### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/12 | 3,729.38 | Deposit ~~Investments C.~~  | 049054080 |
| 10/18 | 3,646.86 | Deposit — Ray Blue 1346.84+ Dexter 2300.02 | 050190703 |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 09/29/2018 to 10/31/2018
Great Oak Capital Llc
Primary Account Number: 86-0755-7127

Business Basic Checking Account Number: 86-0755-7127 - continued
Page 2 of 2

## Checks and Other Deductions

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/03 | | Corporate ACH Payments | 00018275004437753 |
| | | Verizon Wireless 00208891540000 | |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/01 | $20.00 | Service Charge Period Ending 09/28/2018 | |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/22 | | Loan Payment | 53000614 |

## Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 11/01/2018 and will appear on your next statement as a single line item entitled Service Charge Period Ending 10/31/2018.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 9 | .00 | Included in Account |
| ACH Debits | 1 | .00 | |
| Deposited Item - Consolidated | 6 | .00 | |
| Deposit Tickets Processed | 2 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC                        Equal Housing Lender

# Business Basic Checking

PNC Bank

**◆ PNC BANK**

**For the Period 11/01/2018 to 11/30/2018**

Primary Account Number: 86-0755-7127
Page 1 of 2
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1419 LANES END
VILLANOVA PA 19085-2000

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
Visit us at PNC.com/smallbusiness
TDD terminal: 1-800-531-1648
For hearing impaired clients only

IMPORTANT ACCOUNT CHANGE FOR ALL BUSINESS ACCOUNTS
WITH TREASURY MANAGEMENT SERVICES

Effective JANUARY 1, 2019, charges for certain Treasury Management services will change. The impact of these
changes on your organization will depend on the mix of services you use at PNC and your transaction volume.
If applicable, the fees for some of the services may be reduced or offset by the Earning Credit for your
account.

Rather than listing all the detail for all services, we would be happy to review with you the changes that
are applicable to your account and to discuss other services and options that may address the evolving needs
of your company. If you are interested, please contact Treasury Management Client Care (TMCC) at
1-800-669-1518.

## Business Basic Checking Summary

Great Oak Capital Llc

Account number: 86-0755-7127

Overdraft Protection Provided By:   XXXXXXXXXXXX0174

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ~~————~~ | 11,210.74 | ~~————~~ | ~~————~~ |

| Average ledger balance | Average collected balance |
|---|---|
| ~~————~~ | ~~————~~ |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 3 | 11,210.74 |
| Total | 3 | 11,210.74 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 2 | ~~————~~ |
| Debit Card Purchases | 1 | ~~————~~ |
| ACH Deductions | 2 | ~~————~~ |
| Other Deductions | 1 | ~~————~~ |
| Total | 6 | ~~————~~ |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 11/01/2018 to 11/30/2018**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 2

Business Basic Checking Account Number: 86-0755-7127 - continued

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|------|---------------|------|---------------|------|---------------|
| 11/01 | ~~———~~ | 11/15 | ~~———~~ | 11/26 | ~~———~~ |
| 11/06 | ~~———~~ | 11/16 | ~~———~~ | 11/27 | ~~———~~ |
| 11/13 | ~~———~~ | 11/20 | ~~———~~ | 11/28 | ~~———~~ |

## Activity Detail

### Deposits and Other Additions

**Deposits**

| Date posted | Amount | Transaction description | Reference number |
|------|--------|------------------------|------------------|
| 11/16 | 2,300.02 | Deposit — Dexter St | 049251646 |
| 11/26 | 1,710.26 | Deposit — Ray, Blue 1 346.85 + Managmnt 363.41 | 051131659 |
| 11/28 | 7,200.46 | Deposit — Investment | 046506128 |

## Checks and Other Deductions

**Checks and Substitute Checks**          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|------|------|------|------|------|------|------|------|
| 11/15 | 3301 * | ~~———~~ | 084134556 | 11/27 | 3552 * | ~~———~~ | 086626836 |

### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|------|------|------------------------|------------------|
| 11/06 | 33.85 | 0461 Debit Card Purchase Yahoo Small Business ~~———~~ | 27323940017850461310 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|------|------|------------------------|------------------|
| 11/01 | 758.57 | Corporate ACH Payments ~~Verizon Wireless~~ | 00018304002652324 |
| 11/13 | 1,250.00 | ACH Web Single ~~———~~ Paypal Mntststore ~~———~~ | 00018317007859568 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|------|------|------------------------|------------------|
| 11/20 | 1,179.89 | Loan Payment ~~———~~ | 53000294 |

## Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 12/03/2018 and will appear on your next statement as a single line item entitled Service Charge Period Ending 11/30/2018.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|------|------|------|------|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 14 | .00 | Included in Account |
| ACH Debits | 2 | .00 | |
| Checks Paid | 2 | .00 | |
| Deposited Item - Consolidated | 7 | .00 | |
| Deposit Tickets Processed | 3 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC                    ⌂ Equal Housing Lender

# Business Basic Checking

PNC Bank

 **PNC BANK**

**For the Period 12/01/2018 to 12/31/2018**

GREAT OAK CAPITAL LLC
1419 LANES END
VILLANOVA PA 19085-2000

Primary Account Number: 86-0755-7127
Page 1 of 2
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

✉ Write to: Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/smallbusiness
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## IMPORTANT ACCOUNT CHANGE FOR ALL BUSINESS ACCOUNTS WITH TREASURY MANAGEMENT SERVICES

Effective JANUARY 1, 2019, charges for certain Treasury Management services will change. The impact of these changes on your organization will depend on the mix of services you use at PNC and your transaction volume. If applicable, the fees for some of the services may be reduced or offset by the Earning Credit for your account.

Rather than listing all the detail for all services, we would be happy to review with you the changes that are applicable to your account and to discuss other services and options that may address the evolving needs of your company. If you are interested, please contact Treasury Management Client Care (TMCC) at 1-800-669-1518.

## Business Basic Checking Summary

Account number:  86-0755-7127

Great Oak Capital Llc

Overdraft Protection Provided By:  XXXXXXXXXXXX0174

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ~~████████~~ | 2,300.00 | ~~████████~~ | ~~████████~~ |

| Average ledger balance | Average collected balance |
|---|---|
| ~~████████~~ | ~~████████~~ |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 2,300.00 |
| Total | 1 | 2,300.00 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Debit Card Purchases | 1 | ~~████~~ |
| ACH Deductions | 2 | ~~████~~ |
| Other Deductions | 1 | ~~████~~ |
| Total | 4 | ~~████~~ |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 12/01 | ~~████~~.03 | 12/03 | ~~████~~ | •12/19 | ~~████~~ |

Daily Balance continued on next page

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Basic Checking Account Number: 86-0755-7127 - continued

For the Period 12/01/2018 to 12/31/2018
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 2

## Daily Balance   - continued

| Date | Ledger balance | Date | Ledger balance |
|------|---------------|------|----------------|
| 12/20 | ~~1,681.16~~ | 12/26 | ~~1,672.84~~ |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|------|--------|------------------------|------------------|
| 12/20 | 2,300.00 | Deposit — Dexter St | 049272494 |

### Checks and Other Deductions

#### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|------|--------|------------------------|------------------|
| 12/26 | ~~8.32~~ | ~~8461 Debit Card Purchase Yahoo Small Business 866-8008992 Ca~~ | 7557994017850461359 |

#### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|------|--------|------------------------|------------------|
| 12/03 | ~~591.57~~ | ~~Corporate ACH Payments Verizon Wireless 99205891540000x~~ | 00018334006450433 |
| 12/19 | ~~5,083.99~~ | ~~Corporate ACH 4190081657 Philadelphiapd 587741428~~ | 00018352006842398 |

#### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|------|--------|------------------------|------------------|
| 12/20 | ~~451.82~~ | ~~Payment 00000 118394814380017x~~ | 53000294 |

### Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 01/02/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 12/31/2018.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|-------------|--------|--------|-----|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | | .00 | Included in Account |
| ACH Debits | 7 | .00 | |
| Deposited Item - Consolidated | 2 | .00 | |
| Deposit Tickets Processed | 4 | .00 | |
| Total For Services Used This Period | 1 | .00 | |
| Total Service Charge | | .00 | |

Member FDIC        🏠 Equal Housing Lender

*Great Oak 6*

## Business Basic Checking

PNC Bank

**PNC BANK**

For the Period 01/01/2019 to 01/31/2019

Primary Account Number: 86-0755-7127
Page 1 of 2
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1419 LANES END
VILLANOVA PA 19085-2000

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA  15230-9738

Visit us at PNC.com/smallbusiness

TDD terminal: 1-800-531-1648
For hearing impaired clients only

### Watch Out for Text Scams

Be careful of unexpected text messages that may appear to come from PNC, asking you to follow links or provide personal information. PNC will never ask you to click a link in a text message to provide personal or account information. If you think you may have responded to a fraudulent text, immediately change your PNC passwords, then contact us at 1-800-762-2035.

