**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    RAYMOND T. BLUE    :    CHAPTER 13
                             :
                             :    No. 19-13412mdc

**ORDER APPROVING STIPULATION RESOLVING
DEBTOR'S OBJECTION TO PROOF OF CLAIM #16**

AND NOW, this _____ day of _____, 2020, upon consideration of the Stipulation (the "Stipulation") filed by Great Oak Capital, LP and Raymond T. Blue resolving Debtor's Objection to Proof of Claim #16, it is hereby ORDERED that the Stipulation is APPROVED.

BY THE COURT:

_____
U.S.B.J

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   **RAYMOND T. BLUE**   : | | **CHAPTER 13** |
| : | | |
| **Debtor,**   : | | No.  **19-13412-mdc** |
| : | | |

**STIPULATION RESOLVING DEBTOR'S OBJECTION
TO PROOF OF CLAIM NO. 16**

Raymond Blue ("Debtor"), by and through his attorney, Michelle Lee and Great Oak Capital , LP ("Great Oak"), by and through its attorney, David Banks (collectively Debtor and Great Oak shall be referred to as the "Parties"), hereby stipulate and agree as follows:

**RECITALS**

**WHEREAS**, on or about May 28, 2019, Debtor filed a voluntary petition under Chapter 13 of Title 11 of the United States Code; and

**WHEREAS,** Great Oak holds a first mortgage (the "Mortgage") against Debtor's property located at 5822 N. Broad Street, Philadelphia, Pa; and

**WHEREAS**, the Mortgage is collateral for a loan from Great Oak to Debtor and his wife in the amount of $68,425.32 made on or about January 28, 2015; and

**WHEREAS**, on or about January 29, 2020, Great Oak filed a Proof of Claim (Claim #16) ("Great Oak's Claim") in the amount of $45,399.92; and

**WHEREAS**, on or about March 4, 2020, Debtor filed an Objection (the "Objection") to Great Oak's Claim; and

**WHEREAS**, on or about March 16, 2020, Great Oak filed an Amended Proof of Claim ("Great Oak's Amended Claim") to include exhibits that were not attached to Great Oak's Claim; and

**WHEREAS**, on or about July 22, 2020, Great Oak filed a Second Amended Proof of Claim ("Great Oak's Second Amended Claim") in the amount of $23,955.69; and

**WHEREAS**, after discussions between counsel for Debtor and counsel for Great Oak, the Parties have reached an agreement resolving the Objection; and

**WHEREAS**, the Parties, intending to be legally bound, hereby stipulate and agree as follows:

## AGREEMENT

1. Great Oak's shall file a Third Amended Proof of Claim ("Third Amended Proof of Claim") for a principal balance of $20,923.54.

2. Debtor shall file an amended plan for $20,923.54 payable at 5% interest. Debtor shall be responsible for his own taxes and insurance.

3. Great Oak shall file a satisfaction of mortgage upon receipt of the amount listed in the plan.

4. This Stipulation may be executed in counterparts and may be delivered by e-mail. Any copy so executed and delivered (including delivery by e-mail), when taken with another executed copy, shall be considered and deemed an original hereof.

**AGREED TO THIS ___ DAY OF SEPTEMBER 2020.**

| /s/ Michelle Lee | /s/ David Banks |
|---|---|
| Michelle Lee, | David Banks |
| Attorney for Debtor | Attorney for Great Oak Capital, LP |

No Objection – Without Prejudice
To Any Trustee Rights or Remedies

/s/ LeeAne O. Huggins   9/15/2020
William C. Miller, Esquire Chapter 13 Standing Trustee