# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        RAYMOND T. BLUE        :        CHAPTER 13
                                     :
                                     :        No.  19-13412mdc

## ORDER APPROVING STIPULATION RESOLVING
## DEBTOR'S OBJECTION TO PROOF OF CLAIM #16

AND NOW, this __16th__ day of __September__, 2020, upon consideration of the Stipulation (the "Stipulation") filed by Great Oak Capital, LP and Raymond T. Blue resolving Debtor's Objection to Proof of Claim #16, it is hereby ORDERED that the Stipulation is APPROVED.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE