United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 19-13412-mdc
Raymond T. Blue                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: DonnaR              Page 1 of 1          Date Rcvd: Sep 17, 2020
                            Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2020.
db            +Raymond T. Blue,    5 Pike's Way,    Cheltenham, PA 19012-1717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           ##+Great Oak Capital, LP,    1234 Page Terrace,    Villanova, PA 19085-2132
                                                                         TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2020 at the address(es) listed below:
              DAVID   BANKS    on behalf of Creditor    Great Oak Capital, LP bbwlaw@yahoo.com
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               dkuhn@attorneygeneral.gov
              GEORGETTE   MILLER    on behalf of Debtor Raymond T. Blue mlee@margolisedelstein.com,
               georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Elizon Master Participation Trust I, U.S. Bank Trust
               National Association, as Owner Trustee bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Manufacturers and Traders Trust Company, as trustee,
               on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1997-5
               bkgroup@kmllawgroup.com
              MARY F. KENNEDY    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
               mary@javardianlaw.com,    angie.harrigan@javardianlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Citibank, N.A., as Trustee on behalf of the NRZ
               Pass-Through Trust VI bkgroup@kmllawgroup.com
              STEPHEN M HLADIK    on behalf of Creditor    Deutsche Bank National Trust Company, asTrustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates,
               Series 2006-4 c/o Select Portfolio Servicing, Inc, shladik@hoflawgroup.com,
               pfranz@hoflawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | RAYMOND T. BLUE | : | CHAPTER 13 |
| | | : | |
| | | : | No. 19-13412mdc |

## ORDER APPROVING STIPULATION RESOLVING
## DEBTOR'S OBJECTION TO PROOF OF CLAIM #16

AND NOW, this __16th__ day of __September__, 2020, upon consideration of the Stipulation (the "Stipulation") filed by Great Oak Capital, LP and Raymond T. Blue resolving Debtor's Objection to Proof of Claim #16, it is hereby ORDERED that the Stipulation is APPROVED.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

{00389669;v1} 1