**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-13412-MDC |
| Raymond T. Blue | : Chapter 13 |
|     Debtor | : |
| | : |
| Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4 c/o Select Portfolio Servicing, Inc. | : |
|     Movant | : |
| vs. | : |
| | : |
| Raymond T. Blue | : |
|     Debtor/Respondent | : |
| and | : |
| William C. Miller, Esquire | : |
|     Trustee/Respondent | : |

**CERTIFICATION OF NO ANSWER OR RESPONSE**
**TO MOTION TO APPROVE LOAN MODIFICATION**

    I, Antonio Bonanni, counsel for Select Portfolio Servicing, Inc. ("Movant"), hereby certify that no answer, objection, or other response to the Motion of Movant to Approve Loan Modification has been filed with the Court or served upon undersigned counsel.

    WHEREFORE, Movant prays this Honorable Court to grant Movant's Motion to Approve Loan Modification.

Date: 12/3/2020

    /s/ Antonio Bonanni, Esquire
    Antonio, Bonanni, Esquire
    Hladik, Onorato & Federman, LLP
    Attorney I.D. # 322940
    298 Wissahickon Avenue
    North Wales, PA 19454
    Phone 215-855-9521
    Email: abonanni@hoflawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-13412-MDC |
| Raymond T. Blue | : Chapter 13 |
|     Debtor | : |
| | : |
| Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4 c/o Select Portfolio Servicing, Inc. | : |
|     Movant | : |
|   vs. | : |
| | : |
| Raymond T. Blue | : |
|     Debtor/Respondent | : |
|   and | : |
| William C. Miller, Esquire | : |
|     Trustee/Respondent | : |

## CERTIFICATE OF SERVICE OF
## CERTIFICATION OF NO ANSWER OR RESPONSE

I, Antonio Bonanni, Esquire, certify under penalty of perjury that I served the above captioned pleading, Certification of No Answer of Response to Motion to Approve Loan Modification, on the parties at the addresses shown on December 3, 2020.

The types of service made on the parties were: <u>Electronic Notification and/ or First Class Mail,</u> as noted below:

Georgette Miller, Esquire
Via ECF
*Attorney for Debtor*

William C. Miller, Esquire
Via ECF
*Trustee*

Raymond T. Blue
5 Pike's Way
Cheltenham, PA 19012
Via First Class Mail
*Debtor*

Dated: 12/3/2020

/s/ Antonio Bonanni, Esquire
Antonio, Bonanni, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 322940
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: abonanni@hoflawgroup.com