United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13412-mdc |
| Raymond T. Blue | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　　　　　　　User: Adminstra　　　　　　　　　　Page 1 of 2

Date Rcvd: Dec 04, 2020　　　　　　　　Form ID: pdf900　　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　Definition**

\+　　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Raymond T. Blue, 5 Pike's Way, Cheltenham, PA 19012-1717 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2020　　　　　　　　Signature:　　　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor Manufacturers and Traders Trust Company as trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1997-5 alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| ANTONIO G. BONANNI | on behalf of Creditor Deutsche Bank National Trust Company asTrustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4 c/o Select Portfolio Servicing, Inc, abonanni@hoflawgroup.com |
| DAVID BANKS | on behalf of Creditor Great Oak Capital LP bbwlaw@yahoo.com |
| DENISE A. KUHN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue dkuhn@attorneygeneral.gov |
| GEORGETTE MILLER | on behalf of Debtor Raymond T. Blue mlee@margolisedelstein.com jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com |

District/off: 0313-2  User: Adminstra  Page 2 of 2
Date Rcvd: Dec 04, 2020  Form ID: pdf900  Total Noticed: 1

;mcon1@margolisedelstein.com;LeeMR50524@notify.bestcase.com;Miller.GeorgetteR50524@notify.bestcase.com

| | |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor Elizon Master Participation Trust I  U.S. Bank Trust National Association, as Owner Trustee bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Manufacturers and Traders Trust Company  as trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1997-5 bkgroup@kmllawgroup.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank  N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com, angie.harrigan@javardianlaw.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  karena.blaylock@phila.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor Elizon Master Participation Trust I  U.S. Bank Trust National Association, as Owner Trustee bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Citibank  N.A., as Trustee on behalf of the NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com |
| STEPHEN M HLADIK | on behalf of Creditor Deutsche Bank National Trust Company  asTrustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4 c/o Select Portfolio Servicing, Inc, shladik@hoflawgroup.com, pfranz@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |

TOTAL: 15

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Raymond T. Blue, | : | |
| Debtor. | : | Bankruptcy No.   19-13412-MDC |

# O R D E R

**AND NOW**, this 3rd day of December 2020, it is hereby **ORDERED** that if Raymond T. Blue (the "Debtor") and Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4 c/o Select Portfolio Servicing, Inc. ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtor and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

It is further **ORDERED** that in the event the parties enter into a loan modification, the Debtor shall (1) amend Schedules I and J to reflect any increase in monthly disposable income as a result of the loan modification, and (2) file an amended Chapter 13 plan reflecting the loan modification.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Georgette Miller, Esquire
Margolis Edelstein
The Curtis Center, Suite 400
170 S. Independence Mall W
Philadelphia, PA 19106

Antonio Bonanni, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-29127

2