**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Raymond T. Blue** | : | CHAPTER 13 |
| | : | CASE NO.:19-13412 |
| **Debtor,** | : | |

**CERTIFICATION OF SERVICE**

I, Michelle Lee, being duly sworn according to law, deposes and says that I served the Debtor's Amended Plan, filed on 11/19/2020, upon the following individuals listed below, by electronic means and/or first class mail on 11/20/2020.

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite# 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Raymond Blue
5 Pike's Way
Cheltenham, PA 19012

ALL CREDITORS ON THE MATRIX
ALL ATTORNEYS ON RECORD
ALL PARTIES ON CLERK'S SERVICE LIST
And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.

Respectfully Submitted,

/s/ Michelle Lee
Michelle Lee, Esquire
Margolis Edelstein
The Curtis Center
170 S. Independence Mall W.
Suite 400E
Philadelphia, PA 19106