United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13412-mdc |
| Raymond T. Blue | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 14, 2021 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14369741 | + Email/Text: bknotices@snsc.com | Jan 15 2021 02:06:00 | Elizon Master Participation Trust I, et al, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2021           Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | |
| | on behalf of Creditor Manufacturers and Traders Trust Company  as trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1997-5 alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| ANTONIO G. BONANNI | |
| | on behalf of Creditor Deutsche Bank National Trust Company  asTrustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4 c/o Select Portfolio Servicing, Inc, abonanni@hoflawgroup.com |
| DAVID BANKS | |
| | on behalf of Creditor Great Oak Capital  LP bbwlaw@yahoo.com |
| DENISE A. KUHN | |
| | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue dkuhn@attorneygeneral.gov |

Case 19-13412-mdc    Doc 100    Filed 01/16/21    Entered 01/17/21 00:46:05    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 14, 2021 | Form ID: trc | Total Noticed: 1 |

| | |
|---|---|
| GEORGETTE MILLER | on behalf of Debtor Raymond T. Blue mlee@margolisedelstein.com jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;mcon1@margolisedelstein.com;LeeMR50524@notify.bestcase.com;Miller.GeorgetteR50524@notify.bestcase.com |
| KEVIN G. MCDONALD | on behalf of Creditor Elizon Master Participation Trust I  U.S. Bank Trust National Association, as Owner Trustee bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Manufacturers and Traders Trust Company  as trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1997-5 bkgroup@kmllawgroup.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank   N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com, angie.harrigan@javardianlaw.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  karena.blaylock@phila.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor Elizon Master Participation Trust I  U.S. Bank Trust National Association, as Owner Trustee bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Citibank  N.A., as Trustee on behalf of the NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com |
| STEPHEN M HLADIK | on behalf of Creditor Deutsche Bank National Trust Company  asTrustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4 c/o Select Portfolio Servicing, Inc, shladik@hoflawgroup.com, pfranz@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |

TOTAL: 15

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-13412-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Raymond T. Blue
5 Pike's Way
Cheltenham PA 19012

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/11/2021.

Name and Address of Alleged Transferor(s):

Claim No. 12: Elizon Master Participation Trust I, et al, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501

Name and Address of Transferee:

NWL Company, LLC
c/o Fay Servicing, LLC
Bankruptcy Department
P.O. Box 814609
Dallas, TX 75381-4609

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/16/21

Tim McGrath
**CLERK OF THE COURT**