## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| RAYMOND T. BLUE, | : | Bankruptcy No. 19-13412-MDC |
| | : | |
| Debtor | : | |

## WITHDRAWAL AND NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly withdraw the appearance of Denise A. Kuhn, Senior Deputy Attorney General, in the above-captioned case on behalf of the Commonwealth of Pennsylvania, Department of Revenue.

Kindly enter the appearance of Carol E. Momjian, Senior Deputy Attorney General, on behalf of the Commonwealth of Pennsylvania, Department of Revenue, in this case.

PLEASE TAKE NOTICE that the Commonwealth of Pennsylvania, Department of Revenue, respectfully requests that all notices given or required to be given in this case by the Court and/or any party, be given to the Commonwealth by serving Carol E. Momjian.

JOSH SHAPIRO
ATTORNEY GENERAL

| WITHDRAWAL | ENTRY |
|---|---|
| BY:    */s/ Denise A. Kuhn* | BY:    */s/ Carol E. Momjian* |
| Denise A. Kuhn | Carol E. Momjian |
| Senior Deputy Attorney General | Senior Deputy Attorney General |
| PA Attorney No. 46806 | PA Attorney No. 49219 |
| Office of Attorney General | Office of Attorney General |
| 1600 Arch Street, Suite 300 | 1600 Arch Street, Suite 300 |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| Tel: (215) 560-2131 | Tel: (215) 560-2128 |
| Fax: (717) 772-4526 | Fax: (717) 772-4526 |
| Email: dkuhn@attorneygeneral.gov | Email:cmomjian@attorneygeneral.gov |

DATED:   November 16, 2021

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| RAYMOND T. BLUE, | : | Bankruptcy No. 19-13412-MDC |
| | : | |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Carol E. Momjian, hereby certify that *Withdrawal and Notice of Appearance* has been filed electronically on this day, and is available for viewing and downloading from the Court's Electronic Case Filing System.

DATE:  November 16, 2021

Respectfully submitted,

JOSH SHAPIRO
ATTORNEY GENERAL

COMMONWEALTH OF PENNSYLVANIA   By:   */s/ Carol E. Momjian*
OFFICE OF ATTORNEY GENERAL             CAROL E. MOMJIAN
The Phoenix Building                              Senior Deputy Attorney General
1600 Arch Street, Suite 300                    PA Attorney No. 49219
Philadelphia, PA 19103
Tel.:  (215) 560-2128                              JASON L. SWARTLEY
Fax:  (717) 772-4526                              Chief Deputy Attorney General
Email:  cmomjian@attorneygeneral.gov    Financial Enforcement Section