# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-13412-MDC

RAYMOND T BLUE

5 PIKE'S WAY

CHELTENHAM, PA 19012-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    RAYMOND T BLUE

    5 PIKE'S WAY

    CHELTENHAM, PA 19012-

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER, ESQ.
    MARGOLIS EDELSTEIN
    170 S. INDEPENDENCE MALL W, STE 400
    PHILADELPHIA, PA 19106-

/S/ Kenneth E. West

Date: 12/22/2021

    Kenneth E. West, Esquire
    Chapter 13 Standing Trustee