**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Raymond T. Blue,** | : | Chapter 13 |
| | : | |
| **Debtor(s).** | : | Bankruptcy No. 19-13412-MDC |

# ORDER

AND NOW, upon consideration of the MOTION FOR EXPEDITED HEARING TO CONSIDER THE MOTION FOR AUTHORITY/APPROVAL FOR SALE OF REAL ESTATE *("the Motion")*, and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby ORDERED that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be and hereby is scheduled on **November 17, 2022**,

    at 11:30 a.m., **via Telephonic Hearing**.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), counsel to the Official Committee of Unsecured Creditors (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on**

5. The Movants shall serve this Order and the Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail no **later than 5:00 p.m. on November 11, 2022.**

6. The Movants shall file a Certification of Service as required by Local Rule 9014.

*Date:* November 10, 2022

_____
**Magdeline D. Coleman**
**Chief U.S. Bankruptcy Judge**