**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Raymond Blue | : | |
| | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 19-13412 |

**ORDER**

      **AND NOW,** this  18th  day of  November 2022, upon consideration of the Motion to Sell Real Property filed by debtor, upon notice to all interested parties, and any response thereto, it is hereby

      **ORDERED,** that debtor is authorized to sell his/her real property located at 5804 North 12th Street, Philadelphia PA 19141 ("Property"), with all liens to be paid at closing, for the sale price of $160,000, pursuant to the terms of a certain real estate agreement of sale dated as of 10/5/22, to the buyer(s) thereunder Shakina Deshazor, ("Buyer"), who have been represented to be purchasing the Property at arms-length.

      The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the following manner:

1. Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters    $    90.00

2. Liens paid at closing -    $  13,790.33

3. Real estate taxes, sewer, trash and/or other such items    $   3,422.40

4. Property repairs, if any    $_____

5. Real estate commission, at no greater than 6%    $     0.00

6. Attorneys' fees, if any    $   4,000.00

7. Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement                                                                                                            $_____

8. Other (sellers assist)                                                                                                            $   4,800.00

   TOTAL                                                                                                            $ 26,102.73

After paying all liens in full and all costs of sale, the title clerk shall pay to Kenneth E. West, Chapter 13 trustee, $25,800.00, to pay off the balance of the confirmed plan. Debtor is not required to file an amended plan, as the confirmed plan proposed a distribution of 100% to unsecured creditors. Any remaining funds, after paying the balance to complete the case, shall be distributed to the debtor. All creditors paid any proceeds from the sale shall file an amended proof of claim.

The title clerk shall fax ((215) 627-6299) and email (settlementsheet@ph13trustee.com) a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed.

Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee, and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

BY THE COURT

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE