**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:  Raymond T. Blue** | : | **Chapter 13** |
| | : | |
| | : | |
| **Debtor** | : | **Bankruptcy No. 19-13412-MDC** |

**NOTICE of Motion to Modify Plan**

Debtor Raymond T. Blue has filed a Motion to Modify Plan Post-Confirmation with this Court. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you want the Court to consider your views on the Motion, then on or before 3/10/2023, **you or your attorney must file with the court a written response at:**

**U.S. Bankruptcy Court**
**900 Market Street**
**Philadelphia, PA  19107**
**Attn: Bankruptcy Clerk**

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.
**You must mail a copy to:**

**Michelle Lee, Esq.**
**Dilworth Paxson**
**1500 Market Street**
**Suite 3500E**
**Philadelphia, PA 19102**

You or your attorney must attend the hearing scheduled to be held on **03/23/2023 at 11AM,  via TELEPHONIC CONFERENCE.** If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated:  02/23/2023                                                                         Respectfully Submitted,

                                                                                                            /s/ Michelle Lee
                                                                                                      Michelle Lee, Esquire
                                                                                                      Dilworth Paxson
                                                                                                      1500 Market Street
                                                                                                      Suite 3500E
                                                                                                      Philadelphia, PA 19102
                                                                                                      mlee@dilworthlaw.com