**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Raymond T. Blue,** | : | Chapter 13 |
| | : | |
| **Debtor(s).** | : | Bankruptcy No. 19-13412-MDC |

# ORDER

AND NOW, 14th of March, upon consideration of the Expedited Motion for Authority/ Approval for Sale of Real Estate *("the Motion")*, and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby ORDERED that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be and hereby is scheduled on **at March, 21, 2023 @ 11:00 a.m.** via Telephonic Hearing.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), counsel to the Official Committee of Unsecured Creditors (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on _March 15th**

5. The Movants shall file a Certification of Service as required by Local Rule 9014.

*Honorable M. Coleman, Chief Judge*