**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Raymond T. Blue,** | : | **Chapter 13** |
| | : | |
| **Debtor(s).** | : | **Bankruptcy No. 19-13412-MDC** |

### CERTIFICATE OF SERVICE

Michelle Lee, being duly sworn according to law, served the Order for the Expedited Motion for Authority/Approval for Sale of Real Estate was sent to the below named interested parties by electronic and/or first-class mail on 3/14/2023.

Kenneth E. West,
Chapter 13 Trustee
PO Box 40837
Philadelphia, Pa 19107

Raymond T. Blue
5 Pike's Way
Cheltenham, PA 19012

**ALL CREDITORS ON THE MATRIX**
**ALL ATTORNEYS ON RECORD**
**ALL PARTIES ON CLERK'S SERVICE LIST**
**And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.**

    Respectfully Submitted,

    /s/ Michelle Lee, Esq.
    Michelle Lee, Esq.
    Dilworth Paxson LLP
    1500 Market Street Suite, 3500E
    Philadelphia, PA 19102
    bky@dilworthlaw.com