**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Raymond Blue** | **:** | **CHAPTER 13** |
| | **:** | |
| **DEBTOR(S),** | **:** | **CASE NO.: 19-13412** |
| | **:** | |

## CERTIFICATE OF NO RESPONSE

     I, the undersigned, certify, that having served or caused to be served, a copy of the Debtors' Motion for Expedited Authority/Approval for Sale of Real Estate, thereof on March 13, 2023, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and I have received no response, either oral or written, as of this date to Debtors' Motion to Modify Plan. I respectfully request the Court enter the attached Order.

                                         Respectfully submitted,

Dated: March 24, 2023                     /s/ Michelle Lee
                                         Michelle Lee, Esq.
                                         Dilworth Paxson LLP 1500
                                         Market Street, Ste. 3500E
                                         Philadelphia, PA 19102