UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Raymond Blue, | : | |
| Debtor(s) | : | Bankruptcy No. 19-13412 |

## ORDER

**AND NOW,** this 23rd day of March, 2023, upon consideration of the Motion to Sell filed by debtor, upon notice to all interested parties, and after a hearing, it is hereby **ORDERED,** that debtor and non-filer Veronica Blue are authorized to sell, for the combined purchase price of $265,000, real property located at 7529 Woolston Avenue in Philadelphia, Pennsylvania ("Property").

The **Title Clerk** is authorized to distribute the proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, directly to the below listed individuals in the following manner:

| | | |
|---|---|---|
| 1. | **Ordinary and reasonable settlement costs, including those related to notary services, deed preparation, disbursements, express shipping, and any other such routine matters** | $ 694.86 |
| 2. | **Real estate taxes, sewer, trash and/or other such items** | $ 4,631.55 |
| 3. | **Recording and Transfer Charges** | $ 5,668.35 |
| 4. | **Real estate commission, at no greater than 6%** | $ 13,250.00 |
| 5. | **Attorney's Fees** | $ 7,000.00 |
| 6. | **Seller Assist** | $ 7,500.00 |

123181235-1

| 7. | Manufacturers and Traders Trust Company | $ 41,756.76* |
|---|---|---|
| 8. | Kenneth West, Trustee | $ 25,995.74 |

**Approximate Total**                                                                                 **$ 106,497.26**

**The remaining funds of approximately $ 158,502.74 shall be payable to Debtor and Veronica Blue pursuant to the terms of the sales contract.** Debtor has 30 days to amend his plan, consistent with this Order and the sale of the Property, if applicable.

**Kenneth West Distribution Explanation**: Trustee to hold the $**25,995.74** to pay the remaining creditors' claims pursuant to the Modified Plan pending before the court. Unsecured creditors to be paid 100%. Any excess funds held by the Trustee after approval of the Modified Plan and amendments to existing POCs shall be returned to Debtor.

The City of Philadelphia's judgments and liens shall be paid at closing in amounts necessary to provide the buyer with clear title. Upon receipt of payment, the City of Philadelphia shall withdraw or amend its proof of claim within 30 days.

Upon receipt of payment, any secured creditor(s) shall withdraw or amend their proof of claim within 30 days.

The figure of $41,756.76 is only an approximate figure that it is subject to change depending on the actual closing date. The proceeds of sale must be used to satisfy in full the mortgage lien on the real property held by Manufacturers and Traders Trust Company, as trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1997-5. Until such satisfaction in full the real property is not free and clear of that mortgage lien.

The title clerk shall either email Ken West at settlementsheet@ph13trustee.com or fax at 215-627-6299 a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed. Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee, and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

Per Bankruptcy Rule 6004(h), the 14-day stay as to effect of this Order is hereby **waived.**

BY THE COURT:

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy
Judge

123181235-1