United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-13412-mdc

Raymond T. Blue     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Mar 29, 2023     Form ID: pdf900     Total Noticed: 9

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond T. Blue, 5 Pike's Way, Cheltenham, PA 19012-1717 |
| cr | + | Great Oak Capital, LP, 1234 Page Terrace, Villanova, PA 19085-2132 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: megan.harper@phila.gov | Mar 30 2023 00:01:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 30 2023 00:01:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Mar 30 2023 00:01:00 | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | ^ | MEBN | Mar 29 2023 23:56:33 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| cr | ^ | MEBN | Mar 29 2023 23:56:28 | U.S. Bank National Association, not in its individ, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | ^ | MEBN | Mar 29 2023 23:56:28 | U.S. Bank Trust National Association, not in its i, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | + | Email/Text: bknotices@snsc.com | Mar 30 2023 00:01:00 | U.S. Bank Trust, N.A., as Trustee of BKPL-EG Serie, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NRZ Inventory Trust, U.S. Bank National Associatio |
| cr | | NWL Company, LLC |
| cr | | U.S. Bank National Association, not in its individ |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

Case 19-13412-mdc  Doc 157  Filed 03/31/23  Entered 04/01/23 00:33:55  Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: pdf900 | Total Noticed: 9 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 31, 2023                Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor Deutsche Bank National Trust Company asTrustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4 c/o Select Portfolio Servicing, Inc, abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Elizon Master Participation Trust I U.S. Bank Trust National Association, as Owner Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Citibank N.A., as Trustee on behalf of the NRZ Pass-Through Trust VI bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CAROL E. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue cmomjian@attorneygeneral.gov |
| DAVID BANKS | on behalf of Creditor Great Oak Capital LP bbwlaw@yahoo.com |
| GEORGETTE MILLER | on behalf of Debtor Raymond T. Blue bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com |
| KARINA VELTER | on behalf of Creditor Deutsche Bank National Trust Company asTrustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4 c/o Select Portfolio Servicing, Inc, kvelter@pincuslaw.com, bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Elizon Master Participation Trust I U.S. Bank Trust National Association, as Owner Trustee bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Manufacturers and Traders Trust Company as trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1997-5 bkgroup@kmllawgroup.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of BKPL-EG Basket Trust lmoyer@friedmanvartolo.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com, chris.cummins@javardianlaw.com;angie.harrigan@javardianlaw.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| ROGER FAY | on behalf of Creditor Manufacturers and Traders Trust Company as trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1997-5 rfay@milsteadlaw.com, bkecf@milsteadlaw.com |
| SARAH K. MCCAFFERY | |

District/off: 0313-2     User: admin     Page 3 of 3

Date Rcvd: Mar 29, 2023     Form ID: pdf900     Total Noticed: 9

| | |
|---|---|
| | on behalf of Creditor Deutsche Bank National Trust Company asTrustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4 c/o Select Portfolio Servicing, Inc, ckohn@hoflawgroup.com |
| STEPHEN M HLADIK | on behalf of Creditor Deutsche Bank National Trust Company asTrustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4 c/o Select Portfolio Servicing, Inc, shladik@hoflawgroup.com, ckohn@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 17

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Raymond Blue, | : | |
| Debtor(s) | : | Bankruptcy No. 19-13412 |

**ORDER**

**AND NOW,** this 23rd day of March, 2023, upon consideration of the Motion to Sell filed by debtor, upon notice to all interested parties, and after a hearing, it is hereby **ORDERED,** that debtor and non-filer Veronica Blue are authorized to sell, for the combined purchase price of $265,000, real property located at 7529 Woolston Avenue in Philadelphia, Pennsylvania ("Property").

The **Title Clerk** is authorized to distribute the proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, directly to the below listed individuals in the following manner:

| | | |
|---|---|---|
| **1.** | **Ordinary and reasonable settlement costs, including those related to notary services, deed preparation, disbursements, express shipping, and any other such routine matters** | **$ 694.86** |
| **2.** | **Real estate taxes, sewer, trash and/or other such items** | **$ 4,631.55** |
| **3.** | **Recording and Transfer Charges** | **$ 5,668.35** |
| **4.** | **Real estate commission, at no greater than 6%** | **$ 13,250.00** |
| **5.** | **Attorney's Fees** | **$ 7,000.00** |
| **6.** | **Seller Assist** | **$ 7,500.00** |

123181235-1

| 7. | Manufacturers and Traders Trust Company | $ 41,756.76* |
| 8. | Kenneth West, Trustee | $ 25,995.74 |

**Approximate Total** $ 106,497.26

**The remaining funds of approximately $ 158,502.74 shall be payable to Debtor and Veronica Blue pursuant to the terms of the sales contract.** Debtor has 30 days to amend his plan, consistent with this Order and the sale of the Property, if applicable.

**Kenneth West Distribution Explanation**: Trustee to hold the $**25,995.74** to pay the remaining creditors' claims pursuant to the Modified Plan pending before the court. Unsecured creditors to be paid 100%. Any excess funds held by the Trustee after approval of the Modified Plan and amendments to existing POCs shall be returned to Debtor.

The City of Philadelphia's judgments and liens shall be paid at closing in amounts necessary to provide the buyer with clear title. Upon receipt of payment, the City of Philadelphia shall withdraw or amend its proof of claim within 30 days.

Upon receipt of payment, any secured creditor(s) shall withdraw or amend their proof of claim within 30 days.

The figure of $41,756.76 is only an approximate figure that it is subject to change depending on the actual closing date. The proceeds of sale must be used to satisfy in full the mortgage lien on the real property held by Manufacturers and Traders Trust Company, as trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1997-5. Until such satisfaction in full the real property is not free and clear of that mortgage lien.

The title clerk shall either email Ken West at settlementsheet@ph13trustee.com or fax at 215-627-6299 a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed. Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee, and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

Per Bankruptcy Rule 6004(h), the 14-day stay as to effect of this Order is hereby **waived.**

BY THE COURT:

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

123181235-1