**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Raymond Blue, | : | CHAPTER 13 |
| | : | |
| DEBTOR(S). | : | CASE NO.: 19-13412 |

## CERTIFICATION OF SERVICE

      Michelle Lee, being duly sworn according to law, served the Amended Chapter 13 Plan upon the following individuals listed below, on April 11, 2023, by electronic means and/or first-class mail.

cc:    Kenneth E. West
        Chapter 13 Trustee
        PO Box 40837
        Philadelphia, Pa 19107

        Raymond T. Blue
        5 Pike's Way
        Cheltenham, PA 19012

**ALL ATTORNEYS OF RECORD**
**ALL PARTIES ON CLERK'S SERVICE LIST**
**ALL CREDITORS AT THE ADDRESS LISTED ON THE MATRIX AND/OR at**
**the ADDRESS LISTED ON FILED PROOFS OF CLAIMS**
**And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case**.

Dated: April 11, 2023                  Respectfully Submitted,
                                          /s/ Michelle Lee
                                          Michelle Lee, Esq.
                                          Dilworth Paxson LLP
                                          1500 Market Street, Suite 3500E
                                          Philadelphia, PA 19102