**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

**In re:  Raymond T. Blue**                                    **Chapter 13**

                                                    **:**

                                                    **:**

**Debtor**                                          **:**          **Bankruptcy No. 19-13412-MDC**

## O R D E R

**AND NOW, this** __21st__ **day of** _____April_____ **2023,** upon consideration of the

Debtor's Motion to Modify Plan Post-Confirmation, and after notice and hearing, and with the

consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1.      The Motion is **GRANTED**.

2.      The Debtor's Amended Chapter 13 Plan is **APPROVED**.

_____

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE