**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Raymond Blue | CHAPTER 13 |
| DEBTOR(S) | BANKRUPTCY NO: 19-13412 |

**CERTIFICATION OF NO RESPONSE**

    I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>August 31, 2023</u>, as shown in the Certification of Service filed in this matter, that more than 14 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

    I respectfully request that the Court enter the attached Order.


Dated: September 14, 2023                                   **/s/ Michelle Lee**
                                                                              Michelle Lee, Esq.
                                                                              Dilworth Paxson LLP
                                                                              1500 Market Street, Suite 3500E
                                                                              Philadelphia, PA 19102