**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Raymond Blue | CHAPTER 13 |
| DEBTOR(S) | BANKRUPTCY NO: 19-13412 |

**CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify that, having served or caused to be served, a copy of the Supplemental Notice, Application and Proposed Order on <u>August 31, 2023</u>, as shown in the Certification of Service filed in this matter, that more than 14 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.

Dated: September 14, 2023                    **/s/ Michelle Lee**
                                                                  Michelle Lee, Esq.
                                                                  Dilworth Paxson LLP
                                                                  1500 Market Street, Suite 3500E
                                                                  Philadelphia, PA 19102