United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13412-mdc |
| Raymond T. Blue | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 02, 2023 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond T. Blue, 5 Pike's Way, Cheltenham, PA 19012-1717 |
| cr | + | Great Oak Capital, LP, 1234 Page Terrace, Villanova, PA 19085-2132 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: megan.harper@phila.gov | Nov 03 2023 00:07:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 03 2023 00:06:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: BankruptcyECFMail@mccalla.com | Nov 03 2023 00:06:00 | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | ^ MEBN | Nov 03 2023 00:22:25 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| cr | ^ MEBN | Nov 03 2023 00:22:24 | U.S. Bank National Association, not in its individ, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | ^ MEBN | Nov 03 2023 00:22:24 | U.S. Bank Trust National Association, not in its i, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | + Email/Text: bknotices@snsc.com | Nov 03 2023 00:07:00 | U.S. Bank Trust, N.A., as Trustee of BKPL-EG Serie, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NRZ Inventory Trust, U.S. Bank National Associatio |
| cr | | NWL Company, LLC |
| cr | | U.S. Bank National Association, not in its individ |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

Case 19-13412-mdc   Doc 177   Filed 11/04/23   Entered 11/05/23 00:31:05   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 02, 2023 | Form ID: pdf900 | Total Noticed: 9 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2023         Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor Deutsche Bank National Trust Company asTrustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4 c/o Select Portfolio Servicing, Inc, abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| BRAD KUBISIAK | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bkubisiak@attorneygeneral.gov |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Elizon Master Participation Trust I U.S. Bank Trust National Association, as Owner Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Citibank N.A., as Trustee on behalf of the NRZ Pass-Through Trust VI bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID BANKS | on behalf of Creditor Great Oak Capital LP bbwlaw@yahoo.com |
| GEORGETTE MILLER | on behalf of Debtor Raymond T. Blue bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com |
| KARINA VELTER | on behalf of Creditor Deutsche Bank National Trust Company asTrustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4 c/o Select Portfolio Servicing, Inc, karina.velter@powerskirn.com, bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Elizon Master Participation Trust I U.S. Bank Trust National Association, as Owner Trustee bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Manufacturers and Traders Trust Company as trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1997-5 bkgroup@kmllawgroup.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of BKPL-EG Basket Trust bkecf@friedmanvartolo.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| ROGER FAY | on behalf of Creditor Manufacturers and Traders Trust Company as trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1997-5 rfay@alaw.net, bkecf@milsteadlaw.com |
| SARAH K. MCCAFFERY | |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Nov 02, 2023 | Form ID: pdf900 | Total Noticed: 9

| | |
|---|---|
| | on behalf of Creditor Deutsche Bank National Trust Company  asTrustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4 c/o Select Portfolio Servicing, Inc, ckohn@hoflawgroup.com |
| STEPHEN M HLADIK | on behalf of Creditor Deutsche Bank National Trust Company  asTrustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4 c/o Select Portfolio Servicing, Inc, shladik@hoflawgroup.com, ckohn@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 17

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Raymond Blue | : | Chapter 13 |
| | : | |
| Debtor(s). | : | Bankruptcy No. 19-13412 |

**ORDER TO ALLOW COUNSEL FEES**

Upon consideration of the Supplemental Application for Compensation (the "Application") filed by the Debtor's counsel (the "Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $13,895.00 and $205.00 in expenses.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

Date:  October 23, 2023

_____
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE