United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13412-pmm |
| Raymond T. Blue | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Dec 02, 2024 | Form ID: 206 | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond T. Blue, 5 Pike's Way, Cheltenham, PA 19012-1717 |
| 14338636 | + | Citizens Bank, N.A. f/k/a, RBS Citizens, N.A., c/o Mary F. Kennedy, Esquire, Attorney for Creditor, 1310 Industrial Boulevard ste 101 Southampton, PA 18966-4030 |
| 14918630 | + | Commonwealth of PA, Department of Revenue, c/o Kelly M. Appleyard, Pennsylvania Office of the Attorney Gene, 15th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14352185 | + | Commonwealth of Pa, Dept of Revenue, c/o Denise A. Kuhn, Office of Attorney General, 1600 Arch Street Philadelphia Pa 19103-2016 |
| 14352016 | | Denise A. Kuhn, Esquire, Comm. of PA, Dept. of Revenue, Bureau of Compliance, P O Box 280946, Harrisburg, PA 17128-0946 |
| 14369883 | + | Elizon Master Participation Trust I,, U.S. Bank Trust National Association,, as Owner Trustee, c/o KEVIN G. MCDONALD, 701 Market St. Suite 5000 Philadelphia, PA 19106-1541 |
| 14458794 | + | Great Oak Capital, LP, c/o DAVID BANKS, Banks & Banks, 3038 Church Road, Lafayette Hill, PA 19444-1717 |
| 14483061 | + | Great Oak Capital, LP, 1234 Page Terrace, Villanova, PA 19085-2132 |
| 14378679 | + | Select Portfolio Servicing, Citibank, N.A., as Trustee on, Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14378681 | + | Select Portfolio Servicing, Manufacturers and Traders Trust Company,, Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14338634 | + | Select Portfolio Servicing, as servicer for Citibank, N.A.,, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14344986 | + | Select Portfolio Servicing, c/o Kevin G. McDonald, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14332789 | | Wff Cards, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: megan.harper@phila.gov | Dec 03 2024 00:04:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 03 2024 00:04:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 03 2024 00:04:00 | Federal Home Loan Mortgage Corporation, as Trustee, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | ^ | MEBN | Dec 02 2024 23:59:44 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 03 2024 00:04:00 | The Bank of New York Mellon Trust Company, N.A. (s, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| cr | ^ | MEBN | Dec 02 2024 23:59:41 | U.S. Bank National Association, not in its individ, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

Case 19-13412-pmm   Doc 193   Filed 12/04/24   Entered 12/05/24 00:40:17   Desc
Imaged Certificate of Notice   Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 02, 2024 | Form ID: 206 | Total Noticed: 48 |

| | | | |
|---|---|---|---|
| cr | ^ MEBN | Dec 02 2024 23:59:42 | U.S. Bank Trust National Association, not in its i, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | + Email/Text: bknotices@snsc.com | Dec 03 2024 00:04:00 | U.S. Bank Trust, N.A., as Trustee of BKPL-EG Serie, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 14409702 | Email/Text: megan.harper@phila.gov | Dec 03 2024 00:04:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14562046 | Email/Text: megan.harper@phila.gov | Dec 03 2024 00:04:00 | City of Philadelphia, c/o Meghan Harper, City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14755333 | Email/Text: megan.harper@phila.gov | Dec 03 2024 00:04:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd.,, 5th floor Philadelphia, Philadelphia, PA 19102-1595 |
| 14416546 | Email/Text: megan.harper@phila.gov | Dec 03 2024 00:04:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14340180 | ^ MEBN | Dec 02 2024 23:59:42 | Citizens Bank, N.A., f/k/a RBS Citizens, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14369653 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 03 2024 00:04:00 | Citizens Bank, N.A. et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14332784 | ^ MEBN | Dec 02 2024 23:59:45 | Citizens One, Po Box 6260, Glen Allen, VA 23058-6260 |
| 14368758 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 03 2024 00:04:00 | Deutsche Bank National Trust Company, et al., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14347993 | Email/Text: mrdiscen@discover.com | Dec 03 2024 00:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14332785 | + Email/Text: mrdiscen@discover.com | Dec 03 2024 00:04:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14369741 | + Email/Text: bknotices@snsc.com | Dec 03 2024 00:04:00 | Elizon Master Participation Trust I, et al, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 14494636 | Email/Text: BankruptcyECFMail@mccalla.com | Dec 03 2024 00:04:00 | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14345337 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 03 2024 00:04:00 | Manufacturers and Traders Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14369304 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 03 2024 00:04:00 | Manufacturers and Traders Trust Company et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14575389 | Email/Text: ECF@fayservicing.com | Dec 03 2024 00:04:00 | NWL Company, LLC, c/o Fay Servicing, LLC, Bankruptcy Department, P.O. Box 814609, Dallas, TX 75381-4609 |
| 14346194 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 03 2024 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14356108 | ^ MEBN | Dec 02 2024 23:59:45 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: |

