United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13412-pmm |
| Raymond T. Blue | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 02, 2024 | Form ID: 225 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond T. Blue, 5 Pike's Way, Cheltenham, PA 19012-1717 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2024      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor Deutsche Bank National Trust Company asTrustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4 c/o Select Portfolio Servicing, Inc, antonio.bonanni@law.njoag.gov, pfranz@hoflawgroup.com |
| DAVID BANKS | on behalf of Creditor Great Oak Capital LP bbwlaw@yahoo.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Elizon Master Participation Trust I U.S. Bank Trust National Association, as Owner Trustee bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Citibank N.A., as Trustee on behalf of the NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com |
| KARINA VELTER | on behalf of Creditor Deutsche Bank National Trust Company asTrustee, in trust for registered Holders of Long Beach Mortgage |

Case 19-13412-pmm    Doc 194    Filed 12/04/24    Entered 12/05/24 00:40:17    Desc
Imaged Certificate of Notice    Page 2 of 3

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 02, 2024 | Form ID: 225 | Total Noticed: 1 |

| | |
|---|---|
| | Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4 c/o Select Portfolio Servicing, Inc, karina.velter@powerskirn.com, bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Manufacturers and Traders Trust Company  as trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1997-5 bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Elizon Master Participation Trust I  U.S. Bank Trust National Association, as Owner Trustee bkgroup@kmllawgroup.com |
| Kelly M. Appleyard | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue kappleyard@attorneygeneral.gov |
| LAUREN MOYER | on behalf of Creditor U.S. Bank Trust  N.A., as Trustee of BKPL-EG Series N Trust bkecf@friedmanvartolo.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of BKPL-EG Basket Trust bkecf@friedmanvartolo.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank  N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| MICHELLE LEE | on behalf of Debtor Raymond T. Blue bky@dilworthlaw.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Deutsche Bank National Trust Company  asTrustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4 c/o Select Portfolio Servicing, Inc, mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor The Bank of New York Mellon Trust Company  N.A. (successor to JPMorgan Chase Bank, N.A., successor to the Chase Manhattan Bank, successor to Chemical Bank), as trustee for IMC Home Equity Loan Trust 1 mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 rshearer@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor The Bank of New York Mellon Trust Company  N.A. (successor to JPMorgan Chase Bank, N.A., successor to the Chase Manhattan Bank, successor to Chemical Bank), as trustee for IMC Home Equity Loan Trust 1 rshearer@raslg.com |
| ROGER FAY | on behalf of Creditor Manufacturers and Traders Trust Company  as trustee, on behalf of the holders of the Home Equity Loan Pass-Through Certificates, Series 1997-5 rfay@alaw.net, bkecf@milsteadlaw.com |
| SARAH K. MCCAFFERY | on behalf of Creditor Deutsche Bank National Trust Company  asTrustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4 c/o Select Portfolio Servicing, Inc, smccaffery@pincuslaw.com, ckohn@hoflawgroup.com |
| STEPHEN M HLADIK | on behalf of Creditor Deutsche Bank National Trust Company  asTrustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-4, Asset-Backed Certificates, Series 2006-4 c/o Select Portfolio Servicing, Inc, shladik@hoflawgroup.com, ckohn@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 22

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:  Chapter: 13

    Raymond T. Blue

Debtor(s)  Case No: 19−13412−pmm

---

### *ORDER*

    AND NOW, it appearing that the debtor(s) must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. §1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. §109(h)(4),

    AND it Further appearing that the debtor(s) must file a certification regarding domestic support obligations and §522(q) see 11 U.S.C. 1328(a),

    AND, Notice was given to the debtor(s) that this case would be closed without the entry of a discharge order unless the Debtor(s), by a date certain, filed the statement regarding completion of a course in personal financial management, and/or the certification regarding domestic support obligations and §522(q),

    AND, the Debtor(s) has/have not filed the required statement and/or certifications,

    AND, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the Debtor(s)'; estate,

    IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is ***CLOSED, without the entry of an order of discharge***.

12/2/24

For The Court

Patricia M. Mayer

Judge, United States Bankruptcy Court

192
Form 225