### Business Basic Checking Summary

Great Oak Capital Llc

Account number:  86-0755-7127

Overdraft Protection Provided By:  XXXXXXXXXXXX0174

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ~~~~ | 3,646.85 | ~~~~ | ~~~~ |

| | | Average ledger balance | Average collected balance |
|---|---|---|---|
| | | ~~~~ | ~~~~ |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 3,646.85 |
| Total | 2 | 3,646.85 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 1 | ~~~~ |
| ACH Deductions | 2 | ~~~~ |
| Other Deductions | 1 | ~~~~ |
| Total | 4 | ~~~~ |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 01/01 | ~~~~ | 01/04 | ~~~~ | 01/22 | ~~~~ |
| 01/03 | ~~~~ | 01/15 | ~~~~ | 01/31 | ~~~~ |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/04 | 1,346.85 | Deposit — *Ray Blue* | 052555350 |
| 01/15 | 2,300.00 | Deposit — *Dexter St* | 054691263 |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 01/01/2019 to 01/31/2019
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 2

Business Basic Checking Account Number: 86-0755-7127 - continued

## Checks and Other Deductions

### Checks and Substitute Checks

| Date posted | Check number | Amount | Reference number |
|---|---|---|---|
| 01/04 | 3553 * | | 086846914 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/03 | | Corporate ACH Payment Verizon Wireless 0820589154000T | 00019002005189528 |
| 01/31 | 233.44 | Corporate ACH Payment Verizon Wireless 0520589154000T | 00019030003510976 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/22 | | Loan Payment 00000 11030481703901B4 | 53000752 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 02/01/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 01/31/2019.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 9 | .00 | Included in Account |
| ACH Debits | 2 | .00 | |
| Checks Paid | 1 | .00 | |
| Deposited Item - Consolidated | 4 | .00 | |
| Deposit Tickets Processed | 2 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC                    Equal Housing Lender

# Business Basic Checking

PNC Bank

 **PNC BANK**

**For the Period 02/01/2019 to 02/28/2019**

Primary Account Number: 86-0755-7127
Page 1 of 4
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1419 LANES END
VILLANOVA PA 19085-2000

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
Visit us at PNC.com/smallbusiness

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

IMPORTANT INFORMATION FOR BUSINESS BASIC CHECKING CUSTOMERS

On June 19, 2019 or June 20, 2019 your Business Basic Checking account will transfer to a Business Checking account. You will receive additional information related to your new Business Checking account prior to the transfer of your account.

Below are some of the service charges/features of your new account:

A $10.00 Monthly Account Maintenance Fee will be assessed if you do not meet one of the following requirements:
>Maintain $500 average monthly collected balance in this account
>Use a linked PNC business credit card to make a minimum of $500 in eligible purchases in the billing cycle ending immediately before the date the Monthly Account Maintenance Fee is to be assessed to the checking account
>Maintain a linked PNC Merchant Services account and generate a minimum of $500 in qualifying monthly processing deposits. The business checking account receiving the PNC Merchant Services processing deposits is the only account eligible to avoid the Monthly Account Maintenance Fee.

Monthly Transactions at no charge.................................................................150
Based on the aggregate volume of deposits, deposited items, paid items and ACH credits and debits received
>Fee for each additional transaction over 150 is $0.50

Monthly Cash Deposit volume at no charge...................................................$5,000
For cash deposited over-the-counter, in the night depository or via Quick Deposit
>Fee for additional cash deposited over $5,000 is $0.25 per $100.

The current Origination/Annual Fee discount or waiver on an eligible business line(s) of credit will not continue and will not be available going forward.

If you currently have bonus rates on select multi-term CDs, the bonus rate will not continue on renewal and will not be available going forward.

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 02/01/2019 to 02/28/2019**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 4

Business Basic Checking Account Number: 86-0755-7127 - continued

ATM Transaction Fees
ATM transaction fees are assessed per withdrawal, deposit, transfer or balance inquiry. Please note that not all ATMs accept deposits.

ATM Transaction Fee at PNC Bank ATMs..................................................................No charge
ATM Transaction Fee at non-PNC Bank ATMs:
In the United States, Canada, Puerto Rico and the U.S. Virgin Islands ....................$3.00 each
In all other countries
...................................................................................................$5.00 each
Number of reimbursements for non-PNC ATM Fees.....................................................2 per statement period
The fee for the first two domestic or international non-PNC Bank ATM transactions made on your account during the statement period will be reimbursed at the end of the statement period. Fees in excess of two per statement period will not be reimbursed.
Other Financial Institutions' ATM Surcharge Fees.......................................................Not reimbursed

If you are currently receiving a discount or waiver on your service charge(s) or fee(s) as part of the PNC Advantage Program or otherwise, it will not continue and will not be available going forward.

As of your June billing statement, your account service charge will be applied to the account that accumulated the charges. The account service charge will no longer be charged to a related account.

If you have questions or would like more information, please visit pnc.com/busdepositupdates, call us at 1-877-BUS-BNKG (1-877-287-2654) or stop by your local PNC branch office.

IMPORTANT ACCOUNT INFORMATION

The information below amends certain information in your "Business Checking Accounts and Related Charges" ("Schedule"). All other information in our Schedule continues to apply to your account. Please read this information and retain it with your records.

Effective March 17, 2019:  If you have Overdraft Protection on your checking account, PNC will no longer charge the Overdraft Protection Transfer Fee for the transfer of funds from a Protecting Account to cover an overdraft. Also, we will no longer charge the Overdraft Protection Set-Up Fee.

If your checking account is overdrawn, it will still be subject to any and all other applicable fees associated with overdrafts (e.g., Overdraft Fee, Returned Item Fee, Continuous Overdraft Fee), and you will be required to pay the amount of the overdrawn balance.

Your credit card may be subject to a Cash Advance Fee if used as the Protecting Account.

Watch Out for Text Scams
Be careful of unexpected text messages that may appear to come from PNC, asking you to follow links or provide personal information. PNC will never ask you to click a link in a text message to provide personal or account information. If you think you may have responded to a fraudulent text, immediately change your PNC

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Basic Checking Account Number: 86-0755-7127 - continued

For the Period 02/01/2019 to 02/28/2019
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 3 of 4

passwords, then contact us at 1-800-762-2035.

## IMPORTANT INFORMATION ABOUT LINKED ACCOUNTS

When you link accounts with other accounts, any account owner on any linked accounts may have access to limited information about any of the linked accounts. This is true even if they are not a signer on the linked account; also, any signer added later to one of the linked accounts will be able to see the limited information. The limited information that may be available includes the existence of the account and information to determine if the criteria for fee waiver benefits has been met, such as: the balance of the account, the total dollar amount of PNC Merchant Services deposits processed per monthly statement cycle and the total dollar amount of eligible monthly PNC business credit card(s) purchases.