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 02, 2024 | Form ID: 206 | Total Noticed: 48 |

| Recip ID | Bypass Reason | Notice Date/Time | Name and Address |
|---|---|---|---|
| 14755776 | ^ MEBN | Dec 02 2024 23:59:44 | Bankruptcy Dept 3F SN Servicing Corporation, c/o Lauren Moyer, Esq., 1325 Franklin Ave., Ste 160, Garden City, NY 11530-1631 |
| 14332786 | + Email/Text: enotifications@santanderconsumerusa.com | Dec 03 2024 00:04:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14332787 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 03 2024 00:04:00 | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 14332788 | + Email/Text: bknotices@snsc.com | Dec 03 2024 00:04:00 | Sn Servicing Corporati, 323 5th St, Eureka, CA 95501-0305 |
| 14369654 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 03 2024 00:04:00 | The Bank of New York Mellon Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14561744 | + Email/Text: megan.harper@phila.gov | Dec 03 2024 00:04:00 | The City of Philadelphia, c/o Megan N. Harper, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14494836 | ^ MEBN | Dec 02 2024 23:59:39 | U.S. Bank National Association, PO Box 814609, Dallas, TX 75381-4609 |
| 14755133 | ^ MEBN | Dec 02 2024 23:59:38 | U.S. Bank Trust National Association, as Trustee of BKPL-EG Basket Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 14606383 | ^ MEBN | Dec 02 2024 23:59:40 | U.S. Bank Trust National Association, PO Box 814609, Dallas, TX 75381-4609 |
| 14637480 | ^ MEBN | Dec 02 2024 23:59:39 | U.S. Bank Trust, N.A., as Trustee, of BKPL-EG Series N Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NRZ Inventory Trust, U.S. Bank National Associatio |
| cr | | NWL Company, LLC |
| cr | | U.S. Bank National Association, not in its individ |
| cr | *+ | Great Oak Capital, LP, 1234 Page Terrace, Villanova, PA 19085-2132 |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14441197 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 04, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor Deutsche Bank National Trust Company asTrustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4 c/o Select Portfolio Servicing, Inc, antonio.bonanni@law.njoag.gov, pfranz@hoflawgroup.com |
| DAVID BANKS | on behalf of Creditor Great Oak Capital LP bbwlaw@yahoo.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Citibank N.A., as Trustee on behalf of the NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Elizon Master Participation Trust I U.S. Bank Trust National Association, as Owner Trustee bkgroup@kmllawgroup.com |
| KARINA VELTER | on behalf of Creditor Deutsche Bank National Trust Company asTrustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4 c/o Select Portfolio Servicing, Inc, karina.velter@powerskirn.com, bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Elizon Master Participation Trust I U.S. Bank Trust National Association, as Owner Trustee bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Manufacturers and Traders Trust Company as trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1997-5 bkgroup@kmllawgroup.com |
| Kelly M. Appleyard | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue kappleyard@attorneygeneral.gov |
| LAUREN MOYER | on behalf of Creditor U.S. Bank Trust N.A., as Trustee of BKPL-EG Series N Trust bkecf@friedmanvartolo.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of BKPL-EG Basket Trust bkecf@friedmanvartolo.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| MICHELLE LEE | on behalf of Debtor Raymond T. Blue bky@dilworthlaw.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Deutsche Bank National Trust Company asTrustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4 c/o Select Portfolio Servicing, Inc, mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor The Bank of New York Mellon Trust Company N.A. (successor to JPMorgan Chase Bank, N.A., successor to the Chase Manhattan Bank, successor to Chemical Bank), as trustee for IMC Home Equity Loan Trust 1 mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 rshearer@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor The Bank of New York Mellon Trust Company N.A. (successor to JPMorgan Chase Bank, N.A., successor to the Chase Manhattan Bank, successor to Chemical Bank), as trustee for IMC Home Equity Loan Trust 1 rshearer@raslg.com |

District/off: 0313-2 User: admin Page 5 of 5
Date Rcvd: Dec 02, 2024 Form ID: 206 Total Noticed: 48

| | |
|---|---|
| ROGER FAY | on behalf of Creditor Manufacturers and Traders Trust Company as trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1997-5 rfay@alaw.net, bkecf@milsteadlaw.com |
| SARAH K. MCCAFFERY | on behalf of Creditor Deutsche Bank National Trust Company asTrustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4 c/o Select Portfolio Servicing, Inc, smccaffery@pincuslaw.com, ckohn@hoflawgroup.com |
| STEPHEN M HLADIK | on behalf of Creditor Deutsche Bank National Trust Company asTrustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4 c/o Select Portfolio Servicing, Inc, shladik@hoflawgroup.com, ckohn@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 22

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Raymond T. Blue                                        Case No: 19−13412−pmm

    Debtor(s)

_____

**NOTICE OF CHAPTER 13 CASE CLOSED**
**WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

    ☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

    ☑ Debtor has not certified that all domestic support obligations due have been paid.

    ☐ Debtor has a prior discharge and is not eligible for a discharge in this case.

Dated: 12/2/24

For The Court

Timothy B. McGrath
Clerk of Court

192
Form 206