## Business Basic Checking Summary

Account number: 86-0755-7127                Great Oak Capital Llc

Overdraft Protection Provided By:  XXXXXXXXXXXX0174

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ▓▓▓▓▓ | 3,646.85 | ▓▓▓▓▓ | ▓▓▓▓▓ |

| Average ledger balance | Average collected balance |
|---|---|
| ▓▓▓▓▓ | ▓▓▓▓▓ |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 3,646.85 |
| Total | 2 | 3,646.85 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 1 | ▓▓▓▓▓ |
| Debit Card Purchases | 1 | ▓▓▓▓▓ |
| Other Deductions | 1 | ▓▓▓▓▓ |
| Total | 3 | ▓▓▓▓▓ |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 02/01 | ▓▓▓▓▓ | 02/14 | ▓▓▓▓▓ | 02/20 | ▓▓▓▓▓ |
| 02/07 | ▓▓▓▓▓ | 02/19 | ▓▓▓▓▓ | 02/25 | ▓▓▓▓▓ |

## Activity Detail

## Deposits and Other Additions

### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/19 | 2,300.00 | Deposit ~ Dexter St | 046020501 |
| 02/25 | 1,346.85 | Deposit ~ Ray Blue | 049575486 |

## Checks and Other Deductions

### Checks and Substitute Checks

| Date posted | Check number | Amount | Reference number |
|---|---|---|---|
| 02/14 | 3554 * | ▓▓▓▓▓ | 083252290 |

### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|

Debit Card Purchases continued on next page

# Business Basic Checking

🖥 For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Basic Checking Account Number: 86-0755-7127 - continued

**For the Period 02/01/2019 to 02/28/2019**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 4 of 4

## Debit Card Purchases    *- continued*

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/07 | ▓▓▓ | ░░░ Debit Card Purchase Yahoo Small Business ░░░░░░░░░░░ | 07393940017850461038 |

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/20 | ▓▓▓ | Loan Payment ░░░░░ ░░░░░░░░░░░ | 53000291 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 03/01/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 02/28/2019.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 7 | .00 | Included in Account |
|    Checks Paid | 1 | .00 | |
|    Deposited Item – Consolidated | 4 | .00 | |
|    Deposit Tickets Processed | 2 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC    🏠 Equal Housing Lender

# Business Basic Checking

PNC Bank

For the Period 03/01/2019 to 03/29/2019

**PNC BANK**

Primary Account Number: 86-0755-7127

Page 1 of 4

Number of enclosures: 0

GREAT OAK CAPITAL LLC
1419 LANES END
VILLANOVA PA 19085-2000

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/smallbusiness

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## IMPORTANT INFORMATION FOR BUSINESS BASIC CHECKING CUSTOMERS

On June 19, 2019 or June 20, 2019 your Business Basic Checking account will transfer to a Business Checking account.  You will receive additional information related to your new Business Checking account prior to the transfer of your account.

Below are some of the service charges/features of your new account:

A $10.00 Monthly Account Maintenance Fee will be assessed if you do not meet one of the following requirements:

>Maintain $500 average monthly collected balance in this account

>Use a linked PNC business credit card to make a minimum of $500 in eligible purchases in the billing cycle ending immediately before the date the Monthly Account Maintenance Fee is to be assessed to the checking account

>Maintain a linked PNC Merchant Services account and generate a minimum of $500 in qualifying monthly processing deposits. The business checking account receiving the PNC Merchant Services processing deposits is the only account eligible to avoid the Monthly Account Maintenance Fee.

Monthly Transactions at no charge...150

Based on the aggregate volume of deposits, deposited items, paid items and ACH credits and debits received

>Fee for each additional transaction over 150 is $0.50

Monthly Cash Deposit volume at no charge...$5,000

For cash deposited over-the-counter, in the night depository or via Quick Deposit

>Fee for additional cash deposited over $5,000 is $0.25 per $100.

The current Origination/Annual Fee discount or waiver on an eligible business line(s) of credit will not continue and will not be available going forward.

If you currently have bonus rates on select multi-term CDs, the bonus rate will not continue on renewal and will not be available going forward.

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 03/01/2019 to 03/29/2019**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127

Business Basic Checking Account Number: 86-0755-7127 - continued
Page 2 of 4

---

ATM Transaction Fees
ATM transaction fees are assessed per withdrawal, deposit, transfer or balance inquiry. Please note that not
all ATMs accept deposits.

ATM Transaction Fee at PNC Bank ATMs...No charge
ATM Transaction Fee at non-PNC Bank ATMs:
In the United States, Canada, Puerto Rico and the U.S. Virgin Islands...$3.00 each
In all other countries...$5.00 each
Number of reimbursements for non-PNC ATM Fees...2 per statement period
The fee for the first two domestic or international non-PNC Bank ATM transactions made on your account
during the statement period will be reimbursed at the end of the statement period. Fees in excess of two
per statement period will not be reimbursed.
Other Financial Institutions' ATM Surcharge Fees...Not reimbursed

If you are currently receiving a discount or waiver on your service charge(s) or fee(s) as part of the PNC
Advantage Program or otherwise, it will not continue and will not be available going forward.

As of your June billing statement, your account service charge will be applied to the account that
accumulated the charges. The account service charge will no longer be charged to a related account.

If you have questions or would like more information, please visit pnc.com/busdepositupdates, call us at
1-877-BUS-BNKG (1-877-287-2654) or stop by your local PNC branch office.

IMPORTANT ACCOUNT INFORMATION

The information below amends certain information in your "Business Checking Accounts and Related Charges"
("Schedule"). All other information in our Schedule continues to apply to your account. Please read this
information and retain it with your records.

Effective March 17, 2019:  If you have Overdraft Protection on your checking account, PNC will no longer
charge the Overdraft Protection Transfer Fee for the transfer of funds from a Protecting Account to cover an
overdraft. Also, we will no longer charge the Overdraft Protection Set-Up Fee.

If your checking account is overdrawn, it will still be subject to any and all other applicable fees
associated with overdrafts (e.g., Overdraft Fee, Returned Item Fee, Continuous Overdraft Fee), and you will
be required to pay the amount of the overdrawn balance.

Your credit card may be subject to a Cash Advance Fee if used as the Protecting Account.

Watch Out for Text Scams
Be careful of unexpected text messages that may appear to come from PNC, asking you to follow links or
provide personal information. PNC will never ask you to click a link in a text message to provide personal or
account information. If you think you may have responded to a fraudulent text, immediately change your PNC
passwords, then contact us at 1-800-762-2035.

IMPORTANT INFORMATION ABOUT LINKED ACCOUNTS

When you link accounts with other accounts, any account owner on any linked accounts may have access to

# Business Basic Checking

💻 For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Basic Checking Account Number: 86-0755-7127 - continued

**For the Period 03/01/2019 to 03/29/2019**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 3 of 4

limited information about any of the linked accounts. This is true even if they are not a signer on the linked account; also, any signer added later to one of the linked accounts will be able to see the limited information. The limited information that may be available includes the existence of the account and information to determine if the criteria for fee waiver benefits has been met, such as: the balance of the account, the total dollar amount of PNC Merchant Services deposits processed per monthly statement cycle and the total dollar amount of eligible monthly PNC business credit card(s) purchases.

IMPORTANT INFORMATION REGARDING BUSINESS CERTIFICATES OF DEPOSIT

Effective May 1, 2019: We will no longer provide bonus rates on select business Certificates of Deposit (CDs) that are linked to eligible PNC checking accounts. Any current bonus rates you are receiving on an existing CD will continue until your CD matures, at which point your rate will convert to the standard applicable rate.

## Business Basic Checking Summary

Great Oak Capital Llc

Account number: 86-0755-7127

Overdraft Protection Provided By:   XXXXXXXXXXXX0174

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ███████ | 2,390.00 | ███████ | ███████ |

| | Average ledger balance | Average collected balance |
|---|---|---|
| | ███████ | ███████ |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 2,300.00 |
| ACH Additions | 1 | ██████ |
| Total | 2 | 2,390.00 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 1 | ███████ |
| Debit Card Purchases | 1 | ███████ |
| ATM/Misc. Debit Card Transactions | 1 | ███████ |
| ACH Deductions | 2 | |
| Other Deductions | 1 | ███████ |
| Total | 6 | ███████ |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 03/01 | ██████ | 03/07 | ██████ | 03/20 | ██████ |
| 03/04 | ██████ | 03/18 | ██████ | 03/21 | ██████ |
| 03/05 | ██████ | 03/19 | ██████ | 03/25 | ██████ |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/21 | 2,300.00 | Deposit ~ Dexter St | 049421461 |

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/19 | ██████ | ACH Credit Transfer Paypal ███████ | 00019077012579737 |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 03/01/2019 to 03/29/2019**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 4 of 4

Business Basic Checking Account Number: 86-0755-7127 - continued

## Checks and Other Deductions

### Checks and Substitute Checks

| Date posted | Check number | Amount | Reference number |
|---|---|---|---|
| 03/07 | 3555 * | ~~—~~ | 084036336 |

### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/04 | ~~—~~ | ~~0401 Debit Card Purchase Squarespace Inc~~ ~~Www.square.com NY~~ | 0642094001785046106 2 |

### ATM/Misc. Debit Card Transactions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/25 | ~~—~~ | ~~0331 Recurring Debit Card Intuit Small Business~~ ~~866-3000992 CA~~ | 3729894001785046108 4 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/05 | ~~—~~ | ~~Corporate ACH Payments~~ ~~Verizon Wireless 0030080010500001~~ | 00019063011932988 |
| 03/18 | ~~—~~ | ~~American Single Inst XET Payment Shawlee~~ | 00019077008862854 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/20 | ~~—~~ | ~~Loan Payment 00000 4110504311039947 in~~ | 53000282 |

### Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 04/01/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 03/29/2019.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 8 | .00 | Included in Account |
| ACH Credits | 1 | .00 | |
| ACH Debits | 2 | .00 | |
| Checks Paid | 1 | .00 | |
| Deposited Item - Consolidated | 3 | .00 | |
| Deposit Tickets Processed | 1 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC        Equal Housing Lender

# Business Basic Checking

PNC Bank

 **PNC BANK**

**For the Period 03/30/2019 to 04/30/2019**

Primary Account Number: 86-0755-7127
Page 1 of 4
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1419 LANES END
VILLANOVA PA 19085-2000

☎ For 24-hour banking sign on to
🖥 PNC Bank Online Banking on pnc.com
　FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

✉ Write to: Customer Service
　PO Box 609
　Pittsburgh, PA  15230-9738
🖥 Visit us at PNC.com/smallbusiness
☎ TDD terminal: 1-800-531-1648
　For hearing impaired clients only

---

IMPORTANT INFORMATION FOR BUSINESS BASIC CHECKING CUSTOMERS

On June 19, 2019 or June 20, 2019 your Business Basic Checking account will transfer to a Business Checking account. You will receive additional information related to your new Business Checking account prior to the transfer of your account.

Below are some of the service charges/features of your new account:

A $10.00 Monthly Account Maintenance Fee will be assessed if you do not meet one of the following requirements:
>Maintain $500 average monthly collected balance in this account
>Use a linked PNC business credit card to make a minimum of $500 in eligible purchases in the billing cycle ending immediately before the date the Monthly Account Maintenance Fee is to be assessed to the checking account
>Maintain a linked PNC Merchant Services account and generate a minimum of $500 in qualifying monthly processing deposits. The business checking account receiving the PNC Merchant Services processing deposits is the only account eligible to avoid the Monthly Account Maintenance Fee.

Monthly Transactions at no charge...150
Based on the aggregate volume of deposits, deposited items, paid items and ACH credits and debits received
>Fee for each additional transaction over 150 is $0.50

Monthly Cash Deposit volume at no charge...$5,000
For cash deposited over-the-counter, in the night depository or via Quick Deposit
>Fee for additional cash deposited over $5,000 is $0.25 per $100.

The current Origination/Annual Fee discount or waiver on an eligible business line(s) of credit will not continue and will not be available going forward.

If you currently have bonus rates on select multi-term CDs, the bonus rate will not continue on renewal and will not be available going forward.

# Business Basic Checking

🖥 For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Basic Checking Account Number: 86-0755-7127 - continued

**For the Period 03/30/2019 to 04/30/2019**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 4

ATM Transaction Fees
ATM transaction fees are assessed per withdrawal, deposit, transfer or balance inquiry. Please note that not
all ATMs accept deposits.

ATM Transaction Fee at PNC Bank ATMs...No charge
ATM Transaction Fee at non-PNC Bank ATMs:
In the United States, Canada, Puerto Rico and the U.S. Virgin Islands...$3.00 each
In all other countries...$5.00 each
Number of reimbursements for non-PNC ATM Fees...2 per statement period
The fee for the first two domestic or international non-PNC Bank ATM transactions made on your account
during the statement period will be reimbursed at the end of the statement period. Fees in excess of two
per statement period will not be reimbursed.
Other Financial Institutions' ATM Surcharge Fees...Not reimbursed

If you are currently receiving a discount or waiver on your service charge(s) or fee(s) as part of the PNC
Advantage Program or otherwise, it will not continue and will not be available going forward.

As of your June billing statement, your account service charge will be applied to the account that
accumulated the charges. The account service charge will no longer be charged to a related account.

If you have questions or would like more information, please visit pnc.com/busdepositupdates, call us at
1-877-BUS-BNKG (1-877-287-2654) or stop by your local PNC branch office.

IMPORTANT INFORMATION ABOUT LINKED ACCOUNTS

When you link accounts with other accounts, any account owner on any linked accounts may have access to
limited information about any of the linked accounts. This is true even if they are not a signer on the
linked account; also, any signer added later to one of the linked accounts will be able to see the limited
information. The limited information that may be available includes the existence of the account and
information to determine if the criteria for fee waiver benefits has been met, such as: the balance of the
account, the total dollar amount of PNC Merchant Services deposits processed per monthly statement cycle and
the total dollar amount of eligible monthly PNC business credit card(s) purchases.

Be Alert for Fraudulent Communications

Emails, phone calls and text messages may seem like official PNC communications, but be careful: the message
could be an attempted scam or fraud designed to look like an official PNC communication. Tell-tale features,
hinting that the communication may be fake, are misspellings, grammatical errors, a sense of urgency, threats
with consequences, and requests for sensitive information. One way to possibly spot a fraudulent email is to
hover the cursor over the sender's email address, which should bring up a "mouseover" box containing the
sender's actual email address. To report an email or text scam, forward the email or take a picture of the
text and send it to abuse@pnc.com. To report a phone scam, please call us at 1-800-762-2035, select 1 for a
personal account or 2 for a business account, then select option 3. If you disclosed personal information,
immediately change your PNC Online Banking password and call us at 1-800-762-2035.

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 03/30/2019 to 04/30/2019**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 3 of 4

Business Basic Checking Account Number: 86-0755-7127 - continued

## Business Basic Checking Summary

Account number:  86-0755-7127

Great Oak Capital Llc

Overdraft Protection Provided By:  XXXXXXXXXXXX0174

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ~~~~~~ | 2,281.13 | ~~~~~~ | ~~~~~~ |

| | | Average ledger balance | Average collected balance |
|---|---|---|---|
| | | ~~~~~~ | ~~~~~~ |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 2,281.13 |
| Total | 1 | 2,281.13 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 1 | ~~~~~~ |
| ACH Deductions | 1 | ~~~~~~ |
| Other Deductions | 1 | ~~~~~~ |
| Total | 3 | ~~~~~~ |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 03/30 | ~~~~~~ | 04/10 | ~~~~~~ | 04/22 | ~~~~~~ |
| 04/02 | ~~~~~~ | 04/18 | ~~~~~~ | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/18 | 2,281.13 | Deposit — Dexter St | 047959826 |

### Checks and Other Deductions

#### Checks and Substitute Checks

| Date posted | Check number | Amount | Reference number |
|---|---|---|---|
| 04/10 | 3556 * | ~~~~~~ | 085276038 |

#### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/02 | ~~~~~~ | Corporate ACH Payment Verizon Wireless ~~~~~~ | 0001909101194942 |

#### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/22 | ~~~~~~ | Loan Payment ~~~~~~ | 53000630 |

# Business Basic Checking

💻 For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Basic Checking Account Number: 86-0755-7127 - continued

**For the Period 03/30/2019 to 04/30/2019**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 4 of 4

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 05/01/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 04/30/2019.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 6 | .00 | Included in Account |
| ACH Debits | 1 | .00 | |
| Checks Paid | 1 | .00 | |
| Deposited Item - Consolidated | 3 | .00 | |
| Deposit Tickets Processed | 1 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Equal Housing Lender

Member FDIC

# Business Basic Checking
PNC Bank

 **PNC BANK**

**For the Period 05/01/2019 to 05/31/2019**

Primary Account Number: 86-0755-7127
Page 1 of 4
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1419 LANES END
VILLANOVA PA 19085-2000

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
Visit us at PNC.com/smallbusiness

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## IMPORTANT INFORMATION FOR BUSINESS BASIC CHECKING CUSTOMERS

On June 19, 2019 or June 20, 2019 your Business Basic Checking account will transfer to a Business Checking account. You will receive additional information related to your new Business Checking account prior to the transfer of your account.

Below are some of the service charges/features of your new account:

A $10.00 Monthly Account Maintenance Fee will be assessed if you do not meet one of the following requirements:
>Maintain $500 average monthly collected balance in this account
>Use a linked PNC business credit card to make a minimum of $500 in eligible purchases in the billing cycle ending immediately before the date the Monthly Account Maintenance Fee is to be assessed to the checking account
>Maintain a linked PNC Merchant Services account and generate a minimum of $500 in qualifying monthly processing deposits. The business checking account receiving the PNC Merchant Services processing deposits is the only account eligible to avoid the Monthly Account Maintenance Fee.

Monthly Transactions at no charge...150
Based on the aggregate volume of deposits, deposited items, paid items and ACH credits and debits received
>Fee for each additional transaction over 150 is $0.50

Monthly Cash Deposit volume at no charge...$5,000
For cash deposited over-the-counter, in the night depository or via Quick Deposit
>Fee for additional cash deposited over $5,000 is $0.25 per $100.

The current Origination/Annual Fee discount or waiver on an eligible business line(s) of credit will not continue and will not be available going forward.

If you currently have bonus rates on select multi-term CDs, the bonus rate will not continue on renewal and will not be available going forward.

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Basic Checking Account Number: 86-0755-7127 - continued

**For the Period 05/01/2019 to 05/31/2019**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 4

ATM Transaction Fees
ATM transaction fees are assessed per withdrawal, deposit, transfer or balance inquiry. Please note that not all ATMs accept deposits.

ATM Transaction Fee at PNC Bank ATMs...No charge
ATM Transaction Fee at non-PNC Bank ATMs:
In the United States, Canada, Puerto Rico and the U.S. Virgin Islands...$3.00 each
In all other countries...$5.00 each
Number of reimbursements for non-PNC ATM Fees...2 per statement period
The fee for the first two domestic or international non-PNC Bank ATM transactions made on your account during the statement period will be reimbursed at the end of the statement period. Fees in excess of two per statement period will not be reimbursed.
Other Financial Institutions' ATM Surcharge Fees...Not reimbursed

If you are currently receiving a discount or waiver on your service charge(s) or fee(s) as part of the PNC Advantage Program or otherwise, it will not continue and will not be available going forward.

As of your June billing statement, your account service charge will be applied to the account that accumulated the charges. The account service charge will no longer be charged to a related account.

If you have questions or would like more information, please visit pnc.com/busdepositupdates, call us at 1-877-BUS-BNKG (1-877-287-2654) or stop by your local PNC branch office.

IMPORTANT INFORMATION ABOUT LINKED ACCOUNTS

When you link accounts with other accounts, any account owner on any linked accounts may have access to limited information about any of the linked accounts. This is true even if they are not a signer on the linked account; also, any signer added later to one of the linked accounts will be able to see the limited information. The limited information that may be available includes the existence of the account and information to determine if the criteria for fee waiver benefits has been met, such as: the balance of the account, the total dollar amount of PNC Merchant Services deposits processed per monthly statement cycle and the total dollar amount of eligible monthly PNC business credit card(s) purchases.

Be Alert for Fraudulent Communications

Emails, phone calls and text messages may seem like official PNC communications, but be careful: the message could be an attempted scam or fraud designed to look like an official PNC communication. Tell-tale features, hinting that the communication may be fake, are misspellings, grammatical errors, a sense of urgency, threats with consequences, and requests for sensitive information.  One way to possibly spot a fraudulent email is to hover the cursor over the sender's email address, which should bring up a "mouseover" box containing the sender's actual email address.  To report an email or text scam, forward the email or take a picture of the text and send it to abuse@pnc.com.  To report a phone scam, please call us at 1-800-762-2035, select 1 for a personal account or 2 for a business account, then select option 3.  If you disclosed personal information, immediately change your PNC Online Banking password and call us at 1-800-762-2035.

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 05/01/2019 to 05/31/2019**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 3 of 4

Business Basic Checking Account Number: 86-0755-7127 - continued

## Business Basic Checking Summary

Account number:  86-0755-7127                                 Great Oak Capital Llc

Overdraft Protection Provided By:  XXXXXXXXXXXX0174

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | ~~00000~~ | 2,300.01 | ~~0000~~ | ~~0000~~ |

| | Average ledger balance | Average collected balance |
|---|---|---|
| | 4~~0000~~ | ~~0000~~ |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 2,300.01 |
| Total | 1 | 2,300.01 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 2 | ~~0000~~ |
| Debit Card Purchases | 2 | ~~0000~~ |
| ACH Deductions | 3 | ~~0000~~ |
| Other Deductions | 1 | ~~0000~~ |
| Total | 8 | ~~0000~~ |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 05/01 | ~~0000~~ | 05/08 | ~~0000~~ | 05/20 | ~~0000~~ |
| 05/06 | ~~0000~~ | 05/14 | ~~0000~~ | 05/31 | ~~0000~~ |
| 05/07 | ~~0000~~ | 05/15 | ~~0000~~ | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/06 | 2,300.01 | Deposit _ Dexter St | 047100901 |

## Checks and Other Deductions

### Checks and Substitute Checks

* Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|
| 05/08 | 3563 * | ~~0000~~ | 083459909 | 05/15 | 3564 | ~~0000~~ | 083687792 |

### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/06 | ~~05.35~~ | 0401 Debit Card Purchase ~~0000~~ | 22437940017850461126 |
| 05/07 | ~~0000~~ | 7343 Debit Card Purchase ~~0000~~ | 20019940065777343127 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/01 | ~~0000~~ | Corporate ACH Payments Verizon Wireless 0620658915400001 | 00019120008694466 |
| 05/14 | ~~0000~~ | Web Single Ins Xfer Paypal ~~0000~~ | 00019133008130759 |
| 05/31 | ~~0000~~ | Corporate ACH Payments Verizon Wireless 0620658915400001 | 00019150007281616 |

# Business Basic Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 05/01/2019 to 05/31/2019**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 4 of 4

Business Basic Checking Account Number: 86-0755-7127 - continued

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/20 | ~~.96~~ | ~~Loan Payment    02000 - 1100012111099 007~~ | 53000630 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 06/03/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 05/31/2019.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 10 | .00 | Included in Account |
| ACH Debits | 3 | .00 | |
| Checks Paid | 2 | .00 | |
| Deposited Item - Consolidated | 4 | .00 | |
| Deposit Tickets Processed | 1 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC          🏠 Equal Housing Lender

# Business Checking

PNC Bank

 PNC BANK

**For the Period 06/01/2019 to 06/28/2019**

GREAT OAK CAPITAL LLC
1419 LANES END
VILLANOVA PA 19085-2000

Primary Account Number: 86-0755-7127
Page 1 of 2
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/smallbusiness

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

Be Alert for Fraudulent Communications

Emails, phone calls and text messages may seem like official PNC communications, but be careful: the message
could be an attempted scam or fraud designed to look like an official PNC communication. Tell-tale features,
hinting that the communication may be fake, are misspellings, grammatical errors, a sense of urgency, threats
with consequences, and requests for sensitive information.  One way to possibly spot a fraudulent email is to
hover the cursor over the sender's email address, which should bring up a "mouseover" box containing the
sender's actual email address.  To report an email or text scam, forward the email or take a picture of the
text and send it to abuse@pnc.com.  To report a phone scam, please call us at 1-800-762-2035, select 1 for a
personal account or 2 for a business account, then select option 3.  If you disclosed personal information,
immediately change your PNC Online Banking password and call us at 1-800-762-2035.

## Business Checking Summary

Great Oak Capital Llc

Account number:  86-0755-7127

Overdraft Protection Provided By:  XXXXXXXXXXX0174

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ~~████~~ | 1,596.98 | ~~████~~ | ~~████~~ |

| | Average ledger balance | Average collected balance |
|---|---|---|
| | ~~████~~ | ~~████~~ |

## Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Returned Item Fees (NSF) | ~~████~~ | ~~████~~ |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Other Additions | 2 | 1,596.98 |
| Total | 2 | 1,596.98 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 1 | ~~████~~ |
| Service Charges and Fees | 1 | ~~████~~ |
| Other Deductions | 2 | ~~████~~ |
| Total | 4 | ~~████~~ |

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 06/01/2019 to 06/28/2019**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127

Business Checking Account Number: 86-0755-7127 - continued
Page 2 of 2

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|------|----------------|------|----------------|------|----------------|
| 06/01 | ~~redacted~~ | 06/20 | ~~redacted~~ | 06/21 | ~~redacted~~ |
| 06/06 | ~~redacted~~ | | | | |

## Activity Detail

### Deposits and Other Additions

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 06/20 | ~~redacted~~ | Trnsfr To Business Checking | ~~redacted~~ |
| 06/21 | ~~redacted~~ | Reverse Loan Payment Effective 06-20-19 | 53000294 |

## Checks and Other Deductions

### Checks and Substitute Checks

| Date posted | Check number | Amount | Reference number |
|-------------|--------------|--------|------------------|
| 06/06 | 2528 * | ~~redacted~~ | 035069034 |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 06/21 | ~~redacted~~ | Returned Item Fee (nsf) | 53000294 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 06/20 | ~~redacted~~ | Trnsfr Fr Business Basic Checking | ~~redacted~~ |
| 06/20 | ~~redacted~~ | Loan Payment   00000 ~~redacted~~ | 53000294 |

### Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 07/01/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 06/28/2019.

| Description | Volume | Amount | |
|-------------|--------|--------|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 1 | .00 | Included in Account |
| Checks Paid | 1 | .00 | Included in Account |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC          Equal Housing Lender

# Business Checking
PNC Bank

**PNC BANK**

**For the Period 06/29/2019 to 07/31/2019**

Primary Account Number: 86-0755-7127
Page 1 of 3
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1419 LANES END
VILLANOVA PA 19085-2000

☎ For 24-hour banking sign on to
🖥 PNC Bank Online Banking on pnc.com
  FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

✉ Write to: Customer Service
  PO Box 609
  Pittsburgh, PA  15230-9738
🖥 Visit us at PNC.com/smallbusiness
📠 TDD terminal: 1-800-531-1648
  For hearing impaired clients only

**Watch Where You Click**
Be sure the emails, texts and phone calls you receive are from a trusted source and do not give out personal information, such as credit card numbers, Social Security numbers or other banking details, unless you have verified the sender. If you are unsure, contact PNC directly by typing www.pnc.com into your Internet browser or call PNC using a phone number provided on the www.pnc.com website. DO NOT use contact information contained in the suspect email or text. If you suspect you've received a fraudulent text message that appears to be from PNC, take a screen shot of the text message on your mobile phone and forward it to PNC Abuse (abuse@pnc.com).

## Business Checking Summary

Great Oak Capital Llc

Account number:  86-0755-7127

Overdraft Protection Provided By:  XXXXXXXXXXXX0174

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ~~██████~~ | 8,894.27 | ~~████████~~ | ~~█████~~ |

| Average ledger balance | Average collected balance |
|---|---|
| ~~█████~~ | ~~█████~~ |

### Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Item Fees (OD) | ~~█████~~ | ~~█████~~ |
| Total Continuous Overdraft Fees (COD) | | |
| Total Overdraft Fees | | ~~█████~~ |
| Total Returned Item Fees (NSF) | ~~█████~~ | ~~█████~~ |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 7,264.00 |
| Other Additions | 2 | 1,630.27 |
| Total | 4 | 8,894.27 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 4 | ~~█████~~ |
| ACH Deductions | 3 | ~~█████~~ |
| Service Charges and Fees | 7 | ~~█████~~ |
| Total | 14 | ~~█████~~ |

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 06/29/2019 to 07/31/2019**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 3

Business Checking Account Number: 86-0755-7127 - continued

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|------|----------------|------|----------------|------|----------------|
| 06/29 | | 07/09 | | 07/18 | |
| 07/03 | | 07/10 | | 07/22 | |
| 07/05 | | 07/11 | | 07/31 | |
| 07/08 | | | | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 07/10 | 2,264.00 | Deposit — Dexter St | 048019004 |
| 07/18 | 5,000.00 | Deposit — Investment | 048649659 |

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 07/09 | | Reverse Check 0000003565 Effective 07-08-19 | 084055807 |
| 07/09 | | Reverse Check 0000003567 Effective 07-08-19 | 084055806 |

## Checks and Other Deductions

### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|-------------|--------------|--------|------------------|-------------|--------------|--------|------------------|-------------|--------------|--------|------------------|
| 07/08 | 3565 * | | 084055807 | 07/08 | 3567 * | | 084055806 | 07/10 | 3567 * | | 085388435 |
| 07/10 | 3565 * | | 085388434 | | | | | | | | |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 07/03 | | Corporate ACH Payments Verizon Wireless | 00019183003715941 |
| 07/22 | | ACH Tel-Single from Bymt PNC Bank | 00019203013439944 |
| 07/31 | | Corporate ACH Payments Verizon Wireless | 00019211009484988 |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|-------------------------|------------------|
| 07/05 | | Overdraft Item Fee | 00019183003715941 |
| 07/08 | | Continuous OD Charge - 02 Days | I-GEN119070800006006 |
| 07/09 | | Returned Item Fee | 084055807 |
| 07/09 | | Returned Item Fee | 084055806 |
| 07/09 | | Continuous OD Charge - 01 Day | I-GEN119070900006765 |
| 07/10 | | Continuous OD Charge - 01 Day | I-GEN119071000008162 |
| 07/11 | | Overdraft Item Fee | 085388435 |

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 06/29/2019 to 07/31/2019**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 3 of 3

Business Checking Account Number: 86-0755-7127 - continued

## Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 08/01/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 07/31/2019.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 12 | .00 | Included in Account |
| ACH Debits | 3 | .00 | Included in Account |
| Checks Paid | 2 | .00 | Included in Account |
| Deposited Item - Consolidated | 5 | .00 | Included in Account |
| Deposit Tickets Processed | 2 | .00 | Included in Account |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC          Equal Housing Lender

# Business Checking

PNC Bank

 PNC BANK

**For the Period 08/01/2019 to 08/30/2019**

Primary Account Number: 86-0755-7127
Page 1 of 2
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1419 LANES END
VILLANOVA PA 19085-2000

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/smallbusiness

TDD terminal: 1-800-531-1648
For hearing impaired clients only

Watch Where You Click
Be sure the emails, texts and phone calls you receive are from a trusted source and do not give out personal information, such as credit card numbers, Social Security numbers or other banking details, unless you have verified the sender. If you are unsure, contact PNC directly by typing www.pnc.com into your Internet browser or call PNC using a phone number provided on the www.pnc.com website. DO NOT use contact information contained in the suspect email or text. If you suspect you've received a fraudulent text message that appears to be from PNC, take a screen shot of the text message on your mobile phone and forward it to PNC Abuse (abuse@pnc.com).

## Business Checking Summary

Great Oak Capital Llc

Account number:  86-0755-7127

Overdraft Protection Provided By:  XXXXXXXXXXXX0174

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ~~●●●●●●●●~~ | 4,489.54 | ~~●●●●●●●●~~ | ~~●●●●●●●●~~ |

| | | Average ledger balance | Average collected balance |
|---|---|---|---|
| | | ~~●●●●●●●●~~ | ~~●●●●●●●●~~ |

## Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Item Fees (OD) | .00 | ~~●●●●●●~~ |
| Total Continuous Overdraft Fees (COD) | .00 | ~~●●●●●●~~ |
| Total Overdraft Fees | .00 | ~~●●●●●●~~ |
| Total Returned Item Fees (NSF) | .00 | ~~●●●●●●~~ |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 4,489.54 |
| Total | 2 | 4,489.54 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Other Deductions | 2 | ~~●●●●●●~~ |
| Total | 2 | ~~●●●●●●~~ |

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Account Number: 86-0755-7127 - continued

**For the Period 08/01/2019 to 08/30/2019**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 2

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|------|---------------|------|---------------|------|---------------|
| 08/01 | | 08/09 | | 08/20 | |
| 08/02 | | 08/12 | | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|------------------------|------------------|
| 08/02 | 2,300.03 | Deposit *Dexter St* | 050469055 |
| 08/09 | 2,189.51 | Deposit - *Invsshn* | 047557343 |

## Checks and Other Deductions

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|------------------------|------------------|
| 08/12 | | | 0809047557344NSF/UN |
| 08/20 | | Loan Payment | 53000304 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 09/03/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 08/30/2019.

| Description | Volume | Amount | |
|-------------|--------|--------|--|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 10 | .00 | Included in Account |
| Deposited Item - Consolidated | 8 | .00 | Included in Account |
| Deposit Tickets Processed | 2 | .00 | Included in Account |
| Return Of Deposited Item Charge | 1 | 15.00 | |
| Total For Services Used This Period | | 15.00 | |
| Total Service Charge | | 15.00 | |

Member FDIC          Equal Housing Lender

# Business Checking
PNC Bank

**PNC BANK**

**For the Period 08/31/2019 to 09/30/2019**

Primary Account Number: 86-0755-7127
Page 1 of 3
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1419 LANES END
VILLANOVA PA 19085-2000

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
  FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to:  Customer Service
  PO Box 609
  Pittsburgh, PA  15230-9738
Visit us at PNC.com/smallbusiness
TDD terminal: 1-800-531-1648
For hearing impaired clients only

IMPORTANT ACCOUNT CHANGE FOR ALL BUSINESS ACCOUNTS
WITH TREASURY MANAGEMENT SERVICES

Effective JANUARY 1, 2020, charges for certain Treasury Management services will change. The impact of these changes on your organization will depend on the mix of services you use at PNC and your transaction volume. If applicable, the fees for some of the services may be reduced or offset by the Earning Credit for your account.

Rather than listing all the detail for all services, we would be happy to review with you the changes that are applicable to your account and to discuss other services and options that may address the evolving needs of your company. If you are interested, please contact Treasury Management Client Care (TMCC) at 1-800-669-1518

Among the changes that become effective January 1, 2020, Branch Initiated Wire fees will be impacted for Business Banking clients, including but not limited to the following:

The fee for OUTGOING BOOK TRANSFERS will be $70.00 each.
The fee for DOMESTIC OUTGOING WIRE TRANSFERS will be $90.00 each.
The fee for INTERNATIONAL WIRE TRANSFERS (SAME CURRENCY) will be $125.00 each.
The fee for INCOMING FED WIRES will be $13.00 each.
The fee for WIRE TRANSFER MANUAL REPAIRS will be $17.00 each.
The fee for WIRE COPIES will be $20.00 each.
The fee for MAIL ADVICE will be $12.00 each.
The fee for a CLIENT REQUESTED CANCELLED WIRE will be $15.00 each.

Watch Where You Click
Be sure the emails, texts and phone calls you receive are from a trusted source and do not give out personal information, such as credit card numbers, Social Security numbers or other banking details, unless you have verified the sender. If you are unsure, contact PNC directly by typing www.pnc.com into your Internet browser or call PNC using a phone number provided on the www.pnc.com website. DO NOT use contact information contained in the suspect email or text. If you suspect you've received a fraudulent text message that appears to be from PNC, take a screen shot of the text message on your mobile phone and forward it to PNC Abuse (abuse@pnc.com).

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 08/31/2019 to 09/30/2019**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 3

Business Checking Account Number: 86-0755-7127 - continued

## Business Checking Summary

Great Oak Capital Llc

Account number:  86-0755-7127

Overdraft Protection Provided By:  XXXXXXXXXXXX0174

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ~~redacted~~ | .00 | ~~redacted~~ | ~~redacted~~ |

| Average ledger balance | Average collected balance |
|---|---|
| ~~redacted~~ | ~~redacted~~ |

### Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Item Fees (OD) | .00 | ~~redacted~~ |
| Total Continuous Overdraft Fees (COD) | .00 | ~~redacted~~ |
| Total Overdraft Fees | .00 | ~~redacted~~ |
| Total Returned Item Fees (NSF) | .00 | ~~redacted~~ |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Total | 0 | .00 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| ACH Deductions | 2 | ~~redacted~~ |
| Service Charges and Fees | 1 | ~~redacted~~ |
| Other Deductions | 1 | ~~redacted~~ |
| Total | 4 | ~~redacted~~ |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 08/31 | ~~redacted~~ | 09/04 | ~~redacted~~ | 09/20 | ~~redacted~~ |
| 09/03 | ~~redacted~~ | | | | |

## Activity Detail

## Checks and Other Deductions

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/03 | ~~redacted~~ | ~~redacted~~ | 00019242003921716 |
| 09/04 | ~~redacted~~ | ~~redacted~~ | 00019246013532767 |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/03 | ~~redacted~~ | ~~redacted~~ | |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/20 | ~~redacted~~ | ~~redacted~~ | 53000323 |

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 08/31/2019 to 09/30/2019**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 3 of 3

Business Checking Account Number: 86-0755-7127 - continued

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 10/01/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 09/30/2019.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 2 | .00 | Included in Account |
| ACH Debits | 2 | .00 | Included in Account |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC          Equal Housing Lender

# Business Checking

PNC Bank

**PNC BANK**

For the Period 10/01/2019 to 10/31/2019

Primary Account Number: 86-0755-7127
Page 1 of 3
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1419 LANES END
VILLANOVA PA 19085-2000

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/smallbusiness

TDD terminal: 1-800-531-1648
For hearing impaired clients only

IMPORTANT ACCOUNT CHANGE FOR ALL BUSINESS ACCOUNTS
WITH TREASURY MANAGEMENT SERVICES

Effective JANUARY 1, 2020, charges for certain Treasury Management services will change. The impact of these changes on your organization will depend on the mix of services you use at PNC and your transaction volume. If applicable, the fees for some of the services may be reduced or offset by the Earning Credit for your account.

Rather than listing all the detail for all services, we would be happy to review with you the changes that are applicable to your account and to discuss other services and options that may address the evolving needs of your company. If you are interested, please contact Treasury Management Client Care (TMCC) at 1-800-669-1518

Among the changes that become effective January 1, 2020, Branch Initiated Wire fees will be impacted for Business Banking clients, including but not limited to the following:

The fee for OUTGOING BOOK TRANSFERS will be $70.00 each.
The fee for DOMESTIC OUTGOING WIRE TRANSFERS will be $90.00 each.
The fee for INTERNATIONAL WIRE TRANSFERS (SAME CURRENCY) will be $125.00 each.
The fee for INCOMING FED WIRES will be $13.00 each.
The fee for WIRE TRANSFER MANUAL REPAIRS will be $17.00 each.
The fee for WIRE COPIES will be $20.00 each.
The fee for MAIL ADVICE will be $12.00 each.
The fee for a CLIENT REQUESTED CANCELLED WIRE will be $15.00 each.

October is National Cyber Security Awareness Month

Do you know what to do if you receive a fraudulent email, text or phone call that appears to come from PNC? Forward the message to PNC at abuse@pnc.com. If you responded to a fraudulent text or email, clicked on a link, opened an attachment and/or disclosed personal information, immediately change your online banking password, using another device if possible. Then contact PNC Bank's Online Banking Team at 1-800-762-2035, select 1 for personal account or 2 for a business account, then select option 3.

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Account Number: 86-0755-7127 - continued

For the Period 10/01/2019 to 10/31/2019
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 3

## Holidays Can Bring Increased Scams

Watch out for Phishing, Vishing, and SMiShing scams, which often increase during the busy holiday season. These scams target potential victims via email, telephone, and text message, and are social engineering attempts to harvest sensitive personal information or to install malware onto your computer or mobile device. If a message looks suspicious, do not respond to it and do not open attachments and don't click links. Forward the message to PNC at abuse@pnc.com.

## Business Checking Summary
Account number: 86-0755-7127

Great Oak Capital Llc

Overdraft Protection Provided By:  XXXXXXXXXXXX0174

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | ████ | .00 | ████ | ████ |
| | | Average ledger balance | Average collected balance | |
| | | ████ | ████ | |

### Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Item Fees (OD) | .00 | ████ |
| Total Continuous Overdraft Fees (COD) | .00 | ████ |
| Total Overdraft Fees | .00 | ████ |
| Total Returned Item Fees (NSF) | .00 | ████ |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Total | 0 | .00 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| ACH Deductions | 2 | |
| Other Deductions | 1 | ████ |
| Total | 3 | ████ |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 10/01 | ████ | 10/21 | ████ | 10/31 | ████ |
| 10/02 | ████ | | | | |

## Activity Detail

## Checks and Other Deductions

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/02 | ████ | Corporate ACH Payments Verizon Wireless 062058915400001 | 00019274003284182 |
| 10/31 | ████ | Corporate ACH Payments Verizon Wireless 062058915400001 | 00019303008120128 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|

Other Deductions continued on next page

# Business Checking

📠 For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 10/01/2019 to 10/31/2019**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 3 of 3

Business Checking Account Number: 86-0755-7127 - continued

## Other Deductions    - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/21 | ▓▓▓▓6 | Loan Payment ▓▓▓▓▓ 00000  ▓▓0804041000 ▓▓▓ | 53000660 |

## Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 11/01/2019 and will appear on your next statement as a single line item entitled Service Charge Period Ending 10/31/2019.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 2 | .00 | Included in Account |
| ACH Debits | 2 | .00 | Included in Account |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC                🏠 Equal Housing Lender

# Business Checking

PNC Bank

**For the Period 11/01/2019 to 11/29/2019**

GREAT OAK CAPITAL LLC
1419 LANES END
VILLANOVA PA 19085-2000

 PNC BANK

Primary Account Number: 86-0755-7127
Page 1 of 3
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/smallbusiness
TDD terminal: 1-800-531-1648
For hearing impaired clients only

IMPORTANT ACCOUNT CHANGE FOR ALL BUSINESS ACCOUNTS
WITH TREASURY MANAGEMENT SERVICES

Effective JANUARY 1, 2020, charges for certain Treasury Management services will change. The impact of these changes on your organization will depend on the mix of services you use at PNC and your transaction volume. If applicable, the fees for some of the services may be reduced or offset by the Earning Credit for your account.

Rather than listing all the detail for all services, we would be happy to review with you the changes that are applicable to your account and to discuss other services and options that may address the evolving needs of your company. If you are interested, please contact Treasury Management Client Care (TMCC) at 1-800-669-1518

Among the changes that become effective January 1, 2020, Branch Initiated Wire fees will be impacted for Business Banking clients, including but not limited to the following:

The fee for OUTGOING BOOK TRANSFERS will be $70.00 each.
The fee for DOMESTIC OUTGOING WIRE TRANSFERS will be $90.00 each.
The fee for INTERNATIONAL WIRE TRANSFERS (SAME CURRENCY) will be $125.00 each.
The fee for INCOMING FED WIRES will be $13.00 each.
The fee for WIRE TRANSFER MANUAL REPAIRS will be $17.00 each.
The fee for WIRE COPIES will be $20.00 each.
The fee for MAIL ADVICE will be $12.00 each.
The fee for a CLIENT REQUESTED CANCELLED WIRE will be $15.00 each.

Cyber Security Awareness

Do you know what to do if you receive a fraudulent email, text or phone call that appears to come from PNC? Forward the message to PNC at abuse@pnc.com. If you responded to a fraudulent text or email, clicked on a link, opened an attachment and/or disclosed personal information, immediately change your online banking password, using another device if possible. Then contact PNC Bank's Online Banking Team at 1-800-762-2035, select 1 for personal account or 2 for a business account, then select option 3.

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 11/01/2019 to 11/29/2019
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 3

Business Checking Account Number: 86-0755-7127 - continued

## Holidays Can Bring Increased Scams

Watch out for Phishing, Vishing, and SMiShing scams, which often increase during the busy holiday season. These scams target potential victims via email, telephone, and text message, and are social engineering attempts to harvest sensitive personal information or to install malware onto your computer or mobile device. If a message looks suspicious, do not respond to it and do not open attachments and don't click links. Forward the message to PNC at abuse@pnc.com.

## Business Checking Summary
Account number: 86-0755-7127

Great Oak Capital Llc

Overdraft Protection Provided By:    XXXXXXXXXXXX0174

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ██████ | 5,390.42 | ██████ | ██████ |

| Average ledger balance | Average collected balance |
|---|---|
| ██████ | ██████ |

## Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Item Fees (OD) | .00 | ████ |
| Total Continuous Overdraft Fees (COD) | .00 | ████ |
| Total Overdraft Fees | .00 | ████ |
| Total Returned Item Fees (NSF) | 36.00 | ████ |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | ████ |
| Other Additions | 1 | ████ |
| Total | 2 | ████ |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Service Charges and Fees | 1 | ████ |
| Other Deductions | 1 | ████ |
| Total | 2 | ████ |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 11/01 | ████ | 11/21 | ████ | 11/27 | ████ |
| 11/20 | ████ | | | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/27 | 4,000.00 | Deposit — Transfer | 047525813 |

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/21 | ████ | Reverse Loan Payment Effective 11-20-19 | 53000333 |

# Business Checking

 For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 11/01/2019 to 11/29/2019**
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 3 of 3

Business Checking Account Number: 86-0755-7127 - continued

## Checks and Other Deductions

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/21 | ████ | ████████ ██████ ████ (███) | 53000333 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/20 | ████████ | ████████ ███████ ██████ ██████████████ | 53000333 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 12/02/2019 and will appear on your next statement as a single
line item entitled Service Charge Period Ending 11/29/2019.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 2 | .00 | Included in Account |
| Deposited Item - Consolidated | 1 | .00 | Included in Account |
| Deposit Tickets Processed | 1 | .00 | Included in Account |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC                    Equal Housing Lender

# Business Checking

PNC Bank

**PNC BANK**

**For the Period 11/30/2019 to 12/31/2019**

Primary Account Number: 86-0755-7127
Page 1 of 3
Number of enclosures: 0

GREAT OAK CAPITAL LLC
1419 LANES END
VILLANOVA PA 19085-2000

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/smallbusiness

TDD terminal: 1-800-531-1648
For hearing impaired clients only

IMPORTANT ACCOUNT CHANGE FOR ALL BUSINESS ACCOUNTS
WITH TREASURY MANAGEMENT SERVICES

Effective JANUARY 1, 2020, charges for certain Treasury Management services will change. The impact of these changes on your organization will depend on the mix of services you use at PNC and your transaction volume. If applicable, the fees for some of the services may be reduced or offset by the Earning Credit for your account.

Rather than listing all the detail for all services, we would be happy to review with you the changes that are applicable to your account and to discuss other services and options that may address the evolving needs of your company. If you are interested, please contact Treasury Management Client Care (TMCC) at 1-800-669-1518

Among the changes that become effective January 1, 2020, Branch Initiated Wire fees will be impacted for Business Banking clients, including but not limited to the following:

The fee for OUTGOING BOOK TRANSFERS will be $70.00 each.
The fee for DOMESTIC OUTGOING WIRE TRANSFERS will be $90.00 each.
The fee for INTERNATIONAL WIRE TRANSFERS (SAME CURRENCY) will be $125.00 each.
The fee for INCOMING FED WIRES will be $13.00 each.
The fee for WIRE TRANSFER MANUAL REPAIRS will be $17.00 each.
The fee for WIRE COPIES will be $20.00 each.
The fee for MAIL ADVICE will be $12.00 each.
The fee for a CLIENT REQUESTED CANCELLED WIRE will be $15.00 each.

Cyber Security Awareness

Do you know what to do if you receive a fraudulent email, text or phone call that appears to come from PNC? Forward the message to PNC at abuse@pnc.com. If you responded to a fraudulent text or email, clicked on a link, opened an attachment and/or disclosed personal information, immediately change your online banking password, using another device if possible. Then contact PNC Bank's Online Banking Team at 1-800-762-2035, select 1 for personal account or 2 for a business account, then select option 3.

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Account Number: 86-0755-7127 - continued

For the Period 11/30/2019 to 12/31/2019
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 2 of 3

## Holidays Can Bring Increased Scams

Watch out for Phishing, Vishing, and SMiShing scams, which often increase during the busy holiday season. These scams target potential victims via email, telephone, and text message, and are social engineering attempts to harvest sensitive personal information or to install malware onto your computer or mobile device. If a message looks suspicious, do not respond to it and do not open attachments and don't click links.
Forward the message to PNC at abuse@pnc.com.

## IMPORTANT INFORMATION FOR ALL CONSUMER AND BUSINESS CUSTOMERS

Effective November 9, 2019, PNC will offer reformatted statements to customers with visual impairments at no charge.
If you have questions regarding these changes, please call the number at the top of this statement or visit a PNC branch.

## Business Checking Summary

Account number:  86-0755-7127

Great Oak Capital Llc

Overdraft Protection Provided By:   XXXXXXXXXXXX0174

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ███████ | .00 | ███████ | ███████ |

| | Average ledger balance | Average collected balance |
|---|---|---|
| | ██████ | ██████ |

## Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Item Fees (OD) | .00 | █████ |
| Total Continuous Overdraft Fees (COD) | .00 | █████ |
| Total Overdraft Fees | .00 | █████ |
| Total Returned Item Fees (NSF) | .00 | █████ |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Total | 0 | .00 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 2 | ██████ |
| ACH Deductions | 2 | ██████ |
| Other Deductions | 1 | ██████ |
| Total | 5 | ██████ |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 11/30 | ██████ | 12/12 | ██████ | 12/20 | ██████ |
| 12/03 | ██████ | | | | |

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 11/30/2019 to 12/31/2019
Great Oak Capital Llc
Primary Account Number: 86-0755-7127
Page 3 of 3

Business Checking Account Number: 86-0755-7127 - continued

## Activity Detail

## Checks and Other Deductions

### Checks and Substitute Checks        * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|
| 12/12 | 3568 * | ▨ | 086100287 | 12/12 | 3569 | ▨ | 086187507 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/03 | ▨ | ▨ | 00019336005891968 |
| 12/03 | ▨ | ▨ | 00019337014433819 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/20 | ▨ | Loan Payment  08068  ▨ | 53000338 |

## Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 01/02/2020 and will appear on your next statement as a single line item entitled Service Charge Period Ending 12/31/2019.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 4 | .00 | Included in Account |
| ACH Debits | 2 | .00 | Included in Account |
| Checks Paid | 2 | .00 | Included in Account |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC

⌂ Equal Housing Lender